# EXHIBIT C



BMW recommends Castrol

**Rider's Manual (US Model)**
R 1150 R
R 850 R



BMW Motorrad
Printed Information

Order No.:
01 47 7 677 478
10.2002
3rd edition US / RF

BMW
The Ultimate
Driving Machine



BMW Motorrad
On-board
documentation

consisting of
Rider's Manual
and Maintenance
Instructions



DEPOSITION
EXHIBIT 2
Yeldham
12-17-15 RN
PENGAD 800-631-6989

Yazdani000924

## Important notes



**⚠ WARNING**

**This symbol indicates precautions and measures which are essential in protecting the rider or other persons from severe or fatal injury.**



**⚠ CAUTION**

Specific instructions and safety precautions intended to prevent damage to the motorcycle. Disregarding them may render the warranty invalid.



**☞ NOTE**

Specific instructions on how to operate, control, adjust or look after items of equipment on the motorcycle.

## Welcome to BMW

### Welcome to BMW

We congratulate you on your choice of a bike from BMW and welcome to the community of BMW riders.

Familiarise yourself with your new bike, so that you can ride it safely and confidently in all traffic situations.

To make sure of this, please read this Rider's Manual carefully before starting to use your new bike. It contains important information on how to operate the controls and how to make the best possible use of all the bike's technical features.

In addition, it contains useful hints and information on the correct equipment for machine and rider, to ensure maximum reliability and safety, and advice on how to maintain the value of your bike.

If you have any questions concerning your bike, your BMW motorcycle retailer will gladly provide advice and assistance. We hope you enjoy reading this Rider's Manual and wish you many a pleasant, safe journey on your BMW bike.

Best wishes

**BMW Motorrad**

# Contents

# Contents

**General information and controls**

General view, left side ......... 4
General view, right side ........ 5
Cockpit ................................. 6
Indicator and warning
lights ................................... 7
Ignition switch
and steering lock............... 8-9
Trip meter/clock ................. 10
Hazard warning flashers ...... 11
Left handlebar fitting .......... 12
Right handlebar fitting ........ 13
Seat/helmet holder............. 14
Dualseat.......................... 15-16
System case ................. 17-19

**Safety check**

Checklist....................... 20-21
Engine oil ...................... 22-23
Fuel.............................. 24-25
Handlebar levers........... 26-27
Brake system - general .. 28-29
Brake system - without
BMW Integral ABS ........ 30-32
Brake system - with
BMW Integral ABS ........ 33-36
Clutch .............................. 37
Lights........................... 38-40
Shock-absorber
adjustment ......................... 41
Suspension
spring preload..................... 42
Wheels.......................... 43-44
Accessories and loads... 45-47

**Starting – Riding – Parking**

Your first journey .......... 48-49
Important notes ............ 50-51
Side stand..................... 52-53
Center stand ................. 54-55
Running in ..................... 56-57
Before you start............. 58-59
Starting ........................ 60-61
Indicator and
warning lights .............. 62-63
Riding, gear shifts.......... 64-65
Brake system
- general...................... 66-67
Brake system - with
BMW Integral ABS......... 68-74
BMW Integral ABS
- Fault table ...................... 75

**Arrive safely**

Reliability.................... 76-77
Service worldwide .............. 78
Environmental protection .... 79
BMW rider's equipment....... 80
BMW motorcycle
equipment............................ 81
Training means extra
safety ................................. 82
Concluding thoughts .......... 83

## General view, left side

## General view, right side

**1**

**1**



1  Front suspension strut,
   shock absorber adjustment
   (➡ 41)
2  Reservoir for clutch fluid
   (➡ 37)
3  Engine oil filler
   (➡ 23)
4  Rear spring strut,
   spring preload (➡ 42)
5  Rear suspension strut,
   shock absorber adjustment
   (➡ 41)
6  Power socket, 12 V^OA
   Provision for connecting
   additional equipment – max.
   load 5 A

7  Primary spark plug, left
   (➡ Maintenance Instruc-
   tions, Chapter 2)
8  Secondary spark plug*, left
   (➡ Maintenance Instruc-
   tions, Chapter 2)
9  Oil level sight glass, engine
   (➡ 23)

( )  Figure in parentheses
   ➡ page number with explanation
^OA  Optional accessories
 *  Only R 1150 R

10  Storage compartment for
    toolkit
11  Fuse box
12  Air filter (➡ Maintenance
    Instructions, Chapter 2)
13  Fuel filler cap (➡ 24)
14  Brake fluid reservoir for front
    brake (➡ 31, 35)

( )  Figure in parentheses
   ➡ page number with explanation
 *  Only R 1150 R

15  Type plate/vehicle identifi-
    cation number
16  Primary spark plug, right
    (➡ Maintenance
    Instructions, Chapter 2)
17  Secondary spark plug*,
    right (➡ Maintenance
    Instructions, Chapter 2)
18  Brake fluid reservoir for rear
    brake
    (➡ 32, 36)
19  Helmet/seat lock (➡ 14)

Yazdani000927

## Cockpit



1. Reset knob for trip meter (➡ 10)
2. Speedometer
3. Odometer
4. Trip meter (➡ 10)
5. Clock (➡ 10)

6. Tachometer (➡ 56)
7. Ignition switch and steering lock (➡ 8)
8. Indicator and warning lights (➡ 7)

( ) Figure in parentheses
➡ page number with explanation

## Indicator and warning lights



1. Indicator light, left turn indicator repeater **green** ⬚
2. Warning light, fuel level/ when approx. 1.3 gallons (5 liters) remain in tank **orange** ⛽ (➡ 25, 62)
3. Indicator light, neutral **green** •I (➡ 59)
4. Indicator light, high (main) beam **blue** ⬚
5. Indicator light, right turn indicator repeater **green** ⬚

6. Warning light, battery charge current **red** ⬚ (➡ 63)
7. Warning light, ABS **red** ⬚ OE (➡ 63)
8. Indicator and warning lights, general **red** ⚠ (➡ 63)
9. Warning light, engine oil pressure **red** ⬚ (➡ 62)

( ) Figure in parentheses
➡ page number with explanation
OE Optional equipment

## Ignition switch and steering lock





**Keys**

You will receive two master keys and one spare key. The key number is on the accompanying plastic tag.

ᴼᴬ Optional accessories
ᴼᴱ Optional equipment

⚠️ **WARNING**

**If the motorcycle is fitted with BMW Integral ABSᴼᴱ, only RESIDUAL BRAKING FUNCTIONALITY is available when the ignition is switched off (➡ 71)**

☞ **NOTE**

The ignition switch and steering lock, fuel filler cap and the helmet/seat lock are all operated with the same key. System casesᴼᴬ with locks for the same key can be ordered on request.

**Key positions**

⚠️ **WARNING**

**Never turn the key to OFF or Pᴸ while riding the motorcycle!**

ON  Operating position, ignition, lights and all electrical circuits switched on

R *  Ignition and lights off, steering lock disengaged (handlebars can be turned freely to left or right)

* The key can be removed in these positions

• Turn the handlebars to full left lock.

⚠️ **CAUTION**

Engage the steering lock with the handlebars in this position only.

OFF* Ignition and lights off, steering locked

Pᴸ * Parking light on, steering locked

☞ **NOTE**

Switch the parking light on only for limited periods. Note state of battery charge.

Yazdani000929

## Trip meter/clock





### Hazard warning flashers



**Trip meter**
**Reset:**
• Turn knob **2** in the direction indicated by the arrow until all the readings on the trip meter are reset to "0"

**Clock**
**Setting the time:**
• Press and hold down button **1**
• Wait until the time shown by the clock is correct and release button **1**

**Hazard warning lights**

☞ **NOTE**
You cannot activate the hazard warning flashers if the ignition is switched off.
Do not use the hazard warning flashers for longer than absolutely necessary.
Note state of battery charge.

**Switching on the hazard warning lights:**
• Switching on the ignition
– Hazard warning switch lights up

• Actuate hazard warning lights switch **1**
– Hazard warning lights in operation
– The left/right flashing turn indicator on the indicator light panel (➡ 7) flashes
• Switch off the ignition
– The hazard warning lights continue to operate
– The light in the hazard warning flasher switch goes out

**Switching off the hazard warning lights:**
• Actuate hazard warning lights switch **1**
– Hazard warning lights switch off
– Left/Right flashing turn indicator on the indicator light panel (➡ 7) off

Yazdani000930

## Left handlebar fitting

## Right handlebar fitting







### ⚠WARNING

**To prevent air from entering the clutch system:**
- **Do not turn the fitting on the handlebar.**
- **Do not turn the handlebars in the clamping blocks.**

1 Cold start choke lever (increased engine speed) (➡ 61)
2 Hazard warning flashers switch (➡ 11)

3 Horn button
4 Left turn indicator switch
  • Press
  – Turn indicators flash
  To switch off:
  • Press turn indicator cancel switch 9
5 Headlight
  ≣�‖ High (main) beam
  ≣◖ Low (dipped) beam
  ≣◖ Headlight flasher

### ⚠WARNING

**To prevent air from entering the brake system:**
- **Do not turn the fitting on the handlebar.**
- **Do not turn the handlebars in the clamping blocks.**

6 Switch for heated handlebar grips[OE]
  A  Heating off
  B  50% (center position)
  C  100%

7 Starter button
8 Emergency ignition off (kill) switch (➡ 58)
9 Turn-indicator cancel switch
  • Press
  – Left/right indicators off
10 Right turn indicator switch
  • Press
  – Turn indicators flash
  To switch off:
  • Press turn indicator cancel switch 9

[OE] Optional equipment

**Seat/helmet holder**

**Dualseat**







**Removing dualseat:**
- Turn key in helmet/seat lock to position **A**
- Lift off the rear seat in the direction indicated by arrow **1**
- You now have access to the toolkit, the emergency kit and the on-board documentation. You can also remove the front seat
- Lift off the front seat in the direction indicated by arrow **2**
- You now have access to the fuses (➡ Maintenance Instructions, Section 2)

**Helmet holder**
- Turn key in helmet/seat lock to position **B**
- The helmet holder **3** is open
- Close the helmet holder by pressing it lightly into the helmet/seat lock until it engages

**Locking the dualseat:**

⚠ **CAUTION**

When installing the dualseat, make sure that it is firmly locked in place.

- Engage the front seat in catches **5** and **4** on left and right and push it into guide **1**
- Push the rear seat toward the rear into catch **2** and apply light pressure until it engages in seat holder **3**

Yazdani000932

## Dualseat

## System case<sup>OA</sup>





**Single seat:**
- Turn key in seat lock to position A.
- Remove rear seat (➡ 14)

<sup>OE</sup> Optional equipment

**Closing the storage compartment**

⚠ **CAUTION**

When installing, make sure that storage-compartment cover<sup>OE</sup> 1 is correctly secured.

- Push storage-compartment cover<sup>OE</sup> 1 toward the rear into the catch and apply tight pressure until it engages in the seat holder

⚠**WARNING**

After an accident or if the motorcycle has fallen over, check that the System case is correctly secured.
**Max. load per System case: 22 lbs (10 kg).**
**With System cases installed, it is advisable not to exceed 80 mph (130 km/h).**

**Opening the System case**
- Turn key in case lock to position A.
- Pull up the carrying handle 1 and catch 2
- The two indicators 3 turn red
- Opening the System case

<sup>OA</sup> Optional accessories

## System case <sup>OA</sup>

**1**



## System case <sup>OA</sup>

**1**
19



- Turn key in case lock to position **A**
- Push down catch **2** and carrying handle **1**
- The two indicators **3** turn **black**
- Lock the case and remove the key

### Closing System case

⚠ **CAUTION**

Risk of breaking the locking tongue.

Before closing handle **1** or locking system **2**, turn the key in the case lock to position **A.**

<sup>OA</sup> Optional accessories

### Removing System case

- Turn key in case lock to position **A**
- Pull up carrying handle **1**
- The two indicators **3** turn **red**
- Remove the key and lift the System case off its holder

### Installing System case

⚠ **CAUTION**

Risk of breaking the locking tongue.

Before closing handle **1** or locking system **2**, turn the key in the case lock to position **A.**

<sup>OA</sup> Optional accessories

⚠ **WARNING**

**Always make sure that the case is secured.
An incorrectly secured case could be lost and endanger other road users.**

- Insert the System case into the holder (arrows), making sure that it is firmly seated in the lower holder **4** and the upper hook **5**
- Turn key in case lock to position **A**
- Push down the carrying handle **1**
- The two indicators **3** turn **black**
- Lock the case and remove the key

Yazdani000934

# Checklist

# Checklist



**Use the safety checklist –
before every journey**
Please perform the safety
check accurately. If your
motorcycle needs any routine
maintenance, you can then
attend to it before the journey
starts
(➡ Maintenance Instructions),
or, for example have it
performed by your authorized
BMW motorcycle retailer.
This is to ensure that your
motorcycle corresponds with
road-vehicle use and safety
laws.
Your vehicle must be in perfect
technical order: this is a basic
prerequisite for your safety and
the safety of other road users.

For this reason, check the
details in the following sections
before you start the journey:

– Fuel level
– Positions of the handlebar-
  lever fittings
– Brake fluid level
– Clutch fluid level
– Brakes
– Warning lights and indicator
  lights
– Lights
– Shock-absorber setting and
  spring preload
– Condition of wheels and tires,
  tread depth and tire pres-
  sures
– Load, gross weight

– Check at regular intervals as
  described in the following
  sections
  (each time you stop for refuel-
  ling):
– Engine oil level
  (every second or third time
  you stop for refuelling):
- Brake pads

If you encounter any problems
or difficulties, it is always best to
contact your authorized BMW
motorcycle retailer.
He will provide the necessary
advice and assistance.

**Engine oil**

**Engine oil**

**2**

Checking the oil level after the engine has only been used for a short time or is only just warm could lead to wrong interpretations and thereby to an incorrect oil fill because the cold, more viscous oil takes longer to flow back into the sump. This can take up to 12 hours at extreme temperatures (14 °F / -10 °C).

⚠ **CAUTION**

To avoid damage to the engine:
– Never exceed the **maximum** oil level.
– Always keep the oil level above the **minimum** mark. Always check the oil level with the motorcycle standing upright.

**Checking oil level**

Check oil level regularly each time you stop to refuel. Only check the engine oil when the engine is at normal operating temperature as the oil level can vary by up to 0.39 in (10 mm) in a hot engine or a cold engine at extreme outside temperatures (14 °F / -10 °C). Wait at least five minutes after switching off the hot engine for the oil to collect in the sump.

• Check the oil when the engine is at normal operating temperature
• Read the oil level at least five minutes after switching off the engine
• Make sure that the motorcycle is upright
  – ensure that the surface is level and firm.



• Check the oil level at the sight glass:

**MAX**  Upper edge Ring marking
**MIN**  Lower edge Ring marking

– The difference between the two marks is approx. 0.53 quart (0.5 liter)
• If necessary, unscrew the oil filler screw **2** top up the engine oil through the engine oil filler **1**
• Then retighten the oil filler screw **2**

⚠ **CAUTION**

Warning light, engine oil pressure **red** ✉ (→ 7) indicates no (or very little) oil pressure in the lube-oil system; this light must not be regarded as an oil level check. Oil pressure builds up after 1-2 seconds and the warning light goes out – the **red** engine oil pressure warning light ✉ should remain off while the engine is running.

**BMW recommends Castrol**

## Fuel

Fuel







### Refuelling

**⚠ WARNING**

**Fuel is flammable and explosive. Do not smoke. Never bring a naked flame near the fuel tank.
Fuel expands when hot (for instance if the fuel tank is in the sun). For this reason, only fill as far as the lower edge of the filler neck.**

**⚠ CAUTION**

Leaded fuel will destroy the catalytic converter.
Do not run the fuel tank dry or you may damage the engine or the catalytic converter.
Wipe off plastic parts immediately if they are wetted with fuel.

- Place motorcycle on center stand
– Make sure the ground is level and firm
- Open fuel filler cap

- Refuel
– Refuel only with super (premium) grade fuel to DIN 51607 standard or equivalent, minimum octane number 95 (RON) or 85 (MON), AKI 91 Premium
- Close the fuel filler cap

### Capacity

**☞ NOTE**

The fuel gauge does not operate unless the ignition is switched on.

– Usable tank capacity 5.4 gallons (20.4 liters)
– When the reserve fuel quantity is reached (approx. 1.3 gallons/5 liters), the **orange** warning light **1** comes on

## Handlebar levers

Handlebar levers






### Adjusting clutch lever

**⚠ CAUTION**

Sudden changes in play or spongy action may indicate a fault in the hydraulic system. If you are doubtful about the reliability of the hydraulic clutch operating system, it is best to consult an authorized BMW motorcycle retailer.

**⚠WARNING**

To prevent air from entering the clutch system:
• **Do not turn the fitting on the handlebar.**
• **Do not turn the handlebars in the clamping blocks.**

• Turn knob **A** to set the most comfortable span:
– Setting **1**: minimum distance
– Setting **3**: maximum distance

### Adjusting handbrake lever

**⚠WARNING**

To prevent air from entering the hydraulic circuit of the brake system:
• **Do not turn the fitting on the handlebar.**
• **Do not turn the handlebars in the clamping blocks.**

• Turn knob **A** to set the most comfortable span:
– Setting **1**: minimum distance
– Setting **4**: maximum distance

Yazdani000938

## Brake system - general



### Checking the brake system

**⚠WARNING**

**Sudden changes in play or spongy action of the brake lever indicate a possible problem in the brake system. Before riding off, therefore, always check the resistance of the front and rear brake levers and test operation of the brakes.**
**Do not ride the motorcycle if you have any doubts about the safety of the brake system.**
**Immediately seek the advice of an authorized BMW motorcycle retailer.**

### Work on the brake system

**⚠WARNING**

**To ensure reliability have all work on the brake systems carried out by an authorized BMW motorcycle retailer.**

### Checking brake pads

**⚠WARNING**

**Have the brake pads replaced before they wear to the minimum permissible thickness: have the work performed by an authorized BMW motorcycle retailer.**

Brake pad wear depends on your personal style of riding. To ensure reliable operation of the brakes: do not allow lining thickness to fall below minimum value (Maintenance Instructions ➡ Section 2)!

Yazdani000939

## Brake system - without BMW Integral ABS



## Brake system - without BMW Integral ABS



**Checking brake fluid level**
Gradual wear of the brake pads causes the brake fluid level in the reservoir to drop.

⚠ **WARNING**

If brake fluid level in the fluid reservoirs for the front or rear brakes has dropped below the MIN mark (➡ 31, 32), have the brake system checked without delay by an authorized BMW motorcycle retailer.

**Changing brake fluid**

⚠ **WARNING**

Brake fluid is subject to severe thermal loads and absorbs moisture from the atmosphere. Consequently, the brake fluid must be changed regularly (see the Maintenance Instructions ➡ Section 1) by an authorized BMW motorcycle retailer.

**Checking front brake fluid level**

⚠ **WARNING**

Never permit the brake fluid level to drop below the minimum level (MIN mark)

• Place motorcycle on center stand
 – Make sure the ground is level and firm

• Turn the handlebar fully to the left
• Check brake fluid level in sight glass
 **MIN**   Minimum level
          (top of marking ring)

☛ **NOTE**

Gradual wear of the brake pads causes the brake fluid level in the reservoir to drop.

Yazdani000940

## Brake system - without BMW Integral ABS





### Checking rear brake fluid level

**⚠ WARNING**

Never permit the brake fluid level to drop below the MIN mark on the brake fluid reservoir

- Place motorcycle on center stand
  - Make sure the ground is level and firm

- Check the brake fluid level
  - MAX   Maximum level
  - MIN   Minimum level

**☞ NOTE**

Gradual wear of the brake pads causes the brake fluid level in the reservoir to drop.

## Brake system - with BMW Integral ABS OE

### Checking brake fluid level

**⚠ WARNING**

On a motorcycle equipped with BMW Integral ABS, the brake fluid level in the reservoir does NOT drop as the brake pads wear (→ 35, 36).

**⚠ WARNING**

Have the brake system checked immediately by an authorized BMW motorcycle retailer, if the brake fluid level in the reservoir of the brake system drops below the MIN mark (→ 35, 36).

OE   Optional equipment

### Changing brake fluid

**⚠ WARNING**

Brake fluid is subject to severe thermal loads and absorbs moisture from the atmosphere. Consequently, the brake fluid must be changed regularly (see the Maintenance Instructions → Chapter 1) by an authorized BMW motorcycle retailer.

## Brake system - with BMW Integral ABS<sup>OE</sup>



### Residual braking function

> **⚠ WARNING**
>
> When the ignition is switched off, before and during self-diagnosis (➡ 72), or if the BMW Integral ABS is inoperative, only a RESIDUAL BRAKING FUNCTION remains available for slowing the motorcycle (➡ 71).
> When the RESIDUAL BRAKING FUNCTION is active, you must apply CONSIDERABLY higher pressure to the brake lever in question in order to apply the brakes, and lever travel is longer.
> When the RESIDUAL BRAKING FUNCTION is active, the ABS function is unavailable in the brake systems in question.

OE  *Optional equipment*

> **⚠ WARNING**
>
> When the RESIDUAL BRAKING FUNCTION is active, maintain a defensive riding style and proceed immediately to the nearest authorized BMW motorcycle retailer.

> **☞ NOTE**
>
> When the RESIDUAL BRAKING FUNCTION is active, it is advisable to set adjuster A (➡ 27) on the front-brake lever to position 4.

## Brake system - with BMW Integral ABS<sup>OE</sup>





### Checking front brake fluid level

> **⚠ WARNING**
>
> Never permit the brake fluid level to drop below the minimum level (MIN mark)

- Place motorcycle on center stand
  - Make sure the ground is level and firm

OE  *Optional equipment*

- Turn the handlebar fully to the left
- Check bake fluid level in sight glass
  MIN  Minimum level
     (top of marking ring)

> **☞ NOTE**
>
> The brake fluid level in the brake fluid reservoir remains constant despite wear of the brake pads.

Yazdani000942

## Brake system – with BMW Integral ABS<sup>OE</sup>

## Clutch







### Checking fluid level in the clutch fitting

**⚠ CAUTION**

If the fluid level drops, assume that a fault may be present in the clutch system.
Have the clutch system checked immediately by an authorized BMW motorcycle retailer.

**⚠ WARNING**

Never permit the fluid level to drop below the minimum level (MIN mark)

☞ **NOTE**

The fluid level in the reservoir rises as the clutch wears.

• Place motorcycle on side stand
  – Make sure the ground is level and firm
• Turn the handlebar fully to the right
• Check fluid level in sight glass
  **MIN** Minimum level
      (center of sight glass)

### Checking rear brake fluid level

**⚠ WARNING**

Never permit the brake fluid level to drop below the MIN mark on the brake fluid reservoir

OE   Optional equipment

• Place motorcycle on center stand
  – Make sure the ground is level and firm
• Check the brake fluid level
  **MIN**   Minimum level

☞ **NOTE**

The brake fluid level in the brake fluid reservoir remains constant despite wear of the brake pads.

Yazdani000943

# Lights







## Checking lights

> ⚠ **CAUTION**
>
> Check that all lights are operational at the start of each journey.

> ☞ **NOTE**
>
> If turn indicator repeater flashes at twice the usual speed: inoperative flasher bulb.
> BMW Integral ABS<sup>OE</sup>:
> General warning light ON (➡ 7): Check brake light or tail light.
> If the tail light is inoperative, the brake light is dimmed and acts as a tail light. When you apply the brakes the brake light shines at full brightness.

To change bulbs in parking lights, headlight (dipped and main beams), rear/brake lights, turn indicators and the number-plate light: (➡ Maintenance Instructions, Section 2)

## Masking off headlight

If the motorcycle is ridden in a country where the opposite rule of the road applies, its asymmetric dipped beam will tend to dazzle oncoming traffic.

To prevent this, mask over part of the headlight glass (cut a piece of adhesive tape to the correct size and shape and stick it on).

OE Optional equipment

## Adjusting beam throw

> ☞ **NOTE**
>
> When the basic setting is correct, headlight beam throw is regulated when spring preload is adjusted to suit load.
>
> Have the headlight basic setting adjusted by an authorized BMW motorcycle retailer.

> ☞ **NOTE**
>
> Adjust beam height so that oncoming traffic is not dazzled. Make sure that the throw of the light cone adequately illuminates the road ahead of you.

### Adjusting to suit load (➡ 40):

- Change the spring strut setting to suit the load (➡ 42)
- Spring preload has an effect on headlight throw

Do not adjust headlight beam throw by tilting the headlight downward unless the motorcycle is very heavily loaded. To adjust throw in this way:

- Remove trim panel **1**
- Slacken two socket-head screws **2**

Readjust the headlight to the correct basic setting at the earliest possible opportunity.

Yazdani000944

## Lights



**Headlight basic setting**

☞ **NOTE**

Do not prop the motorcycle on the center or side stand.

- Check tire pressures and correct if necessary.
- Set the spring-strut adjuster to the position for one-up riding
- Position the motorcycle on a level surface 32.81 ft (10 m) (headlight) from a light-colored wall, and with the rider's weight (approx. 85 kg) on the seat.
- Measure the distance H from the ground to the center of the headlight
- Transfer this height H to the wall and draw a cross on the wall at this point

- Draw a second cross (x = 9.84 in (25 cm)) lower
- Switch on the low-beam headlight
- Align the headlight in such a way that the "light-dark cutoff" starts in the middle of the bottom cross and rises to the right to the height of the upper cross, before dropping again.

☞ **NOTE**

Have the headlight basic setting checked by an authorized BMW motorcycle retailer.

## Shock-absorber adjustment



⚠ **WARNING**

**Before the journey starts, adjust the front shock absorber to suit road surface conditions and intended riding style. Adjust the rear shock absorber to suit the gross weight and load on the motorcycle.**

- Place the motorcycle on the center stand
- Adjust the front/rear shock absorbers with a screwdriver

**Basic setting** (solo):
- Turn adjusting screw **1** or **2** in direction indicated by arrow H (clockwise) as far as it will go
- Turn adjusting screw **1** or **2** two turns in the direction indicated by arrow S (counterclockwise)

**Hard setting "H":**
- Fully tighten adjusting screw **1** or **2**

**Soft setting "S":**
- Fully back off adjusting screw **1** or **2**

Yazdani000945

## Suspension spring preload

# Wheels





**Adjusting suspension
spring preload**
- Place motorcycle on center
stand
- Adjust spring preload at
handwheel 1

⚠️**WARNING**

**Before the journey starts,
adjust spring preload
according to the gross weight.
For safety reasons, never
attempt to alter spring
preload while the motorcycle
is being ridden. Always stop
the motorcycle before
adjusting.If spring preload is
changed, the shock absorber
has to be adjusted
accordingly.**

**Basic setting, solo:**
- Turn knob **1** as far as it will go
counter-clockwise as indi-
cated by the "**LOW**" arrow
- Turn knob **1** one mark to the
right in the direction indicated
by the "**HIGH**" arrow.

**Setting for two-up and
luggage:**
- Turn handwheel **1** fully to the
right as indicated by the
"**HIGH**" arrow

**Checking wheel rims**

⚠️**WARNING**

**Have damaged wheel rims
checked and, if necessary,
replaced by an authorized
BMW motorcycle retailer.**

**Checking tire treads**

⚠️**WARNING**

**Comply with statutory legal
requirements concerning
minimum tread depth. Worn
tires can impair handling.**

- Measure tread depth at the
center of the tire tread

BMW's minimum tread depth
recommendation:
Front.................0.08 in (2 mm)
Rear .................0.12 in (3 mm)

**Screwing valve caps on
tightly**

⚠️**WARNING**

**At high road speeds, tire
valves have a tendency to
open as a result of centrifugal
force.
Use only metal valve caps
with rubber seals.
Valve caps that are screwed
on well prevent air from es-
caping suddenly.**

Yazdani000946

**Wheels**

**2**

– Tires cold:
• Remove valve caps
• Check/correct tire pressure

### Checking tire pressures

⚠ **WARNING**

**Incorrect tire pressures have a considerable influence on handling and on tire life. Adjust tire pressures to suit total weight. Never exceed either the motorcycle's gross weight or the individual wheel load limits (⟹ 47).**

Tire pressures:

|  | Front | Rear |
|---|---|---|
| Solo | (2.2 bar) | (2.5 bar) |
|  | 32.0 psi | 36.3 psi |
| Two-up | (2.5 bar) | (2.7 bar) |
|  | 36.3 psi | 39.2 psi |
| Passenger with luggage | (2.5 bar) | (2.9 bar) |
|  | 36.3 psi | 42.0 psi |

• Screwing on valve caps

⚠ **WARNING**

**BMW cannot examine or test each product of outside origin on the accessories and tyres market to ensure that it can be used on or in connection with BMW motorcycles without constituting a safety hazard. Even approval by a technical inspectorate or an official permit (General Operating Permit) cannot always provide this guarantee. Tests conducted by these instances cannot make provision for all operating conditions experienced by BMW motorcycles and consequently, they are not sufficient in some circumstances.**

☛ **NOTE**

BMW accessories and other products approved by BMW can be obtained from your BMW motorcycle retailer.

## Accessories and loads







### Correct loading

⚠️ **WARNING**

**Overloading can impair the handling of your motorcycle.**

- Make sure that the weight is uniformly distributed between right and left
- Pack heavy items at the bottom

- Max. load in each case $^{OA}$ (left and right): 22 lbs (10 kg)
- Max. load on luggage carrier and in tank-top rucksack $^{OA}$: approx. 11 lbs (5 kg) each
- Check that fastenings are correctly positioned and tight

⚠️ **WARNING**

**With cases installed, it is advisable not to exceed 80 mph (130 km/h).**

$^{OA}$ Optional accessories

⚠️ **CAUTION**

Do not exceed the gross weight limit of 992 lbs (450 kg).
Do not exceed the wheel load limits of 397 lbs (180 kg) at the front and 660 lbs (300 kg) at the rear.
Reset the suspension spring preload and the shock absorbers to match the total weight (➡ 41, 42, 44).
The total weight consists of:
- Motorcycle with full tank
- Rider
- Passenger
- Luggage

Yazdani000948

## Your first journey

## Your first journey

**3**

### Handling your motorcycle safely

Each motorcycle has a character all its own. It is time now for you to familiarise yourself with the way your own motorcycle behaves:

– acceleration
– roadholding
– cornering
– braking ...

These are all things you need to become familiar with.

Please remember too that if the motorcycle has not yet covered approx. 600 miles (1,000 kilometers), the engine is not yet fully run in.

### ⚠ CAUTION

BMW Integral ABS$^{OE}$ incorporates a brake booster, so braking efficiency is significantly higher than with conventional brake systems.

### ⚠ WARNING

**The tires need to cover a certain distance before they acquire their full road grip (➡ 57).**

When riding at high speed, always bear in mind that various boundary conditions such as: settings of the spring and shock-absorber system, unbalanced loading, loose clothing, low tire pressures, worn tires, etc., can affect the handling of your motorcycle.

$^{OE}$ Optional equipment

Safe motorcycling does not depend on the motorcycle alone.
Your own skill and common-sense are needed too.
The key to genuine safety on the road is a sensible balance between the motorcycle's technical features and the rider's skill, so that together they form a single efficient unit.
Riding safely in traffic calls for a sense of responsibility to your rear passenger and to other road users.

### ⚠ WARNING

**Do not ride the motorcycle after drinking alcoholic beverages. Even small amounts of alcohol or drugs, particularly if taken in conjunction with medicines, will adversely affect your perception and your ability to assess situations and make decisions, and also slow down your reflexes.**

Take to the road now by all means, but think carefully about everything you do.

Yazdani000949

## Important notes

## Important notes

**3**

**BMW Integral ABS**[OE]
motorcycle equipped with
BMW Integral ABS (➡ 68)

⚠ **WARNING**

**When the ignition is switched
off or if the BMW Integral ABS
fails, only a "RESIDUAL
BRAKING FUNCTION" is
available (➡ 71).
Under these circumstances
you must apply CONSIDER-
ABLY higher pressure to the
brake levers in order to apply
the brakes, and lever travel is
longer.**

OE Optional equipment

**Risk of poisoning**
Exhaust fumes contain carbon
monoxide, which is colorless
and odorless but highly toxic.

⚠ **WARNING**

**Inhaling the exhaust fumes
therefore represents a health
hazard and can even cause
loss of consciousness with
fatal consequences.
Do not run the engine in an
enclosed space.**

**Risk of fatal accident**
Your motorcycle is equipped
with Digital Motor Electronics
(Motronic) and an increased-
output ignition system.

⚠ **WARNING**

**When the engine is running or
the ignition switched on,
never touch electrically live
parts of the ignition system or
the digital motor electronics.**

**Catalytic converter**

⚠ **CAUTION**

To avoid damage to the cata-
lytic converter:
• Do not run the fuel tank dry
• Push-start only when the
  engine is cold
• Do not run the engine with a
  spark plug lead detached
• Do not exceed the engine-
  speed limits marked on the
  tachometer
• Comply with all specified
  maintenance intervals
• Stop the engine at once if it is
  misfiring
• In the event of misfiring or a
  severe drop in engine power,
  consult a BMW-certified
  shop, preferably an autho-
  rized BMW Motorrad retailer.
  If misfiring or malfunction of the
  fuel-air mixture preparation sys-
  tem cause unburned fuel to
  reach the catalytic converter,
  there is a risk of it overheating
  and being damaged.

**Risk of fire**
High temperatures occur at the
exhaust system, particularly if a
catalytic converter is installed.

⚠ **WARNING**

**Make sure that whether riding
or standing still or when the
motorcycle is parked, no eas-
ily flammable material
(for example hay, grass,
leaves, clothing or luggage
etc.) can come into contact
with the hot exhaust system.
Do not allow the engine to
idle unnecessarily or for pro-
longed periods
—Risk of overheating or fire.
Ride away immediately after
starting the engine.**

**3**

Yazdani000950

## Side stand

## Side stand







**Placing motorcycle on side stand**



⚠️ **WARNING**

**For safety reasons, never sit on the motorcycle with the side stand extended.**

⚠️ **CAUTION**

Stop the engine before using the side stand.
Make sure the surface under the stand is firm.
On a gradient, the motorcycle should always face uphill; select 1st gear.

- Switch off the ignition
- Hold the left handlebar grip with your left hand
- Place your right hand on the dualseat
- Use your right foot against the extension pin to swing the side stand fully forwards
- Lean the motorcycle carefully on to the stand
- Turn the handlebars to full left lock (➠ 9)
- **Check that the motorcycle is firmly supported**

**Lifting motorcycle off the side stand**

⚠️ **WARNING**

**When the ignition of a motorcycle fitted with BMW Integral ABS$^{OE}$ is switched off, only a "RESIDUAL BRAKING FUNCTION" is available (➠ 71). The side stand must be fully retracted before you ride off.**
**– Riding with the side stand extended is a safety risk.**

- Ignition key in "R" or "ON" position (➠ 9)
  – Steering column lock unlocked
- Hold the left handlebar grip with your left hand
- Place your right hand on the right handlebar grip
- Raise the motorcycle gradually
- Use your left foot to push back the side stand

$^{OE}$ Optional equipment

Yazdani000951

## Center stand

## Center stand

**3**





### Place motorcycle on center stand

⚠️**WARNING**

**For safety reasons, never sit on the motorcycle with the center stand extended.**

⚠️**CAUTION**

Switch off the engine before using the center stand. Make sure the surface under the stand is firm.

- Switch off the ignition
- Hold the left handlebar grip with your left hand
- Place your right hand on the frame
- Place the right foot on the extension pin and press it down until the curved shoes of the stand touch the ground
- Place your right foot on the tread surface of the stand
- Apply all your body weight to the stand
- Pull the motorcycle to the rear and upwards (arrow) until it rests on the center stand
- **Check that the motorcycle is firmly supported**

### Removing motorcycle from center stand

⚠️**WARNING**

**If the motorcycle is fitted with BMW Integral ABS^OE, only RE-SIDUAL BRAKING FUNCTION-ALITY is available when the ignition is switched off (➡ 71). Make sure the center stand is fully retracted before you ride off.**

- Ignition key in "R" or "ON" position (➡ 9)
  - Steering column lock unlocked
- Hold the left handlebar grip with your left hand
- Place your right hand on the frame
- Push the motorcycle forwards off the stand
- **Check that the stand has fully retracted**

OE  Optional equipment

# Running in




**3**
56

### ⚠ CAUTION

Exceeding the specified engine speeds while running in will lead to increased engine wear.

### ☛ NOTE

While running in the motorcycle, vary the throttle opening and engine-speed range frequently.
Try to do most of your riding during this initial period on twisting, fairly hilly roads rather than high-speed main roads and highways.

### Running-in engine speeds

**From 0 to 600 miles (1,000 km)**
- Engine speed max. 4,000 rpm and no full-load acceleration
- Do not omit the first inspection after 600 miles (1,000 km). Make an appointment with your authorized BMW motorcycle retailer in good time, so that the work can be performed punctually.

**From 600 miles to 1,200 miles (1,000 km to 2,000 km)**
- Engine speeds can be gradually increased after 600 miles (1,000 km)
- Avoid lengthy periods at full load until 1,200 miles (2,000 km) have been covered

### Running in new brake pads

### ⚠ WARNING

New brake pads must "bed down" and therefore do not achieve their optimum friction levels during the first 300 miles (500 km).
This slight initial reduction in braking efficiency can be compensated for by exerting greater pressure on the lever. Try to avoid all unnecessary hard braking during this initial period.

### ⚠ CAUTION

Comply with the notes on BMW Integral ABS[OE] (➡ 68-75).

### Running in new tires

### ⚠ WARNING

New tires have a smooth surface. This must be roughened by riding in a restrained manner at various heel angles until the tires are run in.
This running in procedure is essential if the tires are to achieve maximum grip.

[OE] Optional equipment

Yazdani000953

**Before you start**

**Before you start**

**3**

**3**





## Switching on the ignition
- Move the kill switch to the run position **A**
• Turn ignition key to **ON**

## In an emergency only:
• Move switch **1** to the **B** position.
- The Motronic, fuel pump and starter motor electrical circuits are out of action

**☞ NOTE**

If you move the kill switch to the **B** position while the ignition is on (switch in **ON** position), the BMW Integral ABS ᴼᴱ remains operational (➡ 68-75).

ᴼᴱ  Optional equipment

## Fully retract the side stand

**☞ NOTE**

If the side stand is extended and a gear engaged, you cannot start the motorcycle.

## Select neutral
- Neutral indicator light **1** comes on **green** "¹ (➡ 7).

**☞ NOTE**

Engine does not start:
- Move the gear lever to the "¹ position or disengage the clutch
Engine stops when first gear is engaged:
- Fully retract the side stand; if necessary, consult the troubleshooting table (➡ Maintenance Instructions, Section 2)

# Starting

**3**
30



## Starting

⚠ **CAUTION**

If you attempt to start the engine when the battery is flat, you will hear the relay chattering. Further attempts will damage the starter relay and starter motor.
Before trying again:
Recharge the battery.

⚠**WARNING**

**Do not warm up the engine with the motorcycle at a standstill – risk of overheating or fire!
Ride away immediately after starting the engine.
To avoid overheating the air-cooled engine and possible damage as a result, avoid even short warm-up periods at a standstill. Avoid high engine speeds after a cold start.**

## Choke

- Correct position of choke lever **1**:
  - Lever up, in position **A**: cold start
  - Lever down, in position **C**: engine at operating temperature
- When starting, pull lever **1** to position **A** (arrow) and hold it in this position

☞**NOTE**

Do not turn the throttle twistgrip when starting the engine.

- Press starter pushbutton **2**
  - The engine starts
- Turn the throttle twistgrip carefully
- Release lever **1**
  - Lever **1** in position **B**
- Return choke lever **1** to position **C** as soon as possible (as soon as the engine runs smoothly)

Yazdani000955

# Indicator and warning lights



## Fuel level

When the warning light **1** comes on, there are still approx. 1.3 gallons (5 liters) of fuel in the tank.

## Engine oil pressure

Warning light **2** goes out above idle speed.

**⚠ CAUTION**

If warning light **2** comes on during the journey, take the following action as soon as traffic conditions permit:

- Declutch
- Press the kill switch
- Bring the motorcycle safely to a halt
- Check engine oil level (➡ 22)

If the warning light comes on even though the oil level is correct, you must consult a certified workshop, preferably an authorized BMW motorcycle retailer.

# Indicator and warning lights



## Warning light, general

General warning light **3** lights up if the BMW Integral ABS<sup>OE</sup> develops a fault (➡ 75), or if the tail light or brake light is inoperative.

## ABS warning light<sup>OE</sup>

The ABS warning light **4** lights up if the BMW Integral ABS develops a fault (➡ 75)

## Battery charge current

Warning light **5** goes out above idle speed.

**⚠ CAUTION**

If warning light **5** comes on during the journey:
Immediately consult an authorized BMW motorcycle retailer.

<sup>OE</sup> Optional equipment

Yazdani000956

## Riding, gear shifts



**3**





### Engine speed

Limit engine speed in accordance with engine temperature, using the highest engine speeds only when the engine has reached its regular operating temperature. When the tachometer needle enters the red zone on the dial, the fuel supply is interrupted in order to protect the engine against overspeeding.

**☞ NOTE**

The governor cuts in at 7,900 rpm.

### Load changes

**⚠ WARNING**

**Try not to open or close the throttle abruptly, particularly on wet or slippery roads.**

### Gear shifts

**☞ NOTE**

Never slip the clutch excessively when changing gear. Vary your speed only by using the throttle in a suitable gear, not by slipping the clutch.

### Moving off and upshifts:
- Pull the clutch lever in
- Press down on the gearshift lever (to select first gear) and take your foot off the lever
- Smoothly re-engage the clutch
- Increase engine speed slightly as necessary
- Accelerate when the clutch is fully engaged
- Upshift into 2nd, 3rd, 4th, 5th and 6th gears, in the same way, but lifting the gear lever

### Downshifts:
- Close the throttle (twistgrip)
- Pull the clutch lever in
- Select the next-lower gear: opposite direction to arrow
- Smoothly re-engage the clutch

Yazdani000957

# Brake system – general

**3**

## Wet brakes
After the motorcycle has been washed, ridden through water or ridden in the rain, the brake disks and pads may be wet (or iced-over in winter), and may not take effect immediately.

**⚠WARNING**
The brakes have to dry before they start to bite.

## Salt on brakes
The full breaking effect can be delayed if the motorcycle is ridden on salt-covered roads and the brakes are not applied for some time.

**⚠WARNING**
The layer of salt on the brake disks and pads must first be worn away.

## Oil and grease on brakes

**⚠WARNING**
Brake disks and pads must be free from oil or grease.

## Dirt or mud on brakes
When riding on loose surfaces or muddy roads, the brakes may fail to take effect immediately because of dirt or moisture on the disks or brake pads.

**⚠WARNING**
The brakes must first be applied until the disks and pads are clean.
Dirt on the brakes increases the rate of pad wear.

**⚠WARNING**
If the brake lever can be moved right to the limit of its travel without producing braking action (i.e. without resistance), a mechanical or hydraulic fault may exist. Immediately consult an authorized BMW motorcycle retailer.

**3**

Yazdani000958

## Brake system – with BMW Integral ABS OE

## Brake system – with BMW Integral ABS OE

**3**
88

**3**
89

### Sensitive electronic control

It takes skill and sensitive control of the brakes to pull up safely on a motorcycle. If the front wheel brake locks and the wheel skids, the necessary longitudinal and lateral stabilizing forces are lost, and a fall can result.

For this reason, the rider seldom makes full use of available braking performance in an emergency.

OE Optional equipment

BMW Integral ABS is the latest-generation BMW ABS development: by preventing both wheels from locking and optimising braking-force distribution by means of the integral function it offers much improved braking performance (→ 70). Full use is made of technical braking capacity to minimize braking distances, even when road conditions are poor. When the motorcycle is ridden in a straight line, the BMW Integral ABS is able to handle emergency braking safely.

### Safety margin

But remember: the potentially shorter braking distances which BMW Integral ABS permits must not be used as an excuse for careless riding. ABS is primarily a means of ensuring a safety margin in genuine emergencies.

- You have to familiarise yourself with the new, electronically assisted braking. Try the brakes several times when you take your motorcycle out for the first time. Find out for yourself how the brakes feel
- Never ride without due care and attention, or assume that good fortune will protect you from your own foolhardiness
- Keep within the permitted speed limits

- Take care when cornering. When you apply the brakes on a corner, the motorcycle's weight and momentum take over and even BMW Integral ABS is unable to counteract their effects.

OE Optional equipment

Yazdani000959

# Brake system - with BMW Integral ABS[OE]

## Partially integral brakes

The integral brake function interlinks the front and rear brakes, so both wheels are braked when you operate the brake lever.

The electronic controller in the BMW Integral ABS computes the braking-force distribution between front and rear wheels, and applies the brakes accordingly.

The baking-force distribution depends on load and is recalculated every time the ABS controller comes into action.

In this partially integral brake configuration, the integral braking function is activated only when you pull the handbrake lever. The footbrake lever acts only on the rear brake.

## Brake servo

The hydraulic pump in the BMW Integral ABS actively boosts the braking force acting on the wheel when the brakes are applied.

By boosting the braking force in this way, the BMW Integral ABS achieves a higher braking efficiency than standard brake systems.

## ABS - anti-lock brake system

ABS prevents the wheels locking under heavy braking when the motorcycle is travelling in a straight line, thus contributing significantly to road safety.

OE Optional equipment

# Brake system - with BMW Integral ABS[OE]

## RESIDUAL BRAKING FUNCTION

If the BMW Integral ABS develops a fault, a RESIDUAL BRAKING FUNCTION only is available in the brake circuits in question.

The RESIDUAL BRAKING FUNCTION is the braking efficiency without the hydraulic servo assistance of the BMW Integral ABS.

Under these circumstances, therefore, you must apply CONSIDERABLY higher pressure to the brake levers in question in order to apply the brakes, and lever travel is longer.

When the RESIDUAL BRAKING FUNCTION is active, the ABS function is unavailable in the brake system in question.

When the RESIDUAL BRAKING FUNCTION is active, the integral braking function is partially or entirely unavailable.

⚠ **WARNING**

**When the RESIDUAL BRAKING FUNCTION is active, maintain a defensive riding style and proceed immediately to the nearest authorized BMW motorcycle retailer.**

☞ **NOTE**

When the RESIDUAL BRAKING FUNCTION is active, it is advisable to set adjuster **A** (➡ 27) on the front-brake lever to position 4.

The RESIDUAL BRAKING FUNCTION is active under the following circumstances:

– Ignition off
– Before and during self-diagnosis (➡ 72)
– Fault in the BMW Integral ABS (➡ 75)

☞ **NOTE**

When the RESIDUAL BRAKING FUNCTION is active for both brake circuits, the noise of the pump is no longer audible when you operate the brake levers.

OE Optional equipment

## Brake system - with BMW Integral ABS<sup>OE</sup>



**3**

**Self-diagnosis with pull-away test**

The BMW Integral ABS performs self-diagnosis and a pull-away test to ensure its operability.

Self-diagnosis is performed automatically when you switch on the ignition.

⚠️ **WARNING**

**Self-diagnosis is not performed unless both brake levers are in their fully released positions.**

**Only the RESIDUAL BRAKE FUNCTION is available until self-diagnosis is completed (➡ 71).**

• Release the brake levers, if necessary
• Switch on the ignition
Initially:
– ABS warning light **2**: flashes at 4 Hz (➡ 58)
– General warning light **1**: ON
➡ Self-diagnosis is in progress
Then:
– ABS warning light **2**: flashes at 1 Hz
– General warning light **1**: OFF
➡ Self-diagnosis successfully completed

<sup>OE</sup> Optional equipment

---

## Brake system - with BMW Integral ABS<sup>OE</sup>



**3**

• Start the engine.
• Move off
– ABS warning light **2**: OFF (as of approx. 3 mph (5 km/h) road speed)
➡ Pull-away test successfully completed
➡ BMW Integral ABS is available

📝 **NOTE**

Starting on gradients:
Always switch on the ignition with gear engaged, clutch lever released and both brake levers released.
Self-diagnosis cannot be performed if you do not follow this procedure.
When self-diagnosis completes, apply the brakes, disengage the clutch, and start the engine.

📝 **NOTE**

Flashing at 1 Hz = 1 flash per second (slow flashing)
Flashing at 4 Hz = 4 flashes per second (fast flashing)

<sup>OE</sup> Optional equipment

Yazdani000961

**3**

## Brake system - with BMW Integral ABS<sup>OE</sup>



① ②

⚠️ **WARNING**

If the BMW Integral ABS establishes a fault in both brake circuits, a RESIDUAL BRAKING FUNCTION only is available (➡ 71).

⚠️ **WARNING**

If the RESIDUAL BRAKING FUNCTION is active (➡ 71), maintain a defensive riding style and immediately consult an authorized BMW motorcycle retailer.

<sup>OE</sup> Optional equipment

⚠️ **WARNING**

If there is a fault in the ABS system, the reserves of safety normally afforded by ABS are not available until the fault has been accurately identified and addressed. There is a risk of dropping the machine if the brakes are applied too hard and the front wheel locks or the rear wheel lifts clear of the ground as a result of a high level of front tire adhesion. Do not ride the motorcycle if you have any doubts about the safety of the brake system.

## BMW Integral ABS<sup>OE</sup> - Fault table

| General warning light ⚠ | ABS warning light 🚫/ brake failure | Malfunctions |
|---|---|---|
| OFF | ON | Only RESIDUAL BRAKING FUNCTION available in both circuits (➡ 71) |
| OFF | Flashes at 1 Hz | ABS not available Pull-away test not completed (➡ 72) |
| OFF | Flashes at 4 Hz | Only RESIDUAL BRAKING FUNCTION available in both circuits (➡ 71) Self-diagnosis not completed (➡ 72) |
| ON | OFF | Tail light/brake light inoperative (Maintenance Instructions, ➡ Section 2) |
| ON | Flashes at 1 Hz | At least one brake circuit without ABS (➡ 70) |
| ON | Flashes at 4 Hz | At least one brake circuit in RESIDUAL BRAKING FUNCTION mode (➡ 71) |
| Alternate flashing at 1 Hz | Alternate flashing at 1 Hz | Fluid level in BMW Integral ABS too low. Check the motorcycle as follows: – Ignition OFF: is brake pressure OK at the brake levers? – Are the brakes acting on both wheels? – Is the brake system free from leaks, no signs of brake fluid escaping? If the test outcome is negative it will be necessary to diagnose the brake system and address any faults as necessary. |
| Alternate flashing at 4 Hz | Alternate flashing at 4 Hz | Fluid level in BMW Integral ABS is too low, perform the checks listed above. Only RESIDUAL BRAKING FUNCTION available in at least one circuit (➡ 71) |

⚠️ **WARNING**

Do not ride the motorcycle if you have any doubts about the dependability of the brake system.

<sup>OE</sup> Optional equipment

Starting - Riding - Parking

Yazdani000962

## Reliability

## Reliability

**4**
76

**4**

Active Safety

### Know-how...
In recent years, motorcycles' technical design features have become more and more sophisticated.
Motronic, electronic ignition, integral brakes, the catalytic converter or the use of four valves per cylinder are clear signs that far more than basic technical knowledge may be needed to solve certain problems. In addition, high-tech materials are increasingly taking the place of conventional ones, which again calls for thorough and expert knowledge if they are to be handled correctly during repair work.
To be sure of achieving the necessary standard, it is always advisable to consult your authorized BMW motorcycle retailer.

The authorized BMW motorcycle retailer employs staff that attends regular and comprehensive training courses. Authorized BMW motorcycle retailers also receive all the current technical information and are therefore fully aware of the latest developments.

### ...technical features...
The BMW Motorrad retailer's staff has the experience and all the necessary facts at its disposal when it comes to solving problems quickly and effectively. Workshops are equipped with the latest technical facilities, for example the special tools developed by BMW such as the **BMW** diagnosis system or exhaust emissions tester.

Regular visits to the workshop for routine servicing are strongly recommended even after the warranty period has elapsed. They are the only way to be genuinely certain that your BMW motorcycle is being kept in perfect working order.
For generous treatment of claims submitted after the warranty period has expired, evidence of regular maintenance is essential. Certain signs of wear may not otherwise be noticed until it is too late to put them right at moderate cost.

The staff in the authorized BMW motorcycle retailer's workshop know every detail of your motorcycle and can take remedial action if necessary before minor faults develop into serious problems. By having the necessary repairs done properly and in good time, you save time and money in the long run.

### ...service
You can obtain accurate advice in all cases, and make appointments with a firm completion deadline which we will comply with punctually. But the most gratifying feeling of all is that your BMW is in genuinely good shape when it leaves the authorized BMW motorcycle retailer's workshop – and above all, safe.

Yazdani000963

## Service worldwide

**4**

Arrive safely

### BMW Service worldwide

And if your travels take you
even further afield, you have no
need to worry: we are repre-
sented in more than 100 coun-
tries of the world.

**☛ NOTE**

BMW service partners are listed
in the Service Stations booklet
for Europe or Asia, available
from any authorized
BMW motorcycle retailer.

## Environmental protection

**4**

Arrive safely

### Development...

Motorcyclists have an intensive
relationship with nature. BMW
has made sure that they con-
tinue to enjoy the best possible
prospects for successful riding
in the future.
For instance, your new Boxer is
available with exhaust emission
control by closed-loop, three-
way catalytic converter.

### ...waste disposal...

Behind the scenes, in the repair
shop, we do not neglect the
pro-environmental aspects of
our work either.
Wherever possible, we use
environmentally acceptable
biodegradable materials. We
ensure strict compliance with
all environmental legislation, for
example the correct disposal of
old oil, which is now classified
as hazardous waste in many
countries.

### ...recycling

Alongside the correct disposal
of environmentally hazardous
materials, recycling is another
high-priority issue for BMW.
For example, plastics that are
marked according to type can
more easily be returned to the
materials cycle. Remember:
when it comes to making
repairs to your motorcycle, the
authorized BMW motorcycle
workshop is far better equipped
to protect the environment than
you are at home.

Yazdani000964

## BMW rider's equipment





### Well-planned riding pleasure

Many motorcyclists have learned the hard way that the proper clothing contributes so much to riding pleasure. You must feel comfortable and relaxed – and your own safety must never be endangered. There is no doubt about it: when buying motorcycling clothing, you simply cannot set your sights too high. It is good to know that the BMW brand can be trusted to supply you with safe, high-quality rider's clothing as well.

Information on the latest products is always available from your BMW motorcycle retailer.

### The essentials

To reach your destination safely every time, there is only one choice:

- Helmet
- Suit
- Gloves
- Boots

It is foolish to ride without these items of clothing. This even applies to short journeys, and to every season of the year.

## BMW motorcycle equipment



### Always an idea ahead

This is our motto – and it is one we live up to. For many years now, BMW has offered the enthusiast everything capable of enhancing the fascination of motorcycling. A unique programme that is regularly updated and offers plenty of scope for choosing items according to individual preferences.

Ask your BMW motorcycle retailer for the latest upgrades and retrofits.

Every accessory product is made to the same exemplary standards of design, function and quality as the motorcycle itself. This calls for a great deal of experience, but our engineers are themselves enthusiastic motorcyclists who know what is needed. Accessories and motorcycle equipment are included when a new motorcycle is being developed, and their practical features optimised in a series of thorough tests. This is your guarantee of the high quality you expect from BMW.

Yazdani000965

## Training means extra safety

## Concluding thoughts

**4**

Arrive safely

**4**

Arrive safely

### Cornering and braking need to be practiced

Develop a "sixth sense" for potentially dangerous situations. What this means: look ahead, plan how to avoid possibly dangerous situations and study other road users' behavior with a degree of healthy scepticism.

– Take bends smoothly and rhythmically, avoiding violent braking and acceleration
– Approach bends slower than you feel they can be taken; a neat riding style will get you to your destination more safely than sheer speed
– Ride at the inner edge of the ideal line, look ahead and plan to leave the bend as smoothly as you entered it

Allow for reaction time when judging braking distances.
– At a speed of 31 mph (50 km/h), for instance, one second's hesitation means that about 46 feet (14 metres) are covered additionally before the brakes are applied
– At 56 mph (90 km/h), this distance grows to 82 feet (25 metres)

Practice applying the brakes with and without an extra load on the motorcycle, and study its reactions on various kinds of road surface.
Work up to the wheel lock limit gradually.
BMW has a worthwhile safety contribution to make in this area too – BMW Safety Training. These programmes are a wonderful opportunity: systematic basic and follow-up training enables you to master situations close to the limit and keep your motorcycle under supreme control whatever happens.

### Now it is your turn.

• Regular care is important, with all functions checked before the journey starts
• Use only genuine BMW accessories. They comply with all the relevant safety requirements and are perfectly matched to your BMW
• Your BMW motorcycle retailer is best placed to service your motorcycle
• Do not under any circumstances install unapproved extras: the use of unapproved accessories constitutes a safety risk and voids your insurance and the motorcycles permit
• Technical modification should be performed by a trained mechanic at your BMW motorcycle retailership

**☞ NOTE**

Your local BMW motorcycle retailer can supply you with useful items to accompany the Maintenance Instructions.

– BMW Repair Manual
– BMW set of circuit diagrams

It is good to know you have thought of everything, isn't it?

### Our aim is to make your journey safer

We want you to reach your destination safely – and for riding your BMW Boxer to be the most delightful leisure pastime in the world!

Yazdani000966

## A - F

**A**
Active brake with ABS
  changing the brake fluid, 33
  checking brake fluid level, 33
Anti-lock braking system
  notes, 68, 70-75

**B**
BMW Integral ABS
  troubleshooting chart, 75
Brake fluid
  changing, 30
Brake fluid level
  checking, 30
  checking front, 31, 35
  checking rear, 32, 36
Brake pads, checking, 29
Brake system
  checking, 28
  general, 28, 29
  with BMW Integral ABS, 33-36
  without BMW Integral ABS, 30, 31, 32
Braking, precautions, 66

**C**
Capacity, 25
Catalytic converter, 51
  safety instructions, 51
Center stand, 54, 55
Checking brake fluid level, 30
Choke
  cold start, 12, 61

Choke lever
  operation, 61
  position, 12
Clock (in cockpit), 10
Closing the System case, 18
Clutch
  fluid level, 37
Clutch lever, 26
Cockpit layout, 6

**D**
Dipswitch, 12
Dualseat, 16
  adjusting, 14, 15
  closing the storage
    compartment, 16

**E**
Engine oil, 23
  Filler, 4, 23
Engine oil level sight glass, 4
Engine oil pressure
  warning light, 62

**F**
Front brake
  brake fluid reservoir, 5
Front brake fluid level, 31, 35
Front brake lever, 27
Fuel, 24
  octane number, 25
  refuelling, 24
Fuel filler cap, 5
Fuse box, 5

## G - O

**G**
Gear shifts, 64, 65
General view
  left side, 4
  right side, 5

**H**
Handlebar fitting
  left, 12
  right, 13
Handlebar levers, 26
  clutch, 26
  handbrake, 27
Hazard warning flashers, 11
Headlight beam throw adjustment, 38
Heated handlebar grips, 11, 13
Helmet holder, 14
High/low (dipped) headlight
  switch, 12
Horn, 12
Hydraulic fluid
  clutch, 37

**I**
Ignition switch and steering
  lock, 6
  function, 8, 9
Ignition, switching on, 58, 59

Indicator lights
  ABS, 7, 63
  battery charge, 7, 63
  engine oil pressure, 7, 62
  fuel tank level, 7, 62
  high-beam headlights, 7
  left turn indicator, 7
  neutral, 7
  right turn indicator, 7
Installing System case, 19
Instruments, 6

**K**
Kill switch, 13

**L**
Lights
  general instructions, 38
  headlight beam throw, 38

**M**
Motorcycle equipment, 81

**N**
Neutral, 59

**O**
Octane number (fuel), 25
Odometer, 6
Oil filler, engine, 4, 23

Yazdani000967

# O - Z

Oil level
  Checking, 23
  engine oil pressure, 7, 62
  sight glass, 4
Opening the System case, 17
Overheating, 60

## P

Partially integral brakes, 70
Power socket, 12 V, 4

## R

Rear brake
  brake fluid reservoir, 5
Removing System case, 18
Residual braking, 34
Residual braking function, 71
Rider's equipment, 80
Riding, 64
Running in, 57

## S

Safety check, 20
Safety instructions
  catalytic converter, 51
  general, 50, 51
Seat lock, 5
Seat, single, 16
Service worldwide, 78
Shock absorbers, 41
Side stand, 52, 53
Speedometer, 6
Spring preload, front, 42
Spring strut, 4

Starter button, 13
Starting the engine, 60
Storage compartment, 16
Storage-compartment cover, 16
System case, 17, 18, 19

## T

Tachometer, 6
Tire pressures, 44
Tire valve caps, 43
Tires, running-in, 57
Toolkit, 5, 16
Tread depth, tires, 43
Trip meter, 6
Troubleshooting, ABS, 75
Turn indicator switch
  left, 12
  right, 13
Turn indicators
  indicator lights, 7
Turn-indicator cancel switch, 13
Type plate, 5

## V

Valve caps, 43

## W

Warning lights
  ABS, 7, 63
  battery charge, 7, 63
  engine oil pressure, 7, 62
  fuel tank content, 7, 62
  general, 7, 63
Wheels, 43

Yazdani000968

i

Index

Details described or illustrated
in this booklet may differ from
the motorcycle's actual specifi-
cation as purchased, the
accessories fitted or the natio-
nal-market specification. No
claims will be entertained as a
result of such discrepancies.
Dimensions, weights, fuel con-
sumption and performance
data are quoted to the custo-
mary tolerances.

The right to modify designs,
equipment and accessories is
reserved.
Errors and omissions excepted.
    ©2002 BMW Motorrad
Not to be reproduced either
wholly or in part without written
permission from BMW Motor-
rad,
After Sales.
Printed in Germany

Yazdani000969