# EXHIBIT F-2

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 181

1 potential for a secondhand user and we have
2 critical information that's in the manual that
3 he might not get or she might not get;
4 correct?
5 A. Absolutely.
6 Q. And therefore, there needs to
7 be another way to communicate?
8 A. It depends on how you're
9 dealing with issue, what the issue is.
10     So, again, in this case we have
11 an atypical problem. Most bikes when you let
12 them idle at a standstill don't catch on fire.
13 A lot of people allow their bikes to warm up
14 at a standstill for different periods of time
15 that are not aware that this is a potential
16 problem with the BMW R 1150.
17     Because of that they needed to
18 find a different way to communicate that
19 information to the user if they're going to
20 choose not to fix it by changing the design or
21 providing a necessary safeguard.
22 Q. I can understand why you don't
23 want to answer my question. So let's try it
24 again. This issue, I don't need to hear your

Page 182

1 opinion on this issue, I think I've heard it
2 100 times perhaps.
3     My question is: Your
4 criticizing my client on relying on a manual
5 to communicate critical safety related
6 information and warnings, plural, to secondary
7 owners; correct? You criticized my client for
8 that, yes?
9 A. I -- yes, it's --
10 Q. Is this the only -- is this
11 issue the only critical safety related
12 information or warning that has to be
13 communicated in some other manner if we accept
14 your criticism?
15 A. I'm sorry, I did not analyze
16 the complete BMW R 1150 R to determine what
17 other defects may or may not have been present
18 and what other critical warnings or safety
19 information needs to be presented on the bike.
20 Q. Should Harley-Davidson be
21 concerned about the same thing?
22 A. Harley-Davidson doesn't have
23 the same defect, so I wouldn't think they
24 would be concerned about the same thing.

Page 183

1 Q. Okay. Does Harley-Davidson
2 have to be concerned about critical safety
3 related warnings not being communicated to
4 secondary owners?
5 A. I think that Harley-Davidson in
6 their hazard analysis and safety analysis of
7 their motorcycles would want to see what
8 hazards are associated with its product,
9 eliminate those that they can through design,
10 provide adequate safeguards and then determine
11 whether or not a warning in the manual is
12 appropriate or whether or not it needs to be
13 on the product because it's atypical and not
14 something that most riders would be aware of
15 or think about.
16     MR. HEINOLD: Ken, I'm getting
17 this close to saying let's go see a Judge.
18     MR. LEVINE: I think it's a
19 middle ground, frankly. I think that he can
20 answer the questions yes or no and then give
21 an explanation.
22     MR. HEINOLD: You know what I'm
23 asking. You know what I'm asking. You don't
24 have to admit this on the record. You know

Page 184

1 what I'm asking and you know he's not
2 answering.
3     MR. LEVINE: I'm going to
4 disagree with that. And I agreed with you
5 before, by the way. I agreed with you before
6 that he wasn't answering your question.
7     You're asking him something
8 that from his analysis standpoint takes a lot
9 more than a yes or no. It just does. You can
10 tell the way that this witness does his
11 analysis.
12     MR. HEINOLD: Excuse me for
13 interrupting --
14     MR. LEVINE: No, it's okay.
15 The truth is -- you want to know -- the last
16 question was does Harley-Davidson need to put
17 any specific -- let me use the proper words
18 here, any specific critical safety related
19 information physically on their bikes?
20     MR. HEINOLD: No, I didn't say
21 that.
22     MR. LEVINE: I apologize, I
23 thought that was your question.
24     MR. HEINOLD: I didn't say that

Yazdani vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 185

1  at all.
2      MR. LEVINE: I thought that was
3  your question.
4      MR. HEINOLD: I'll tell you
5  what, I'm going to tell you, okay, and then
6  you see if he answers the question.
7      MR. LEVINE: Fair enough.
8      MR. HEINOLD: Okay.
9      MR. HEINOLD: This is an
10  explanation with a question at the end. I'm
11  sure you're intelligent to follow it and not
12  have to sort through it and say this big long
13  thing.
14      MR. LEVINE: I'm ready.
15      MR. HEINOLD: He's made a
16  statement critical of my client for relying on
17  a manual to communicate critical safety
18  related information to people who buy used
19  motorcycles because they might not get it.
20      MR. LEVINE: Yes.
21      BY MR. HEINOLD:
22  Q.  Correct?
23  A.  Sure.
24  Q.  Okay.

Page 186

1      MR. HEINOLD: So, I want to
2  know is this the only critical safety related
3  information, this issue in this case, to which
4  he's referring, or is he talking generically?
5      MR. LEVINE: I can answer your
6  question.
7      MR. HEINOLD: I know you can
8  answer it.
9      MR. LEVINE: And I believe that
10  he has, actually.
11      MR. HEINOLD: What do you think
12  the answer is?
13      MR. LEVINE: As written there,
14  it was meant to express the concept in
15  general.
16      MR. HEINOLD: In general?
17      MR. LEVINE: Yes, in general.
18      MR. HEINOLD: That means, Ken,
19  does it not, that there's more than one issue
20  that has to be communicated in a critical
21  safety related warning in an alternate --
22      MR. LEVINE: There may be.
23      MR. HEINOLD: There may be.
24      MR. LEVINE: There may be, I

Page 187

1  agree with that.
2      BY MR. HEINOLD:
3  Q.  So I accept the proposition
4  there may be.  Do you accept that proposition?
5  A.  If you asked that question I
6  would say maybe, sure.
7      MR. LEVINE: And also, then you
8  said to him what other critical related safety
9  information would be required?  To which I
10  believe the witness said, I have not analyzed
11  the bike for any other issue other than this
12  particular one, which I found to be of a
13  critical related, safety related information
14  issue.  And then I believe --
15      MR. HEINOLD: And then I think
16  he went on to --
17      MR. LEVINE: Well, he does his
18  thing.
19      MR. HEINOLD: -- a soliloquy.
20      MR. LEVINE: Well, let me say
21  this to you in defense to the gentleman to my
22  right, and that is this:  We continue to focus
23  on whether or not it was right or wrong for a
24  warning to be placed on the bike, because I

Page 188

1  know that's part of this case, but when asked
2  about the behavior, whether or not that was
3  right or wrong, inherently as an ergonomics
4  guy he also wants to say that we should never
5  even -- in addition to your focus on that
6  issue, we should never have gotten there, and
7  he is fearful that it will get lost in the
8  wash and then it will be only the answer to
9  the very isolated question you have.
10      By the way, you then went on to
11  ask him about the Harley-Davidson, whether or
12  not their critical related safety information
13  that they should have physically put on it, to
14  which he went into his very long answer that I
15  haven't analyzed the Harley-Davidson.
16      MR. HEINOLD: I asked that
17  because he wouldn't answer my other question.
18  It's a simple question.
19      MR. LEVINE: I can answer that.
20      BY MR. HEINOLD:
21  Q.  It's a simple question.  If
22  you're not going to produce the manual -- if
23  they're not going to get the manual because
24  they're a secondhand user, would you agree

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 189

1   with me there's probably a whole bunch of
2   stuff that they ought to know that they're not
3   going to get?
4   A.  It's possible.
5   Q.  Okay, it's possible.  And if
6   they're not going to get it, is the solution
7   to put something on the product?
8   A.  It depends on what the issue
9   is.
10  Q.  You hold open the possibility
11  that you might have other -- you haven't done
12  the analysis, I understand that, to hold open
13  the possibility that there might be other
14  issues that you have to put on the product?
15  A.  Anything is possible.
16  Q.  You don't know?
17  A.  I don't know what?
18  Q.  You don't know whether there
19  would or wouldn't be more?
20  A.  As I said earlier, I did not
21  analyze the complete bike to determine what
22  other defects there may be that would require
23  a warning because BMW chose not to deal with
24  it in its design.

Page 190

1   Q.  You've talked about on-product
2   warning is necessary because of the clutter of
3   information, 89 Pages of the Rider's Manual;
4   correct?
5   A.  That is a problem with
6   presenting warnings in manuals.
7   Q.  Can you have too many
8   on-product warnings?
9   A.  Sure.
10  Q.  Can you create clutter there?
11  A.  Sure.
12  Q.  Can it interfere with
13  understanding awareness and recollection?
14  A.  Of each -- or a single
15  individual warning, sure.
16  Q.  Is there any study or research
17  or literature that tells how many such
18  warnings would create clutter?
19  A.  There's not research that's
20  going to tell you any given situation whether
21  or not it would be considered clutter or have
22  a detrimental effect on the individual's
23  warnings ability to draw attention, have
24  somebody read it and understand it.

Page 191

1       It would be the manufacturer's
2   responsibility to do that study to determine
3   what may or may not be appropriate.
4   Q.  In the human factors world of
5   expertise, are there any warnings or
6   instructions, warnings or research that would
7   tell you that?
8   A.  Tell me what?
9   Q.  Tell you about how -- how to
10  determine how many warnings there would be so
11  as to avoid interference with understanding?
12  A.  Sure, there's all kinds of text
13  and research, not necessarily text,
14  publications, guidelines on how to conduct
15  usability testing on your product to determine
16  whether or not a warning is appropriate,
17  whether the number of warnings you're
18  providing is appropriate.
19      I conducted many of tests like
20  that when I was with the IBM Corporation to
21  determine what worked and what didn't work.
22  Q.  On what?
23  A.  On products.
24  Q.  No, but on-product warnings?

Page 192

1   I'm talking about --
2   A.  Yes, on-product warnings and
3   manual warnings, whatever the case may be.
4       Again, and I know you don't
5   want to hear it, but the warning design is an
6   integral part of the product design.  You
7   don't wait until the product is done and then
8   figure out that you have all these unaddressed
9   hazards and now you have to figure out what
10  warnings you're going to stick on the product
11  to make it safe.
12      You determine what hazards
13  there are with your product, and then you go
14  through the safety hierarchy, which ones can I
15  eliminate through design, which ones can I
16  minimize through design, which ones can I
17  provide a safeguard for.
18      At the end of the day what
19  happens is that list of hazards shrinks, and
20  now you're down to whatever residual hazards
21  are left and you have to decide on how you're
22  going to warn.  And part of that decision is
23  what goes on the product, what goes in the
24  manual.  And you decide that based upon

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 193

1 consequences such as death and severe property
2 damage as opposed to a paper cut and maybe I
3 ruined the chrome on my exhaust.  So there's
4 different levels of the severity of the
5 hazard.
6     You deal with it based on how
7 you expect people are going to use your
8 motorcycle, how people use the other
9 motorcycles and the knowledge that the people
10 are most likely going to have.
11     So if it's an issue well, we
12 want to warn people to wear a helmet, that's
13 probably not something you need to put on the
14 bike itself, but something you can regulate or
15 set off into the manual.
16     But if you have a unique fire
17 hazard associated with the design of your oil
18 sight glass, that's something that can lead to
19 severe consequences, including severe injury
20 or death and property damage.  And two, it's
21 inconsistent with the way you know people use
22 bikes.  And three, it's inconsistent with
23 people's knowledge of how you can safely use
24 the bike.

Page 194

1     So those three factors make it
2 important that it be on the product as opposed
3 to another hazard that may not be as severe or
4 people may know about it generally or is
5 consistent with how people typically use their
6 bike.
7 Q.  Have you done an analysis for
8 this bike, this manual, to determine whether
9 there should be any other on-product warnings?
10 A.  I have not.
11 Q.  Do you agree or disagree with
12 the possibility that there might be the need
13 for one if you did that analysis, one or more?
14 A.  It's certainly possible.  I
15 showed you a photograph of that Yamaha earlier
16 that had two warnings that were conspicuously
17 placed on the motorcycle, one on the
18 windshield and one on the top of the gasket.
19 Q.  We didn't get copies of those
20 yet.  You referred to the fact that you had
21 looked at them and had it included in your
22 report, but I didn't see them yet.
23 A.  I'm sorry, I'll pull them out
24 right now.  There you go.

Page 195

1     MR. LEVINE: Off the record.
2     - - -
3 (Whereupon a discussion was held off
4 the record.)
5     - - -
6     BY MR. HEINOLD:
7 Q.  One warning says:  Before you
8 operate this vehicle read the Owner's Manual
9 and all labels.  The other says:  Always wear
10 approved motorcycle helmet, eye protection and
11 protective clothing.  The other on the
12 windshield says:  Caution, cleaning with
13 alkaline or acid cleaner gasoline solvent will
14 damage the windshield.  Use neutral material.
15     Do you believe both of those
16 are necessary?
17 A.  I didn't do an analysis to
18 determine if they were necessary on that
19 Yamaha.  I brought those pictures to depict
20 the fact that some manufacturers do, in fact,
21 put multiple warnings that they feel are
22 necessary on the bike.
23 Q.  So you haven't done an analysis
24 of whether there might be others that you

Page 196

1 would think would be appropriate to put -- to
2 use as on-product warnings if that was the
3 issue before you; correct?
4 A.  I think that I've answered this
5 multiple times, but I have not done that
6 analysis.  So I do not have an answer to your
7 question.
8 Q.  Are there any guidelines that
9 say how many is too many?
10 A.  There are no guidelines that
11 say how many is too many.  If you have a list
12 of warnings or hazards that you rely upon
13 warnings, the guideline is to make sure that
14 during design you're eliminating those that
15 you can through design and provide guards for
16 those you can't.
17     When you've gone through that
18 process and you are left with the warnings,
19 then you have to determine how you're going to
20 present it.  And it can be on the product or
21 in the manual, and that decision is based upon
22 those things I talked about earlier.
23 Q.  And if you've gone through all
24 of that and you determined that there are a

Yazdani vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 197

1 lot of things that you want to put on -- a lot
2 of labels and warnings and instructions that
3 you want to put on the motorcycle so that
4 someone doesn't sue you if they don't follow
5 it, are there -- is there any literature, is
6 there any scientific approach to say how many
7 is too many?
8 A.  There is a scientific approach.
9 Q.  What is it?
10 A.  It is the manufacturer's
11 responsibility to do their testing.  If
12 they've got that many warnings left over that
13 they decided need to be on the bike they
14 better go and do their testing to insure that
15 they can do it appropriately.  If they can't
16 do it appropriately, then they need to start
17 reconsidering whether or not they should be
18 offering that product for sale.
19 Q.  But from a warnings standpoint,
20 an expert such as yourself, there's no
21 guideline that says woh, that's too many,
22 right?
23 A.  There's no specific number of
24 warnings that are considered too many

Page 198

1 warnings.
2 Q.  But you agree that someone
3 could put too many on there?
4 A.  A lot of manufacturers do.
5 Q.  On product?
6 A.  On products.
7 Q.  And when you say they do, you
8 mean they do put too many on there?
9 A.  Absolutely.
10 Q.  And the consequence of that is
11 an interference with the whole purpose of
12 having the warning in the first place?
13 A.  It can have a detrimental
14 effect on any single or any individual warning
15 within that clutter.
16 Q.  But that decision has to be
17 made individually by a manufacturer?
18 A.  It needs to be made by the
19 manufacturer.  They're in control of their
20 product.
21 Q.  But there's no technique, no
22 guideline, no peer-reviewed studies, no any of
23 that they can refer to that says this is --
24 here's the guidelines?

Page 199

1 A.  Again, there are guidelines on
2 what you do.  You can reference some of them
3 in my report.  The very first reference is the
4 National Safety Council's Accident Prevention
5 Manual for Business and Industry
6 Administration Programs, 12th Edition.  In
7 there they give a whole chapter, I've cited on
8 loss control and product safety.  They tell
9 you the process that you need to go through to
10 analyze the hazards associated with your
11 product to determine how you're going to
12 mitigate it.
13     There are references and
14 guidelines with respect to determining which
15 warnings need to be on the product versus
16 need -- or could be in the manual.
17     Then after you decided which
18 can be eliminated or which should be
19 eliminated through design, which should be
20 guarded, so it's the residual hazards such as
21 hazards, all hazards, the residual hazards,
22 maybe that's a key step I'm not emphasizing
23 enough.
24     MR. LEVINE: Oh, you're

Page 200

1 emphasizing.
2     BY MR. HEINOLD:
3 Q.  You're emphasizing.
4 A.  But then there is a list of
5 other warnings related references that I cited
6 that deal with how to determine what warnings
7 go on the product, what warnings don't, and it
8 gets down to the severity of the injury, the
9 likelihood of the people having the knowledge
10 beforehand, and how the product is typically
11 used or commonly used.
12     So those three factors hedge to
13 the fact that it needs to be on the product.
14 If you have several hazards that are
15 associated or have that same characterization
16 and you decided that they need to be on the
17 product, now you go do your own testing to
18 determine how you're going to best present
19 them.  And if you can't best present them,
20 then you got to question whether or not it's
21 safe to launch the product into the
22 marketplace.
23 Q.  Okay.  So that's my question.
24 You did all of the dissertation about how to

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 201

1  decide if you need to put a label on a
2  product, and then the question that I'm
3  interested in is:  Well, then how many can you
4  put on there?  And you said you would have to
5  do your own testing.  That's the answer to
6  that question, right?
7  A.  It's an empirical question.
8  Yes.
9  Q.  Okay.  So then you agree with
10  me that when I'm -- well, you're agreeing with
11  me because I'm not -- I'm asking the question,
12  but my understanding from what you said is
13  that there are no guidelines about how many
14  you can put on the product so that you don't
15  achieve clutter and interference, or where you
16  have to put them, if you've got a product, you
17  got multiple warnings, you have to determine
18  that individually; correct?
19  A.  Well, part of what you said was
20  correct.  Part of what you said was incorrect.
21  Q.  What part was correct?
22  A.  That you have -- you're the
23  product manufacturer, it's your product,
24  you're going to have to decide where to put

Page 202

1  those warnings if you have multiple warnings.
2  Q.  Okay.  How many?
3  A.  That's up to the manufacturer
4  to decide.  If they narrowed it down that they
5  have of list of two, 10, 20, whatever the case
6  may be, they have to decide can they do that
7  adequately.
8  Q.  Okay.  And there's nothing that
9  they can refer that gives them the important
10  factors about how to make that decision; is
11  that right?
12  A.  That's not right.
13  Q.  Okay.  Where is it?
14  A.  The guidelines talk about what
15  warnings should be -- how you prioritize
16  warnings.
17  Q.  Yes.
18  A.  Okay.  Now, once you prioritize
19  it and you're trying to decide which ones go
20  on the product or how many, I should say, can
21  fit on the product, that's empirical testing.
22  There's guidelines how to conduct usability
23  testing.  There's, you know, dozens and dozens
24  of books on how to conduct usability testing.

Page 203

1  If you don't have the ability
2  in-house, you hire a human factors consulting
3  company to do it for you.  You guys can call
4  me, I'd be happy to do it for you.  I offer
5  that service.
6  Q.  Did you say usability testing?
7  A.  Yes.
8  Q.  What is usability testing?
9  A.  Usability testing is, in
10  essence, taking your users and providing them
11  or allowing them to interface with your
12  product and determine whether or not whatever
13  feature you're interested in is usable.
14  So, in the case of warnings,
15  you want to know whether or not the two,
16  three, four, five or how many warnings you're
17  considering putting on the product, the place
18  where you're considering to put it on would be
19  effective.  So you run them through hands-on
20  testing with the product.
21  You can even start with doing
22  mock-ups, pencil paper mock-ups where you're
23  just showing users the design.  If this is the
24  design of a motorcycle and I put a warning

Page 204

1  here, would this capture your attention?  You
2  can mock it up with Styro-foam if you have,
3  physically place the warnings where you think
4  that they're relevant or should be placed and
5  have the users conduct tasks and determine
6  whether or not they're seeing them, reading
7  them, understanding them and complying with
8  them.
9  As you get farther along in
10  developing, you can actually take the
11  motorcycle and have alternative places where
12  you're going to test to determine what works
13  and what doesn't work.  This is all empirical
14  testing.
15  Q.  If somebody was to come in this
16  case and say we need 25 labels, and that's too
17  many because it will create clutter, what
18  would you have to do to say no, they're wrong,
19  in terms of creating clutter?
20  MR. LEVINE:  Can I interrupt
21  for one second just so I understand.  Do you
22  mean 25 in one place or 25 all over the
23  product?
24  MR. HEINOLD:  All over the

Page 205

1   product.
2       THE WITNESS: First I would
3   want to know why they have that many.  That
4   would be the absolute first question.  I'd
5   want to know what was done to eliminate
6   through design, what was done to guard against
7   it.  Then I would want to know the
8   prioritization that was given to each of the
9   warnings.  Then I want to know were they
10  relevant to on the bike, when they're
11  relevant, where they're relevant.
12      So, for example, if it has
13  something to do with bleeding the brakes, for
14  example, the warning being placed on the gas
15  tank is probably not the appropriate place for
16  it.  You would probably want it down on the
17  caliber.  So it could be that when you get
18  done you can find the spots that are relevant
19  on the bike and place them specifically at
20  those spots and you decrease the issue of
21  clutter.
22      If they're all relevant to the
23  tank, the gas tank, let's say you've got 10
24  warnings that are related to the gas tank, I

Page 206

1   don't see how that's possible, then you got to
2   look at whether or not they can be combined
3   into a single one.
4       I think the -- for example, the
5   Yamaha warning that you looked at earlier,
6   there was two different topics addressed in
7   the same warning, so that's a multi topic
8   warning.  That's one way to reduce it.  You
9   know, there's just multiple ways of doing it.
10  Q.  So, if somebody said look, we
11  have made a determination that we need to put
12  20 stickers on the gas tank, what would you
13  have to do to say no, that would be clutter,
14  that would be too many?
15  A.  Again, I would have to look at
16  what was done from a hazard analysis --
17  Q.  You said all that.  I'm
18  assuming you've done that.  Now we've
19  concluded that there's 20 pieces of
20  information that need to be imparted in order
21  for us to feel as if our product is safe, but
22  we're concerned about clutter so we can't do
23  that, what would you have to do to determine
24  whether that would create clutter and be an

Page 207

1   interference with the transmission of useful
2   safety information or not?  Usability test?
3   A.  Again, I can offer to do the
4   usability testing.  I can look at it and do a
5   heuristic evaluation of it.
6       MR. LEVINE: A what?
7       THE WITNESS: Heuristic.
8       BY MR. HEINOLD:
9   Q.  That's off the cuff?
10  A.  I'm sorry?
11  Q.  Is that like off the cuff?
12  A.  No.  It's done based on what
13  the professional knowledge and experience
14  looking at the standards, guidelines and
15  recommendations are from warning design,
16  seeing whether or not you can meet those.  So
17  that's a certainly a way to do it.
18      But again, you've got a
19  hypothetical that is so outlandish that it
20  stretches the imagination in the realms of
21  possibility.  If you have 20 different
22  warnings that had to go on the gas tank, you
23  know, my first inclination is that you can't
24  do it, that this is ridiculous.  You shouldn't

Page 208

1   have this many hazards associated with the gas
2   tank.  What did you do differently or wrong
3   with your design that requires 20 different
4   warnings on the gas tank.
5   Q.  So if I distill all this, you
6   would have to do a usability test to determine
7   whether that particular decision of 20
8   stickers on the gas tank would create clutter
9   or interfere with the transmission of safety
10  information because, as I understand, there's
11  no guideline that says anything more than five
12  is too many, you need to have five to seven,
13  you know, anything like that?
14      You would have to look at all
15  the other things you talked about to make that
16  kind of decision; is that right?
17  A.  I would say you're incorrect.
18  For 20 different warnings on the gas tank, I
19  think I can safely look at that and say that
20  that would be inappropriate and inadequate.
21  Q.  Well, what -- that would be
22  your opinion, right?
23  A.  That would be my learned
24  opinion based on my education, training and

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 209

1  experience.
2  Q.  Well, what would -- how about
3  five?
4  A.  Again, I'd go through the same
5  process, determine why there's five that you
6  would have to put on.
7  Q.  No, I got that process.  I'm
8  talking about we reached that point.
9       See, here's my question --
10  A.  Then I think --
11  Q.  -- it's a simple one.
12  A.  Well, do I get to answer or do
13  I get interrupted again?
14  Q.  Oh, you'll get interrupted
15  again if you keep giving the same answer,
16  non-answer.
17  A.  I'm sorry, go ahead.  You keep
18  asking the same question over and over again.
19  Q.  You're right, I do.  You keep
20  answering the same question.  Here's the
21  problem, your answer isn't my question.
22  A.  It depends on the situation.
23  I'd have to look at it and give you my
24  opinion.

Page 210

1  Q.  My point is simply this:  You
2  would be guided by your experience and your
3  knowledge of what an individual warning ought
4  to be and whether it's an appropriate
5  communication, not by a reference manual or a
6  study that says this many warnings create
7  clutter or any testable hypothesis, yours you
8  would be testing to create answers, right?
9  A.  I don't know what you're trying
10  to ask me, and I'm having a hard time giving
11  you an answer because I'm sure if I give you
12  an answer you're going to tell me it wasn't
13  responsive to your question.
14  Q.  Likely.
15  A.  So please try to maybe break
16  that question apart, rephrase it.
17  Q.  Well, my point was this:  If
18  you had a question as to whether a certain
19  number of labels created clutter or
20  interference of with a transmission of safety
21  information, you would conduct a usability
22  study in order to answer that question;
23  correct?
24  A.  I would evaluate it, and

Page 211

1  depending upon the situation would determine
2  what type of tool I used to evaluate it.
3  Q.  Okay.  And within the arsenal
4  of tools, what would they be?
5  A.  Well, the usability study would
6  be one of them.  A heuristic evaluation would
7  be one of them.
8  Q.  Okay.  Anything else?
9  A.  You need to go through a litany
10  of different tools that are available to a
11  manufacturer or a consultant.
12  Q.  That is specific to that
13  question?
14  A.  There's multiple different ways
15  you can do it.  You can perform hallway
16  testing on it.  You can perform focus group
17  testing on it.  There's different fidelities
18  in your usability testing.  So there's
19  different ways to skin the cat.  It depends on
20  the situation.
21  Q.  You mentioned a few moments ago
22  making a decision on whether an on-product
23  warning is appropriate or not.  Let's say
24  necessary.  Okay, you would evaluate whether

Page 212

1  an on-product warning is necessary.
2       What are the guidelines,
3  factors that you have to consider?
4  A.  I went through them multiple
5  times.
6  Q.  Are they written anywhere or is
7  this just a general --
8  A.  They're written in the
9  references I cited and other references.  I
10  determined an organization of warnings.
11  Q.  Those references give you the
12  guidelines about -- I understand you have an
13  opinion, all right.  I want to look at what
14  field that you claim expertise says about
15  that.  That's what I'm looking for.
16       Is it these references?
17  A.  The easiest one to point is
18  the -- I see the Warnings and Risk
19  Communication most likely has a chapter
20  dealing with the prioritization of warnings.
21  I didn't bring a reference specifically cited
22  to address that topic because it wasn't -- I
23  didn't think it was relevant or necessary.
24  Q.  What, how to decide whether or

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 213

1   not you need an on-product warning, you didn't
2   think it was a relevant or necessary topic for
3   this deposition?
4   A.  Well, BMW North America
5   determined what was needed.
6   Q.  Well, you determined that their
7   determination was wrong?
8   A.  No.  I determined that it was
9   right.  Then when they put on the warning on
10  the product in 1997 for the same type of
11  hazard, that was the appropriate thing to do.
12  What they did for the incident bike was
13  inappropriate.
14  Q.  It's correct that BMW North
15  America didn't make those determinations.
16  That's the Defendant in this case.  You're
17  aware of that, right?
18  A.  I'm aware that BMW North
19  American administered the recall.
20  Q.  Okay.  They didn't make the
21  determinations?
22  A.  They could have administered
23  however they wanted.  They were the responding
24  party in this country.

Page 214

1   Q.  Okay.  So, I thought you were
2   giving me an answer and then you appeared to
3   back away from the answer in terms of the
4   guidelines that says and the factors that
5   whether on-product is necessary or not?
6   A.  Looking at chapter -- or
7   Reference 3, Wogalter and Vigilante, that's my
8   chapter in the Handbook of Warnings, I notice
9   the date on there is incorrect, it should be
10  2006, not 1999, does deal with location and
11  prioritization.  Peters, 15 cardinal
12  principles to ensure effectiveness of warning
13  systems will deal with location of warning
14  information.
15  Q.  Any others?
16  A.  I'm not seeing offhand.
17  Q.  So, if I read that, I'll
18  understand the factors that one would apply to
19  determine whether an on-product is necessary;
20  correct?
21  A.  I don't know what you
22  understand, but the information is in there.
23  Q.  Let's say somebody who
24  understands would be able to follow guidelines

Page 215

1   that you embrace and say this warning
2   qualifies or this warning doesn't?
3   A.  I think your expert referred to
4   the Handbook of Warnings that I authored, two
5   chapters and edited two other chapters in his
6   report.  So I think that's probably a very
7   good resource for you.
8   Q.  Okay.  Let's assume we have a
9   purchaser of a used motorcycle who didn't get
10  the manual.  Are you with me?
11  A.  Sure.
12  Q.  What information can you think
13  of, as you sit here, needn't be an exhaustive
14  list, but what information would that person
15  need to know before he or she got on the
16  motorcycle or attempted to operate it?
17  A.  It depends.
18  Q.  On what?
19  A.  Their experience, the manner in
20  which it's set out.  Maybe the person selling
21  it to them gave them some tips and
22  information.
23      Mr. Yazdani testified he didn't
24  read the manual until after he drove the thing

Page 216

1   back to Boston.  So he's on a multi hundred
2   mile trip before ever picking up and reading
3   that manual.
4   Q.  Do you think that's a good
5   idea?
6   A.  Yes.  We talked about this
7   before.  I think it's reasonable that if you
8   don't feel that you need to read the manual,
9   that many people, reasonable people won't read
10  the people.  That's why you can't depend upon
11  the manual to inform them of critical safety
12  information.
13      So, you know, it gets back to
14  the question if you feel you need to read the
15  manual, if you have no idea how to use the
16  product, then it's probably necessary and
17  reasonable for you to read a manual.
18      I bought my new car in
19  December.  I drove home from the dealer
20  without reading the manual.  It's a several
21  hundred page manual.  I can tell you I haven't
22  read the thing front to back because I don't
23  have the time to do it.  So I looked at some
24  information that I was interested in that I

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 217

1  didn't need to know like how to set the
2  navigation, and that's it.
3      If there was something uniquely
4  dangerous about that car I would have hoped
5  that the dealer and/or the on-product warning
6  would have told me.
7  Q.  Let's use the most common
8  denominator, a used purchaser who might not
9  know very much, bought it used?
10 A.  How do you know they don't know
11 it very much?
12 Q.  Let me ask you this:  You've
13 been critical of the reliance on the manual to
14 communicate important safety information to
15 secondhand purchasers who may not get the
16 manual. So if that's the case, doesn't there
17 have to be some baseline of basic information
18 that should be communicated if your criticism
19 is valid, in some other method?
20 A.  Sure.
21 Q.  I'm not asking for the
22 baseline.
23 A.  Sure, absolutely.
24 Q.  Okay.  So what's the baseline?

Page 218

1  A.  The baseline, for example, with
2  a motorcycle is that they are typically
3  operated the same way.  They have two levers
4  at the handlebars, one's a clutch, one's a
5  brake, they have two pedals, one on each side,
6  one's for the gears, one's for the rear
7  brakes.  If a person gets on a motorcycle
8  they've never driven before and the buttons
9  for start, stop, or what have you, are clearly
10 labeled, they would probably get on that
11 motorcycle and drive away.
12     Now, you do recall that I had
13 three used Harley-Davidsons and I'm not sure
14 that one of them came with an Operator Manual,
15 but I do know when I rode it home from where I
16 bought it I didn't read any of the Operator
17 Manuals.  I think at least two, if not all
18 three of them, I didn't get the manual until
19 much later until, which means I had been
20 riding around on that bike for a while without
21 reading and never did I feel unsafe or never
22 did I feel that I was doing something wrong or
23 unsafe or incorrect.
24     Now, if you were to put a

Page 219

1  product out on the market that is like a
2  motorcycle, but has different controls, maybe
3  there's no hand levers, maybe there's three
4  pedals on one side and none on the other, then
5  you're probably going to need a manual or if
6  somebody teaches you how to use it or how to
7  ride it.
8      But if you're talking about
9  basic operation, there's no need to read the
10 manual.  If you're not planning on doing your
11 own maintenance, as Mr. Yazdani apparently
12 wasn't, there's no reason to go into the
13 manual to figure out all these different
14 things related to maintenance.  You take it to
15 the shop, and BMW North America makes money
16 because the dealer charges a lot to have you
17 maintain the bike.  So, again, it's a -- it
18 just depends on the bike and the situation.
19 Q.  Do you think you answered my
20 question?
21     MR. LEVINE: I actually think
22 he gave you more than you ever asked for.
23     MR. HEINOLD: Oh, absolutely.
24 You think the answer's in there?

Page 220

1      MR. LEVINE: I do believe the
2  answer to that one is in there.
3      You are asking him some
4  questions about minimal things that -- you're
5  very broad in these circumstances.
6      MR. HEINOLD: Absolutely.
7      MR. LEVINE: You're very broad
8  in these circumstances.  So his answer, to be
9  complete, is to be very broad as well.  I
10 think that it is very hard in this instance to
11 come up with a very concise question that will
12 allow for a very concise answer when you're
13 talking about these warnings topics.
14     But keep trying, and if I think
15 he's offensive or going astray, as I have in
16 the past, I would either cut him off, I'll ask
17 him to answer directly.  I'm more helpful than
18 the average opposing counsel.
19     MR. HEINOLD: You probably are,
20 but I agree to disagree on this one.
21     MR. LEVINE: Okay.
22     THE WITNESS: Do you mind if we
23 take a five-minute break?
24     MR. HEINOLD: Sure.

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 221

1      - - -
2    (Whereupon, a short break was taken at
3    this time.)
4      - - -
5      BY MR. HEINOLD:
6    Q.  Do you think the warning that
7    you've been discussing about the risk of fire
8    is the most important warning in regard to
9    operating this motorcycle?
10   A.  The most important warning with
11   respect to my opinions in this case, yes.
12   Q.  With respect to operating the
13   motorcycle?
14   A.  I don't think I went through
15   all the different warnings for operating
16   motorcycles.
17   Q.  So the answer is you don't
18   know?
19   A.  I don't know.
20   Q.  This proposed warning on Page
21   14, what size is it?
22   A.  That's actually the size that I
23   intended.  No, I take that back.  I did print
24   out the actual size.  That's about the size I

Page 222

1    intended.
2      MR. HEINOLD: Let's mark this
3    as an Exhibit.
4      - - -
5    (Whereupon, Exhibit Vigilante-5 were
6    marked for identification.)
7      - - -
8      MR. HEINOLD: I don't know if
9    we gave a list of the Exhibits thus far.
10   Vigilante-1 is the report.  Exhibit 2 is the
11   Testimony List.  Exhibit 3 is the C.V.
12   Exhibit 4 is what was marked as Yazdani-1.
13   And Exhibit 5 is the actual warning and size
14   which the witness has printed and provided.
15     BY MR. HEINOLD:
16   Q.  Where would you place it
17   precisely?
18   A.  Oh, I don't know that I have to
19   be pinned down to a precise location, but
20   certainly on top of the gas tank, on the
21   handlebars between the clamps and then on the
22   console or even on the center pivot.
23   Q.  Can you take whatever photo
24   you're referring to and pull it out and mark

Page 223

1    where you think it should be in order to be
2    effective?
3    A.  There's multiple locations, but
4    I'll be happy to.
5    Q.  Identify as many of them as you
6    can, please.
7    A.  (Witness indicates.)
8    Q.  Can you prioritize which ones
9    you think is best or how did you reach that
10   decision?
11   A.  I think they all would be fine
12   (indicating).
13   Q.  Are you finished?
14   A.  Yes.
15     MR. LEVINE: For the record,
16   the witness put X marks on I believe four
17   locations on two pictures.
18     - - -
19   (Whereupon, Exhibit Vigilante-6 was
20   marked for identification.)
21     - - -
22     BY MR. HEINOLD:
23   Q.  Page 15 of your report --
24   A.  Okay.

Page 224

1    Q.  Finding number 4, you say that:
2    This warning failed to meet contemporary
3    industry standards, guidelines and practices.
4      Can you identify what those
5    contemporary industry standards, guidelines
6    and practices are?
7    A.  Sure, Page 17, I'll just give
8    you the numbers, if that's okay.
9    Q.  All right.
10   A.  Number one, these are my
11   references --
12   Q.  On Page 17, sorry.
13   A.  Number 1, Number 2, Number 3,
14   Number 4, Number 5, Number 6.
15   Q.  1, 2, 3, 4, 5, 6, is that what
16   you said?
17   A.  Yes.
18   Q.  1 through 6?
19   A.  Yes, and then -- that's fine.
20   Q.  And do you believe that the
21   warning in the manual violated ANSI Z535.4?
22   A.  I'm sorry, one more time.  Do I
23   believe that it violated it?
24   Q.  Is it your opinion that the

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 225

1  warnings on this issue in the manual violated
2  ANSI Z535.4?
3  A.  That's for on-product safety
4  signs and labels.  This is in a manual.
5  Q.  So the failure to comply is
6  because there was no on-product safety?
7  A.  Yes.
8  Q.  Okay.  Do you believe that the
9  on-product label that was provided with the
10  recall product, provided to the recall product
11  violated Z535.4?
12  A.  Well, it depends on which part.
13      MR. LEVINE: I think he was
14  done with his answer, by the way.
15      MR. HEINOLD: It depends on
16  which part.  I guess I was waiting for him to
17  tell me which part violates it and which part
18  doesn't.
19      THE WITNESS: I'm sorry, I was
20  trying to keep the answer short.
21      BY MR. HEINOLD:
22  Q.  Which part violates it and what
23  part doesn't?
24  A.  Well, the on-product where ANSI

Page 226

1  Z535.2 requires it be located at the time and
2  location the information necessary is met.
3  But the parts requiring signal word were not
4  met.  The parts requiring the formatting of
5  the signal word were not met.  Parts
6  recommending a border were not met.  Parts
7  recommending a signal word icon were not met.
8  Q.  You said signal word --
9  A.  Icon?
10  Q.  No.  Then you said a second
11  thing.  Then you said border and then you said
12  a signal word icon.
13  A.  Oh, I'm sorry, the first was
14  just a signal word.
15  Q.  Right.  And then what was the
16  second one?
17  A.  I said there was -- I don't
18  remember the order of them.
19  Q.  You said four.  I only wrote
20  down three.  We can read it back or you can
21  tell me the four again.
22  A.  There was no signal word, no
23  signal word icon.  There's no format.  A
24  signal word header is not format.  There was

Page 227

1  not signal word header, orange, safety orange,
2  no border.
3  Q.  Is Z535.4 mandatory?
4  A.  Is it mandatory?  No, it's
5  not -- well, I'm sorry, it depends.
6  Q.  What does it depend on?
7  A.  It depends on whether there's a
8  Federal regulation that calls out the
9  requirement to meet it or not.  So there are
10  some Federal regs that require it be met.  But
11  in this case I don't think it's required.  So
12  sorry.
13  Q.  In this case, Mr. Yazdani's
14  intention was to start the motorcycle, to warm
15  it up, go outside and smoke a cigarette for
16  seven or nine minutes, come back and turn it
17  off.  Is that your understanding?
18  A.  That's my understanding.
19  Q.  All right.  And is it your
20  understanding he got distracted and forgot?
21  A.  That's my understanding.
22  Q.  And that he walked back through
23  the garage where the motorcycle was running
24  and went back into the house?

Page 228

1  A.  A little bit fuzzy what you're
2  trying to say there.
3      MR. LEVINE: He asked for the
4  last two factors you put before him.
5      BY MR. HEINOLD:
6  Q.  That he went from outside the
7  garage door that was open back through the
8  garage and into his house to talk on the
9  phone.  Is that your understanding?
10  A.  I would say my understanding is
11  that he walked through the garage into the
12  house.  I don't know that he walked back from
13  outside.  So you put that caveat on there.
14  I'm not sure that's a hundred percent -- my
15  understanding is he walked from the garage
16  into the house.
17  Q.  Okay.
18  A.  And the bike was running in the
19  garage.  I agree with all that.
20  Q.  There was a two-car garage with
21  one door opening?
22  A.  Two-car garage.  I don't
23  remember if it was one or two doors open, but
24  one or the other.

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 229

1  Q.  Does that matter to you?
2  A.  No.
3  Q.  Do you agree that on that date
4  he didn't act as he intended to act when he
5  started the motorcycle?
6  A.  Sure.
7  Q.  Do you believe that an
8  on-product warning that satisfies your
9  requirements, as you suggested, would have
10  caused him not to be distracted and forget the
11  motorcycle was running and then go into the
12  house?
13  A.  I don't think it would have
14  caused him not to be distracted.  I think it
15  would have informed him that he shouldn't let
16  the bike run at a standstill.  Therefore, he
17  wouldn't have started it in the first place.
18  Q.  What is your basis for that?
19  A.  The basis is that he would have
20  been provided with the warning and the
21  information he needed to understand the hazard
22  and that when he was planning on doing,
23  letting it run seven to 10 minutes was not
24  safe because it could result in a fire.

Page 230

1  Q.  People don't always follow
2  warnings and instructions; correct?
3  A.  They absolutely do not, that's
4  why you try to eliminate them by design,
5  provide the necessary safeguards and not rely
6  upon warnings.
7  Q.  But you do agree that people
8  don't always follow warnings?
9  A.  I absolutely agree with that.
10  Q.  And what is your basis for
11  saying that Mr. Yazdani would have followed
12  this particular warning?
13  A.  A couple things.  Number one,
14  he wasn't aware of the hazard that he was
15  exposed to when he started the bike to leave
16  it run for even seven to nine minutes.
17     And two, there's a litany of
18  research out there that shows if you provide
19  adequate warnings most people will follow,
20  see, understand and company with an on-product
21  warning.
22  Q.  Is there some type of technique
23  to decide whether he would or would not
24  have -- I mean, you have an opinion it would

Page 231

1  have.  Is there some technique, something you
2  rely on to say that Mr. Yazdani would or would
3  not have followed the warning?
4  A.  Sure.
5  Q.  What is it?
6  A.  Well, I would look at his
7  testimony and his statements to see if there's
8  anything to indicate that he's not a
9  reasonable person that wouldn't act like the
10  majority of people would act.  And I don't see
11  anything in his testimony to suggest that he
12  wouldn't have acted like the majority of
13  people or the way you expect the majority of
14  the people to act.
15     And number two, he testified
16  that he wasn't aware of the hazard before he
17  did what he did.
18  Q.  Is there any literature which
19  discusses the limitations of on-product
20  warnings?
21  A.  Well, I think the answer to
22  your question is that most warnings literature
23  recognize the limitations of using an
24  on-product warning saying it's a hazard,

Page 232

1  particularly when there are design regarding
2  solutions available.
3  Q.  Is there any literature which
4  discusses the limitations and the
5  effectiveness of an on-product warning itself?
6  A.  Well, there certainly are
7  studies that have been done on the
8  effectiveness of adequate warnings to change
9  behavior.  And a good one, I don't know if I
10  referenced it or not, but it's done by Cox and
11  Wogalter, it was a Met-analysis done on the
12  effectiveness of warnings, and they showed
13  that, in fact, when you provide adequate
14  warnings they do change behavior.
15     MR. LEVINE: Can you tell her
16  the name of the two authors?
17     THE WITNESS: Cox, C-O-X, and
18  Wogalter.  And then I note from my own
19  research in my own experience in designing and
20  developing on-product warnings that when you
21  provide effective and adequate on-product
22  warnings they do, in fact, change behavior.
23     BY MR. HEINOLD:
24  Q.  Which studies have you

Yazdani vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 233

1  researched for that?
2  A.  Well, to give you an example,
3  some of the technical reports I wrote that
4  would -- on Page 9 of my C.V., second to the
5  last page, there's a technical report dealing
6  with the feasibility and competitive
7  evaluation of the IBM high rate wireless land
8  PC card, and the part of that testing had to
9  do was with testing the provisions of a warning
10  on the product.
11  Q.  What was the warning?
12  A.  The warning basically said that
13  the PC card needed to be installed after the
14  drivers was installed, otherwise it wouldn't
15  work.  And it was a -- you want me to explain
16  all of it?  Because I want to keep things
17  short.
18  Q.  Thirty words or less.
19  A.  When they designed the wireless
20  card they should have designed it so that it
21  worked, the install worked regardless whether
22  you put the PC card in first or not.  But the
23  way they designed the driver, the driver had
24  to be installed first before the PC card.

Page 234

1      And I told them that most
2  people are going to put the PC card in first
3  and then try and install the driver, and when
4  they do that they're going to cause a problem,
5  which is going to drive the help call, service
6  call.
7      So the compromise they did for
8  the initial release of the product was to put
9  a warning on the plastic case of the PC card
10  saying, Don't install the PC until you
11  installed the driver.  And that was a
12  workaround until they fixed the driver issue.
13  Q.  So was that a study that you
14  did?
15  A.  Yes, part of a usability test.
16  Q.  Peer reviewed?
17  A.  I don't know if it was peer
18  reviewed in a classical sense.
19  Q.  Published?
20  A.  It was published as an IBM
21  Technical Report.
22  Q.  Within IBM?
23  A.  Yes.  It was implemented in the
24  design of the product and sold.

Page 235

1  Q.  How about the effectiveness
2  study of Cox and Wogalter, was that a peer
3  reviewed study?
4  A.  Yes.  And the other study I was
5  looking for was the December 1999 Ideascan
6  2000, usability study and competitive
7  evaluation.  And this looked at the
8  effectiveness of adding a warning to the
9  scanner to prevent another damage to the
10  scanner.
11  Q.  Another IBM?  I didn't find it
12  yet.  What page is it?
13  A.  It's on the second to the last
14  page.
15  Q.  And that's another IBM internal
16  use?
17  A.  Technical Report.
18  Q.  Any others?
19  A.  They're the only two I believe
20  that I wrote, technical reports.
21  Q.  My question was literature on
22  the effectiveness and/or limitations on
23  on-product warnings?
24      MR. LEVINE: I'm sorry, can you

Page 236

1  repeat the question.
2      BY MR. HEINOLD:
3  Q.  The effectiveness or
4  limitations on on-product warnings.
5  A.  Well, there's other examples.
6  So, for, example, Reference 11 looked at the
7  compliance to Owner's Manuals warnings,
8  influence of familiarity and placement of a
9  supplemental directive.  So in that study they
10  put a warning label, an abbreviated warning
11  label on the device pointing to the manual or
12  additional information regarding the
13  particular problem versus just having the
14  information in the manual.
15  Q.  And that's a 1995 study?
16  A.  Yes.
17  Q.  Is that peer reviewed?
18  A.  Yes, it's in the Journal of
19  Ergonomics.
20  Q.  I assume you provided me with a
21  copy of that?
22  A.  It's on the disk.
23  Q.  Any others?
24  A.  I mean, I can -- if you give me

Page 237

1  time I can come up with other ones, but
2  they're the ones that I have referenced either
3  in my report or in my C.V.
4  Q.  So let me go back to usual
5  distraction.  Is it your opinion that that
6  doesn't matter because he wouldn't have been
7  doing the activity to begin with, the fact
8  that he was distracted and forgot?
9  A.  Right.  The distraction is
10  irrelevant.  The question is whether or not he
11  had the information he needed to leave the
12  bike in the first place.
13  Q.  Will you agree with me if Mr.
14  Yazdani had read the Manual and had understood
15  the warning and had followed the warning, he
16  would not have left the motorcycle idling at a
17  standstill in his garage on that day?
18  A.  If he followed BMW's intention
19  for the warning in the Manual he wouldn't have
20  left it running at a standstill in the garage.
21  Q.  And if he had read the Manual
22  and he had understood the warning prior to this
23  incident, the existence or nonexistence of the
24  label you propose on the motorcycle would not

Page 238

1  matter; correct?
2  A.  That's not true.
3  Q.  Okay.  Why would it matter?
4  A.  Well, first of all, the warning
5  needs to be on the bike regardless of whether
6  Mr. Yazdani ever purchases the bike.  So it
7  should have been there when he got it.
8      Number two, if Mr. Yazdani did
9  happen to read the Manual, did happen to read
10  all the Manual, did happen to read all of 51
11  and 60 to understand exactly what BMW was
12  trying to communicate to him, and then
13  subsequently forgot it, the warning would have
14  reminded him at the time of location it was
15  needed.  If read it and remembered it, the
16  warning on the bike would have reinforced what
17  he had read in the Manual encouraging him not
18  to do what he did.
19  Q.  Assuming he had read it, read
20  these warnings, okay, assume he understood
21  what BMW was trying to tell him about not
22  running at a standstill, idling at a
23  standstill because of the risk of fire, and
24  assume he remembered that, then the on-product

Page 239

1  warning would have -- its presence or absence
2  would have no causal effect on this incident.
3  Do you agree with that?
4  A.  It would reinforce what he had
5  read and remembered.
6  Q.  If he remembered it, does he
7  need to be reinforced?
8  A.  Sure.
9  Q.  If he remembered it and he
10  wasn't reinforced, would he still do the
11  prohibited act?
12  A.  If he remembered -- my opinion
13  is if he had read the Manual, read Pages 51
14  and 60, understood what BMW was trying to
15  communicate to him, and then practiced that
16  and recalled that at the time he wouldn't have
17  done what he did.
18  Q.  And therefore, the existence or
19  nonexistence of the label on the motorcycle
20  would have no causal effect to this incident;
21  correct?
22  A.  The only thing it would have
23  served in that purpose was to remind him and
24  reinforce what he had remembered and read and

Page 240

1  understood.
2  Q.  But if he wasn't going to do it
3  anyway, which we just agreed under my
4  hypothetical, then it wouldn't have mattered
5  whether it was on there or not; correct?
6  A.  I would agree if he knew that
7  there was a risk of fire by letting the bike
8  idle in a stationary position, decided to do
9  it anyway, the warning wouldn't have changed
10  his mind.  That's why you want to eliminate
11  through design or by safeguard.
12  Q.  I want to get your opinion on
13  this clearly and cleanly.
14      We're going to assume for
15  purposes of my question that he had read the
16  appropriate pages in the Manual regarding the
17  risk of fire if he ran the engine at a
18  standstill, okay?  So we're assuming that;
19  correct?
20  A.  Okay.
21      MR. LEVINE: Your question is
22  assuming that.
23      MR. HEINOLD: My question is
24  assuming that.

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 241

1    MR. LEVINE: Fair enough.
2        BY MR. HEINOLD:
3  Q.  I'm asking you to assume that.
4  A.  Okay.
5  Q.  And I'm asking you to further
6    assume that when he read those pertinent
7    portions of the Manual he understood the risk
8    that was being conveyed in those lines, okay?
9  A.  Okay.
10 Q.  And I want you to further
11   assume that he remembered it; correct?  Okay?
12 A.  Okay.
13 Q.  If you make those three
14   assumptions, then he wouldn't need a reminder
15   on the motorcycle to change his conduct;
16   correct?
17 A.  If he remembered it at the time
18   he went out to start the bike he wouldn't need
19   a reminder.
20 Q.  Okay.  And therefore, if he
21   read it and if he understood it and if he
22   remembered it he wouldn't -- the label,
23   whether it is there or not, is of no
24   consequence; correct?

Page 242

1        MR. LEVINE: To this case?
2        MR. HEINOLD: To this case.
3        THE WITNESS: But to causation
4    it's not, but the bike is still defective
5    without it.
6        BY MR. HEINOLD:
7  Q.  Okay, I understand that.  But
8    to causation it's not?
9  A.  To causation, if he was aware
10   of the hazard, was thinking about it at the
11   time and recalled and made a decision, made a
12   conscious decision to disregard the
13   information he had, then the label wouldn't
14   have done anything except reinforce what he
15   read in the Manual.
16       Now, is it possible that by
17   reinforcing it it would have changed his
18   behavior, it's possible.  Is it as likely as
19   if he didn't know when the warning was there
20   to tell him, I don't think it's -- we're
21   looking at degrees, that's similar of a
22   degree.
23 Q.  If it was going to change
24   behavior he would do it because you already

Page 243

1    agreed that if he read it, understood it and
2    remembered it, he wouldn't be doing it in the
3    first place which is why there's no causal
4    connection, which you also agreed to; correct?
5  A.  If he read it, fully understood
6    it and remembered it at the time and did it
7    anyways, like I said, the on-product warning
8    may have reinforced the manual, but I doubt it
9    would have changed his behavior if he was
10   intending to disregard what he had known and
11   remembered otherwise.
12 Q.  As the owner of a motorcycle,
13   did Mr. Yazdani have a responsibility to read
14   the Manual?
15 A.  If he didn't know how to
16   operate the bike, then I would suggest he had
17   a responsibility to read it.
18 Q.  But if you thought he knew how
19   to operate it, it's okay with you that he
20   didn't read it?
21 A.  I think it's a reasonable thing
22   that many reasonable people do often.
23 Q.  But reasonable people do things
24   that they shouldn't do and they don't do

Page 244

1    things that they should do.
2        My question is not whether it
3    was reasonable to you to do, but does he have
4    a responsibility -- you're a warnings expert,
5    does the owner of the product, in this case a
6    motorcycle, have the responsibility to read
7    the Manual?
8  A.  If he didn't know how to
9    operate the bike he should have read the
10   manual to find out how to operate it.
11 Q.  And if he knew how -- if he
12   thought he knew how to operate it, then he has
13   no responsibility, in your opinion, to read
14   the manual?
15 A.  I don't think so.
16 Q.  Do you think that his failure
17   to read the manual if, in fact, he didn't read
18   the manual, gives him any responsibility for
19   this fire?
20 A.  I don't think you can hold him
21   to be responsible for the fire when he wasn't
22   aware of the atypical, unique hazard
23   associated with the bike.
24 Q.  But he might have been aware if

Page 245

1  he read the manual?
2  A.  I doubt it.
3  Q.  He might have been?
4  A.  I doubt it.
5  Q.  I know you doubt it.
6  A.  It's my professional --
7  Q.  Are you certain of it?
8  A.  Within a reasonable degree of
9  scientific certainty.
10  Q.  What does that mean?
11  A.  It means more likely than not
12  that the information in the Manual was
13  inadequate to convey the information that BMW
14  North America is claiming they intended to
15  convey.
16  Q.  That's 50.1 percent, right?
17  A.  Sure.
18  Q.  Are you more certain than that?
19  A.  I don't have to be.
20  Q.  So your answer is no?
21  A.  My answer is I don't have to
22  be.
23  Q.  Are you more certain than 50.1
24  percent?  That's a yes or no.  Either you are

Page 246

1  or you aren't.
2      MR. LEVINE: Just so when you
3  use this against him later, he at least knows
4  what question he's more than 50.1 percent.
5      MR. HEINOLD: The one that
6  we've been asking.
7      MR. LEVINE: Whether or not Mr.
8  Yazdani would have understood the risk if he
9  read the manual?  Is that the question?
10  Because that's what I thought the question is.
11      MR. HEINOLD: Yes.
12      THE WITNESS: One more time,
13  please.
14      BY MR. HEINOLD:
15  Q.  The question is this:  Let me
16  preface the question with what you previously
17  said so we can put it into context.
18      I asked you were whether his
19  failure to read the Manual gave him any
20  responsibility for this fire, and you said,
21  no, because he didn't know the risk.  And I
22  said, But could he have learned the risk if he
23  read the manual?  And you said, I doubt it.
24  And I said, If you doubt it, that means

Page 247

1  there's some possibility that he would have
2  understood it?  And you said, Eventually, more
3  likely than not.  And I said, That means 50.1
4  percent?  And you agreed.  And then I said,
5  and this is the question, Are you certain
6  beyond 50.1 percent?  And you said, I don't
7  have to be.
8  A.  Correct.  So you want me to
9  answer it again?
10  Q.  No.  If that's your answer,
11  then that's the one you're going to live with.
12      Do you believe that the
13  Plaintiff's failure, Mr. Yazdani -- let me
14  start that over.
15      Do you believe that Mr.
16  Yazdani's failure to understand the features
17  and characteristics of his motorcycle with
18  regard to idling at a standstill gives him
19  responsibility for this fire?
20  A.  You're going to have to do that
21  one more time.
22  Q.  Do you believe that Mr.
23  Yazdani's failure to understand the features
24  and characteristics of his motorcycle with

Page 248

1  regard to idling at a standstill and the risk
2  of fire gives him responsibility for this
3  event?
4  A.  I don't think he's responsible
5  for it.
6  Q.  Why not?
7  A.  Because BMW North America
8  failed to provide adequate warning.
9  Q.  And does that excuse his
10  failure to investigate the characteristics and
11  features of his bike regarding the risk of
12  fire at a standstill?
13  A.  How does he know to investigate
14  it?
15  Q.  I get to ask the questions.
16  A.  I'm sorry.  It's late in the
17  day, excuse me.  I don't know that he knows
18  that he has to investigate it, that's why he
19  haven't investigated it.  And he doesn't know
20  to investigate it because BMW North America
21  failed to provide adequate warning.
22  Q.  Do you believe -- let's assume
23  he read it, okay, and understood it, do you
24  believe his failure to remember it gives him

**Page 249**

1   any responsibility for the fire?
2   A.   So you're asking me if his
3   failure to be human makes him responsible for
4   the fire?  I don't think so.
5   Q.   No, that's not what I'm asking.
6   A.   Sure it is.
7   Q.   That's your interpretation of
8   and your spin as a hired gun.
9         My question is:  If he read it
10   and he understood it and he forgot it, does
11   that give him any responsibility for this?
12   A.   It happens all the time.
13   Q.   Is your answer no?
14   A.   My answer is without adequate
15   warning he was not responsible for it.
16   Q.   Is your answer no?
17   A.   Without adequate warning his
18   responsibility would be no.
19   Q.   Zero?
20   A.   Sure.
21   Q.   Okay.  Do you believe that Mr.
22   Yazdani forgetting that his motorcycle was
23   running in his garage and going into his house
24   gives him any responsibility for this event?

**Page 250**

1   A.   Not without knowing the risk.
2         MR. HEINOLD: I'd like to get
3   those copies.
4         MR. LEVINE: Sure, let me do
5   that.
6         - - -
7   (Whereupon, a short break was taken at
8   this time.)
9         - - -
10        BY MR. HEINOLD:
11   Q.   We took a break, you provided
12   me with some additional materials from your
13   notebook that you brought here.  Let me just
14   ask you what some of these are.
15        MR. HEINOLD: You can mark this
16   as Vigilante-7.
17        - - -
18   (Whereupon, Exhibit Vigilante-7 was
19   marked for identification.)
20        - - -
21        BY MR. HEINOLD:
22   Q.   I think these go together.  It
23   looks like a website?
24   A.   Yes, but I don't have the

**Page 251**

1   second page.  I got them, I'm sorry.
2   Q.   Four pages?
3   A.   Yes.
4   Q.   What is that?
5   A.   It's a publication entitled
6   Sound Rider.  Well, it's a website called
7   Sound Rider, a motorcyclist enthusiast
8   website, and there's an article called Half
9   A$$ Winterization.
10        And basically, it's just an
11   explanation from the author as how he
12   winterizes his motorcycle and still allows him
13   to ride during the off season when it's a
14   little bit warmer.  And his process is, you
15   know, essentially what Mr. Yazdani was doing
16   on the day of the incident.
17        And he notes that he once every
18   couple weeks let's the engine run for 15 to 20
19   minutes at least once a week during the cold
20   season even if you're not riding.
21   Q.   Is that an air-cooled?
22   A.   I don't think he ever
23   references whether it's air-cooled or
24   liquid-cooled.

**Page 252**

1   Q.   Okay.  Anything else
2   significant about that?
3   A.   No.  You know, I just came
4   across an article in a rider enthusiast
5   website that explains what Mr. Yazdani was
6   doing.
7   Q.   What is the next one?  Do these
8   four pages go together?
9   A.   Yes.
10   Q.   And what is that?
11        MR. HEINOLD: Let's mark that
12   as 8.
13        - - -
14   (Whereupon, Exhibit Vigilante-8 was
15   marked for identification.)
16        - - -
17        BY MR. HEINOLD:
18   Q.   Explain what Exhibit 8 is.
19   A.   It's another website for
20   motorcycle enthusiasts.  The one thing that I
21   noticed in here is that the author makes a
22   statement that most people say that
23   Harley-Davidsons never overheat.  And then
24   there's some examples of one of the people

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 253

1   that commented, I don't know who it is, but
2   just an example of sitting in traffic in
3   Myrtle Beach and couldn't move and eventually
4   had to pull over and turn off because
5   the -- to cool the bike off.
6       Another guy was noticing that
7   his VTX has a fan that comes on just like a
8   car to keep the cooling even at a stopped
9   light. That was just one of the things I ran
10  into.
11      MR. HEINOLD: Let's mark this
12  as 9.
13      - - -
14  (Whereupon, Exhibit Vigilante-9 was
15  marked for identification.)
16      - - -
17      BY MR. HEINOLD:
18  Q.  How about the next one?
19  A.  The next one is from The
20  American Spectator.  Looks like it's an
21  organization related to vehicles.  The author
22  is a columnist for automotive and vehicle
23  related topics.  It just gives a description
24  of air-cooled versus water-cooled engines.

Page 254

1   You know, before I involved in his case I knew
2   my vehicle was air-cooled, but I assumed and
3   believed that the purpose of the oil was to
4   lubricate and to cool the engine.  And that's
5   what he was stating -- that's what the author
6   is stating in this paper, that an air-cooled
7   engine is actually an air/oil cooler.
8       And he also says that's why
9   mini bikes have external oil coolers and that
10  some of them have deep sump or additional
11  capacity oiling systems to prevent them from
12  overheating.
13      Then he makes a statement that
14  if that an engine is well-designed and factory
15  stock and in good running order, usually will
16  not overheat.  And then he says: However, if
17  the engine was not well-designed or it's been
18  modified to produce additional power, or is
19  not in good tune, running lean, for instance,
20  is more vulnerable to overheating to
21  heat-related damage.
22  Q.  Anything else significant about
23  that?
24  A.  He also says that if you leave

Page 255

1   the bike alone, no adding upgrades to the
2   pistons or what have you, simply change the
3   oil and filter every now and then you'll
4   probably never have any problems, period.
5   Q.  Anything else?
6   A.  No.
7   Q.  Is that a two-page article?
8   A.  I also attached the -- you see
9   in your hand right there, that's just his
10  Bio.  You see the Author Bio here
11  (indicating)?
12  Q.  Okay.
13      - - -
14  (Whereupon, Exhibit Vigilante-10 was
15  marked for identification.)
16      - - -
17      BY MR. HEINOLD:
18  Q.  What's the next one?
19  A.  The next one is from a website
20  called Motorbike Writer.  It's another website
21  for motorcyclists.
22  Q.  And what's the significance of
23  that?
24  A.  He just kind of gives a

Page 256

1   description of how people who have a tendency
2   to let their bike idle for a while and rev it
3   up to warm it up.  And he states that
4   consistent with BMW that it's not good for the
5   engine.
6       He says that older motorcycles
7   with carburetors and gluggy oils require a
8   long period of warming up, but today's fuel
9   injected engines with moderate sympathetic
10  oils can go straight after you push the
11  button.  So he's just kind of giving an idea
12  of different motorcycles of different age,
13  different engine styles, some require longer
14  warm-up periods than others.
15  Q.  So these are -- the last
16  several Exhibits are general background
17  information, not something on what you
18  specifically rely for an opinion?
19  A.  Yes, just general background
20  information.
21  Q.  Is this part of the same
22  article or is that a separate one?
23  A.  I think that -- nope, you're
24  right.  That's a different article.

Page 257

1    MR. HEINOLD: We'll call that
2  Exhibit 11.
3    - - -
4  (Whereupon, Exhibit Vigilante-11 was
5  marked for identification.)
6    - - -
7    BY MR. VIGILANTE:
8  Q.  Explain what Exhibit 11 is,
9  please.
10 A.  Another website.  This one is
11 revzilla.com.  Revzilla is a large distributor
12 of aftermarket parts and motorcycle riding
13 accessories.  And they're just giving their
14 understanding of the difference between
15 air-cooled and liquid-cooled.  And they note
16 that they believe an air-cooled engine
17 operates in a water range of temperatures that
18 are considered normal.  That's the other only
19 thing in there that I found interesting.
20 Q.  Okay.  Then we have a series of
21 photographs.  Tell me what those are.  Let's
22 break them down by vehicle if we can.
23 A.  Yes, there's two sets then.
24 Well, actually, there's four sets.  There's

Page 258

1  four pages of a blue Yamaha motorcycle.
2  Q.  Okay.
3    MR. HEINOLD: We'll call that
4  Exhibit 12.
5    - - -
6  (Whereupon, Exhibit Vigilante-12 was
7  marked for identification.)
8    - - -
9    BY MR. HEINOLD:
10 Q.  Is there a model or year
11 designated?
12 A.  Yes.
13 Q.  What is it?
14 A.  It's a 1998 Yamaha YZF R1.
15 It's 1,000 CC motor.
16    MR. HEINOLD: I'm just going to
17 put a 1 on here because it didn't make it
18 through the copy on the Exhibit.
19    MR. LEVINE: Okay, sure.
20    BY MR. HEINOLD:
21 Q.  Okay.  What's the significance
22 of it?
23 A.  Well, I took the pictures
24 because A, they're -- you know, it's a sports

Page 259

1  bike manufacturer that put a warning on the
2  gas tank and then another warning on the
3  windshield.  So just an example of a motorcycle
4  manufacturer putting warnings directly on the
5  bike itself.
6  Q.  Those are actually the same
7  warnings as the prior photograph of Exhibit;
8  correct?
9  A.  It's the same, same one?
10 Q.  Same bike or --
11 A.  Same bike.
12 Q.  I was looking for the other
13 Exhibit.  Exhibit 6, is that the same -- it's
14 not the same bike?
15 A.  Vigilante-12 is different than
16 Vigilante-6.
17 Q.  Okay.  But the warning is the
18 same.  Is this the one I read from earlier?
19 A.  Yes.
20 Q.  We just didn't mark it?
21 A.  Yes.  There's two other
22 pictures in here and they just depict the
23 location of the oil sight glass, the right
24 side of the bike.  And in the pictures you can

Page 260

1  see that when the bike is on its center
2  kickstand, which is -- you can see the oil
3  halfway up the oil sight glass.
4  Q.  Which picture is that?
5  A.  Let me pick it up for you.
6  There it is.
7  Q.  I have a four-page Exhibit.
8  It's the last page?
9  A.  The bottom one on the last
10 page.
11 Q.  Is this upside down?
12 A.  No.
13 Q.  Are you looking at it correctly
14 or am I looking at it correctly?
15 A.  This is the orientation of the
16 bike (indicating).
17 Q.  Yeah, okay.
18 A.  So the oil level is this dark
19 liquid here (indicating).  So the top picture
20 and then the picture on the preceding page is
21 the bike on the left kickstand.  You'll see
22 the oil is not in the oil sight glass.  The
23 oil is on the left side of the engine.
24 Q.  Okay.  And we have some more

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 261

1  pictures?
2  A.  Yes, the next two pages are a
3  BMW F800 GS 2010.
4  Q.  What's the significance of
5  this?
6  A.  That's a 2010 BMW sport bike
7  and they're using a dipstick on the left side
8  of the crane case that's depicted in the top
9  photograph.
10  Q.  Okay.
11      - - -
12  (Whereupon, Exhibit Vigilante-13 was
13  marked for identification.)
14      - - -
15      BY MR. HEINOLD:
16  Q.  Then there's a one-page
17  article?
18  A.  Yes, that is just stating that
19  IIHS has categorized BMW R 1150 and the Yamaha
20  YZF R1 as essential sport bikes or super sport
21  bikes.  The only reason I pulled that is just
22  to show they're in the same classification as
23  opposed to a cruiser type bike.
24  Q.  I'm not going to bother marking

Page 262

1  that one, unless you --
2      MR. LEVINE: No.
3      BY MR. HEINOLD:
4  Q.  Then the last photos?
5  A.  The last photos are three
6  different bikes, but they're all the BMW
7  R 1100 RSL.  So I believe this was the model
8  bike that was involved in the NHTSA recall.
9      - - -
10  (Whereupon, Exhibit Vigilante-14 was
11  marked for identification.)
12      - - -
13      BY MR. HEINOLD:
14  Q.  And that's it for the
15  materials, right?
16  A.  Yes, you took the other Exhibit
17  photos I had and marked those as Vigilante-6.
18  Q.  You need those back.
19      MR. HEINOLD: Ken, can you make
20  a copy of this Exhibit?
21      MR. LEVINE: Yes.
22      MR. HEINOLD: Whenever you get
23  a chance.
24      MR. LEVINE: Okay.

Page 263

1      BY MR. HEINOLD:
2  Q.  Now, the last area I want to
3  cover is your comments and report on Mr.
4  Breen's report.  You had some criticisms of
5  his report and his conclusions and
6  inaccuracies.
7      If it's all right with you, I'd
8  like you just to take me through it, point out
9  what they are and explain what it is.
10      Would that be satisfactory for
11  me to understand that?
12  A.  I can try.
13  Q.  Okay.  If I have a follow-up
14  I'll ask it.
15  A.  Let's go, the bottom of Page 3,
16  he notes that when Yazdani purchased the
17  motorcycle it was a used unit, he received and
18  read this manual.  And one of the things I was
19  thinking is that I don't know that anyone ever
20  established that Yazdani was given the
21  R 1150 R, R850 Manual.
22      In the deposition, his
23  deposition they talk about it in generalities
24  and then show him the manual, but I don't

Page 264

1  think they ever validated that's the manual
2  all he received.  And I did have a question
3  about that so I marked that.
4      On Page 4, second paragraph,
5  Mr. Breen states that motorcyclists tend to be
6  enthusiasts and into the sport of motorcycling
7  and knowledgeable about the features of their
8  motorcycles as well as competitor models.  And
9  he offers no proof to that statement, and it's
10  generalized statement without any proof or
11  insight into how much information people
12  have.
13      At the end of that paragraph he
14  states: All of these activities tend to make
15  motorcyclists more aware of their riding
16  environment and the nature of their motorcycle
17  compared to many average owners of passenger
18  vehicles.  And again, I noticed that's pure
19  speculation and generalization.  No proof to
20  support that.
21  Q.  Okay.  For the record, you're
22  against pure speculation, generalization and
23  no proof?
24  A.  Sure, I try to provide support

Thomas G. Oakes Associates
1-877-625-3777   www.TGOakes.com

Page 265

1  for all my opinions.
2  Q.  Okay, I just want to be sure.
3     What's next?
4  A.  The next paragraph he states:
5     On-product labeling has significant
6  substantial to deteriorate.
7     And although that is possible
8  for poorly designed warnings, certainly many
9  warnings on vehicles are designed to be a
10  hardy and stand up to the elements as the 1998
11  Yamaha YZF photos I produced show.
12     He also states:  There is a
13  limited space available on motorcycles to
14  provide label.
15     And again, that's a half true
16  statement.  That certainly a motorcycle is not
17  a tractor trailer with 53 feet of real estate,
18  there's still significant space to add a
19  label, depending upon the issue and where it's
20  applicable.  Then I also note that contrary to
21  his two points, BMW North America added an
22  on-product warning to deal with their recall
23  defect.
24     Page 6, top of the

Page 266

1  paragraph --
2  Q.  Do you recall what Mr.
3  Yeldham's explanation for that was?
4  A.  Explanation for what?
5  Q.  Adding the on-product warning
6  to the motorcycle itself?
7  A.  Yes, it was to inform people of
8  the potential fire hazard.
9  Q.  Okay.  What's next?
10  A.  I'm sorry?
11  Q.  That's what you recall?
12  A.  That's what he testified.  I
13  was going to go to the page.  He testified on
14  Page 171:  BMW AG decided to send out, put on
15  label, on the bike itself to reduce the risk
16  of fire occurring in bikes already on market.
17     175:  They added label because
18  there was a risk of fire and they wanted to
19  make the end user aware of the risk.
20     Back to the report?
21  Q.  Yes.
22  A.  Page 6, top of Page 6 he
23  states:  The approach of -- the information
24  provided in the manual addresses the issue of

Page 267

1  potential for overheating, fire if motorcycle
2  is allowed to run for prolonged periods in a
3  clear and concise manner.  This approach is
4  consistent with the strategy to communicate
5  similar information utilized by other
6  motorcycle manufacturers, air-cooled engine
7  vehicles, including Suzuki, Harley-Davidson
8  and Yamaha.  This approach is appropriate and
9  consistent within the motorcycle industry and
10  is safe and appropriate.
11     And I note that Yamaha and
12  Harley-Davidson do not require that you ride
13  away immediately.  So their approach -- BMW's
14  approach is not consistent with Yamaha and
15  Harley-Davidson as he states.
16  Q.  How about Suzuki?
17  A.  I don't know that I looked up
18  the Suzuki manual.
19  Q.  Go ahead.
20  A.  In the third paragraph he
21  states:  Yazdani reportedly started his engine
22  in the high idle choke position and then left
23  the engine riding for approximately 30
24  minutes.

Page 268

1     This is two points.  One is it
2  was required to start it in the high idle
3  choke position.  And two, he forgot to add
4  that the idle had to go down to detent,
5  because to keep it in high you have to keep
6  pressure on the choke switch, and when you
7  release it it goes to detent.  So it wasn't
8  left in high idle.  He kind of missed that
9  point.
10     He says:  Leaving it go for 30
11  minutes is well beyond a reasonable or normal
12  warm-up period.  But he misses the point that
13  it's foreseeable.
14     He say:  The engine is not
15  intended to be warmed up or operated in this
16  manner.  So he misses the point again that it
17  is foreseeable to BMW.
18     And he also says that:  The
19  engine will build up heat if left on full
20  choke position for an extended period of
21  time.  Again, apparently doesn't realize that
22  the choke switch had to move down to detent
23  and not full choke after he released the choke
24  button.

Page 269

1     MR. LEVINE: You keep using the
2  term detent.
3     THE WITNESS: Yeah, there's
4  a --
5     MR. LEVINE: I just want you to
6  spell it.
7     THE WITNESS: Oh, I'm sorry,
8  D-E-T-E-N-T.
9     MR. LEVINE: Thank you.
10    THE WITNESS: So he says at the
11  bottom of that section: The subject incident
12  was solely related to a situation in which
13  Yazdani did not follow his standard practice
14  and became mentally distracted.
15    And I put the comment in
16  there: So it's okay for BMW to let his house
17  burn down and possibly kill or hurt someone
18  because he got distracted rather than fix the
19  design for him.
20    Next section, he says: That
21  sight glass is easier to use.  And my question
22  is, Says who?  Dipsticks have been used for
23  decades.  And then I've never seen any
24  research to suggest the sight glass is easier,

Page 270

1  and I never saw any research that said why
2  they needed to change to sight glass if it
3  introduces a new risk.
4     He says:  Air-cooled engines
5  and motorcycles have a long history of
6  successful and acceptable use.  And I comment
7  that my air-cooled Harley-Davidsons with
8  dipsticks can be left idling for 30 minutes
9  without spraying hot oil into the environment
10  and causing a fire.  And that to me would be a
11  good reason why air-cooled engines have
12  been -- have a long history of success in
13  acceptable use as opposed to the design of
14  this BMW engine.
15    Later on in that paragraph he
16  says: The general concept is that when the
17  engine on the motorcycle is running, the
18  vehicle is moving, except during short periods
19  during warm-up or in traffic.  He does not
20  define short.
21    And I got to tell Mr. Breen
22  that I sat in traffic jams longer than 30
23  minutes, and prior to this case I never
24  thought that a potential fire was a potential

Page 271

1  risk of sitting in traffic for that long.
2     BY MR. HEINOLD:
3  Q.  Where was this?  What
4  paragraph?
5  A.  That's the second from the
6  bottom (indicating).
7  Q.  Okay.
8  A.  Next paragraph he says:  The
9  police fan kit is specifically designed for
10  motorcycles that will be used in a manner in
11  which they may be sitting idle for extended
12  periods of time to run equipment and/or
13  maneuvering at general low speeds.  And it's
14  especially useful to riders such as patrol
15  officers who may be riding at slow speeds for
16  extended periods of time.
17    And again, my point is riding
18  at low speeds for extended periods of time is
19  foreseeable, and obviously BMW knew it was
20  foreseeable because they provided an option
21  for some of their bikes.
22    Top of Page 7:  An air-cooled
23  engine --
24  Q.  Can I just stop you and ask you

Page 272

1  this question:  You don't -- do you intend to
2  offer an opinion about the efficiency of the
3  police van kit?
4  A.  No, I'm going to leave that to
5  Mike Zazula.
6  Q.  Okay.  Then I won't ask you
7  about that.
8  A.  Top of Page 7 he states:  An
9  air-cooled engine on a motorcycle is widely
10  accepted and is not an unsafe or unreasonable
11  design configuration.  My question is then
12  what makes the BMW different that a fire --
13  the oil sight glass can fail causing fire.
14    Next paragraph he says:  The
15  system utilized by BMW is consistent with that
16  of the motorcycle industry and safe for the
17  intended purposes.  And I note that it's not
18  even consistent with BMW's own practices
19  regarding the hazard.
20  Q.  That being the --
21  A.  The warnings.
22  Q.  -- the choke that you talked
23  about?
24  A.  The warning, the warning in the

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

---

Page 273

1  manual.
2  Q.  You're saying it's not
3  consistent with --
4  A.  BMW's practice regarding
5  similar hazard.
6  Q.  I don't know what you mean by
7  its own practice regarding similar hazard.
8  Can you explain that?
9  A.  Sure.  I apologize, the start
10 of that paragraph goes into my report -- my
11 report is primarily focused on allegations
12 that the product information or warnings
13 provided by BMW were inadequate and were the
14 cause of this incident.  And he's saying that
15 this system utilized by BMW is consistent with
16 that of motorcycle industry and safe for the
17 intended purposes.
18     And I'm saying it's not even
19 consistent with BMW North America's practice
20 regarding the similar type hazard.  And, of
21 course, that's the recall and their decision
22 to place a warning on the bike regarding the
23 fire risk of leaving it sit stationary.
24 Q.  Okay.

---

Page 274

1  A.  The next paragraph he gets into
2  risk prioritization, and the risks that are
3  the most significant in terms of frequency
4  and/or severity should be given priority.  I
5  agree with that.
6     However, what he forgets and
7  doesn't deal with is that what also works its
8  way into prioritization is the expected
9  knowledge of the user and whether or not the
10 hazard is created by something that is
11 atypical or unique of that product as opposed
12 to the rest of the industry.
13     And in here we have a case
14 where you have the potential for severe injury
15 or death or property damage, which is the
16 highest severity you can get.  And you have
17 everyone that gets on this is potentially
18 exposed, and you have a very low expected
19 knowledge, and it's not consistent with
20 features of other bikes that don't get catch
21 fire if allowed to sit and idle for 15, 20, 30
22 minutes.
23 Q.  Tell me what the next paragraph
24 begins with.

---

Page 275

1  A.  Warning Related Information.
2  The second to the last sentence he says:
3  There is always a significant question as to
4  if any individual follow or heed any specific
5  warning, sign or label.  And we talked about
6  this earlier in the deposition, and I note in
7  his report that is why you eliminate by design
8  or guard as preferred, particularly over a
9  warning buried in a manual.
10     The next paragraph he says:
11 The common practice in the motorcycle
12 industry, et cetera.  And I note, again, he's
13 failing to note that it's not consistent with
14 BMW North America's own practice regarding a
15 similar hazard risk.
16     The next paragraph, the end of
17 the paragraph he states:  In terms of risk
18 hierarchy an attempt to provide this
19 information in the form of on-product label
20 would not be appropriate.  And I simply
21 state:  No, he is not following the safety
22 hierarchy.  If he was, he would recognize that
23 eliminating the risk for alternative design,
24 providing a guard and then an on-product

---

Page 276

1  warning would be the appropriate way in which
2  to follow the risk hierarchy.
3  Q.  The safety hierarchy being --
4  A.  Design.
5  Q.  Design, guard, warn?
6  A.  Yes.
7  Q.  Okay.
8  A.  The next paragraph is where he
9  really comes off the boat.  He says that:  The
10 risk of a fire due to the motorcycle being
11 allowed to run without moving for prolonged
12 periods is relatively low and has a relatively
13 low severity.  And it's the last part that I
14 take exception with.  Potentially killing
15 somebody, burning down their house is the
16 highest severity you can give to a hazard.
17 How he can say it's relatively low is
18 completely beyond me.
19 Q.  Okay.  You're not aware of any
20 personal injury, are you?
21 A.  Related to the oil sight glass
22 failing?
23 Q.  Yes.
24 A.  No, but the potential is there.

---

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 277

1  Q.  You're talking there simply
2  about potential?
3  A.  When you do your risk analysis
4  you're basing it upon potential.  It's
5  inappropriate to wait and get the product in
6  the field and possibly kill somebody before
7  you decide whether or not it's a hazard you
8  should have dealt with through design.
9  Q.  Are there other risks with
10  regard to operating a motorcycle, a higher
11  risk potential?
12  A.  Well, there's more chance that
13  you can hurt yourself if you're going at a
14  high speed, but it's a different issue and a
15  different topic that what we're dealing with
16  here.
17  Q.  Well, I understand that, but if
18  you're looking at the comparison of the
19  various risks that come with being a
20  motorcycle owner --
21  A.  Well, here's the comparison,
22  because I was getting to that in the end of
23  that paragraph, the other risk associated with
24  letting it run idle is overheating.

Page 278

1  Overheating can cause problems to the
2  mechanical functioning of the bike, but it's
3  not going to burn your house down.  So that
4  would be a less severe risk.  Burning your
5  house down and potentially killing the
6  occupants of it is a very severe, most severe
7  hazard.
8      So another point I wanted to
9  make with that is he says:  That enthusiast
10  level motorcycle riders, and I don't know how
11  he defines enthusiast level, or whether
12  Yazdani was an enthusiast level, but
13  apparently they understand that an air-cooled
14  engine needs air flow to cool.  When attended
15  there are other warnings to riders that the
16  motorcycle engine is overheating.  These
17  warnings include radiating heat and
18  understanding the engine runs heat will
19  develop.  And these are the warnings that he's
20  talking about, alert the rider to the fact
21  that the engine may overheat.  It doesn't
22  alert them to the fact that the oil sight
23  glass is going to fail, allow hot oil to
24  escape and ignite and cause a fire.  So there

Page 279

1  are two different issues and they need to be
2  looked at separately.
3      And the knowledge of motorcycle
4  riders or owners of this product need to
5  consider their knowledge with respect to the
6  potential for the glass to fail and the fire
7  to occur, not whether it's going to overheat
8  or not.
9      The next page after the
10  pictures he says that:  In addition, the
11  Service Bulletin can include a label to be
12  affixed to the front portion of the motorcycle
13  regarding the potential for overheating and/or
14  fire.  And he's calling the recall Service
15  Bulletin.  He says:  An on-product advisory
16  label is not appropriate as this represents a
17  change in the information -- I'm sorry, it
18  says:  An on-product advisory label --
19      MR. LEVINE: She's trying to
20  understand.  Try to keep her in mind while
21  you're answering the question.
22      THE WITNESS: Okay.  He says:
23  An on-product advisory label is not
24  inappropriate as this represents a change in

Page 280

1  the information provided to users for this
2  specific model.  The Service Campaign was
3  based on a limited number of incidents and no
4  reported injuries.  And I note it's the same
5  type of hazard.  It's the same issue.  The
6  rider is not aware of the risk of not riding
7  away immediately.
8      And the argument for why it's
9  okay for the Service Bulletin/Recall to
10  include the label is completely contrary to
11  the same argument he just made on Page 7 as to
12  why it wasn't needed.  That is, low risk, no
13  injury and people should know.
14      So if there's low risk, no
15  injury, people should know, and that's why
16  it's not needed, as he argues on Page 7, how
17  does he argue that a low risk, no injury,
18  people should know, Page 8, it's okay to have
19  it an on-product warning.  To me they appear
20  to be completely conflicting opinions.
21  Q.  Weren't there two different
22  issues involved with the motorcycle?  He's
23  talking about with the on-product label in the
24  Service Campaign versus Mr. Yazdani's

Page 281

1  motorcycle?
2  A.  The Recall Campaign was for a
3  fire hazard associated with letting the bike
4  sit at idle, stationary for an extended period
5  of time.
6  Q.  And what was the specific
7  hazard that was recognized?
8  A.  It was a fire hazard.  That was
9  the hazard.
10 Q.  That's very general.  That
11 wasn't my question.  What was the specific
12 issue that was going to cause the fire?
13 A.  The fire was going to be caused
14 by letting the bike sit idle for an extended
15 period of time having the exhaust eat up and
16 potentially igniting the fairing.  Regardless
17 of the underlying mechanism of the fire, the
18 risk is still the same.  If you let the bike
19 sit at a standstill for a prolonged period of
20 time you get a fire.  It's the same hazard,
21 fire hazard.
22 Q.  On Mr. Yazdani's bike what is
23 the risk of catching the lower fairings on
24 fire?

Page 282

1 A.  There is no lower fairing.
2 Q.  The risk would be --
3 A.  The risk would be the oil sight
4 glass failing.
5 Q.  The risk of that would be zero;
6 correct?
7 A.  The risk of the fairing
8 catching on fire would be zero, but the
9 hazards --
10 Q.  So that risk is different than
11 the risk of the oil sight glass failure;
12 correct?
13 A.  It's the same hazard and the
14 same behavior of the operator that's
15 associated with the hazard.  The ignition
16 scenario may differ, but it's the same
17 result.  You have a fire to an unattended or
18 maybe even it's an attended motorcycle that's
19 allowed to sit at a standstill.
20    He states in the next
21 paragraph:  A warning was never intended nor
22 can warning address issues related to
23 distraction.  Two points there.  Number one,
24 the potential for distraction is why you want

Page 283

1  to eliminate hazards through design to provide
2  safeguards so you don't have to rely upon the
3  weakest link in the chain, that is the human
4  and all their frailty.
5     Two, warnings are used to
6  overcome distraction.  Most typically audible
7  warnings are used to grab a person's attention
8  who's attention is focused elsewhere.  That's
9  the whole intent and purpose of the warning.
10 Q.  Is an audible warning practical
11 in this circumstance?
12 A.  I didn't assess whether or not
13 it was practical.  Is it possible, I think
14 that if you give me a second there was an
15 expert in the Amsdale vs. BMW North America
16 that opined that they could have provided an
17 indicator light on the master -- excuse me,
18 the -- it says, I'll read it.  I'm a little
19 bit tied up with my words at the moment, I
20 apologize:  The model R 1150 GS has a
21 well-designed warning panel with lights
22 including a master warning light and an oil
23 temperature gauge.  However, there was no
24 reference on the panel to as what the oil

Page 284

1  temperature reading should be to indicate to a
2  rider that his or her engine is up to a safe,
3  operating temperature and he or she should
4  turn off the choke and drive away.
5  Q.  Does that have any relevance in
6  Mr. Yazdani's situation?
7  A.  Well, it -- the reason I
8  brought it up was that you said it would be
9  impractical or not feasible to put an audible
10 indicator in this case.
11 Q.  No.  I asked if it was.
12 A.  And my response was that
13 apparently there's another expert that felt it
14 was possible to include an indicator light to
15 monitor the heat of the engine.  If you can
16 put an indicator light to monitor the heat of
17 the engine, you can put an audible indicator
18 in conjunction with it.  That was the point I
19 was trying to make.
20 Q.  Are you advocating that here?
21 A.  No, I'm not, but you asked.
22 Q.  Okay.
23 A.  And I was also pointing out the
24 fact that his statement that warning was never

Page 285

1  intended or can warning address issues related
2  to distraction is just plain wrong.
3  Q.  Well, the way we got on this
4  audible warning is because you said it's wrong
5  because you could put an audible warning on
6  there and we do it all the time.  And then I
7  said, Are you advocating that?  And then you
8  went to the other expert.  So you brought up
9  the audible warning.
10      And now I'm asking you:  Are
11  you advocating that?
12  A.  If it's feasible, absolutely.
13  Q.  Are you advocating that in this
14  case?  It's not in your report.
15  A.  I'm not aware of anybody
16  advocating the audible warning.  The point I'm
17  making is that he made an incorrect statement,
18  he made a false statement, and I was pointing
19  out why it was false, why warnings are used to
20  capture the attention of people who may
21  otherwise be distracted.
22      I pointed out that another
23  expert thought you could put an indicator
24  light onto this bike to alert people to an

Page 286

1  overheat condition.  And if you can put the
2  indicator light on, you can put an audible
3  warning on it.
4      At the end of that paragraph he
5  says:  This would not have impacted him
6  because -- this would not have impacted him
7  becoming distracted.
8      And my comment was he misses
9  the point, it has nothing to do with him being
10  distracted, because it would have prevented
11  him from starting it and letting it idle in
12  the first place.
13      His findings, Finding Number 2,
14  he states:  Configuration of the motorcycle,
15  including the air-cooled engine and oil sight
16  glass is an appropriate design and does not
17  pose an unreasonable risk.  And I say that's
18  false.  It's a design that introduced a risk
19  that doesn't exist with the dipstick,
20  including the dipstick on my Harley-Davidson
21  that won't fail and spray hot oil from the
22  engine and cause a fire.
23      So you've introduced a feature
24  that may have some benefits, but it introduced

Page 287

1  risks, unnecessary risks to the product.  That
2  means it is not reasonable.
3      Finding 3, he says:  The manner
4  in which BMW provided information is
5  consistent with that in the motorcycle
6  industry.  I just point out that it's not
7  consistent with BMW North America's own action
8  regarding a similar issue.
9      Number 4:  There's no need to
10  provide an on-product warning label that
11  indicates that the engine if run without
12  moving for a prolonged period of time, that
13  the engine can overheat and may result in a
14  fire.  Potential for engine overheating is
15  common knowledge.  My point is that it's not
16  common knowledge that the oil sight glass is
17  going to fail and cause a fire.
18      Number 5, he says:  That is not
19  the situation that would have been prevented
20  with an on-product label.  And I counter the
21  fire occurred because Yazdani didn't know that
22  leaving the bike idle stationary could cause
23  the oil sight glass to fail and cause a fire.
24  Had they provided an adequate warning on the

Page 288

1  bike he would have been alerted to it,
2  informed of it and complied with it.
3  Q.  Are you aware of any advantages
4  that the sight glass, oil sight glass might
5  have over a dipstick?
6  A.  I think that it's provided so
7  that you get a reading without having to
8  remove the dipstick, and potentially to get
9  oil dripping on the surface of the bike.
10  Q.  Anything else?
11  A.  I think that's the only thing I
12  recall being mentioned.
13  Q.  So you're relying on what he
14  said rather than your independent knowledge of
15  the design of a motorcycle for that; correct?
16  A.  Yes, I didn't see a real
17  benefit of it other than you don't have to
18  pull the dipstick out.  But then, again, I
19  check my oil sitting on my bike.  To do it
20  with an oil sight glass I got to stop, get off
21  the bike and check the oil  I don't really see
22  the benefit of it.  If there's another
23  benefit, I'm not aware of it.
24  Q.  What's the consequence of oil

Yazdani vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 289

1   dripping onto the engine?
2   A.   Well, first of all, if it drips
3   on the engine it's probably just going to burn
4   off.  But typically, the dipstick is in the
5   oil pan.  On my Harleys they're on the right
6   side of it behind the engine.  They may drip
7   on the chrome, but I can wipe it off.  They
8   may drip on the exhaust, but I can wipe it
9   off.
10  Q.   What if the exhaust is real
11  hot?
12  A.   It's not that big of a deal.
13  Q.   Any disadvantages of the use of
14  a dipstick?
15  A.   Well, I think that's what they
16  said, the advantage was that you don't have to
17  worry about getting oil on things.  I mean,
18  we're talking about a dipstick.  We're not
19  talking about a fountain of oil coming out of
20  this thing.
21  Q.   Anything else?
22  A.   There shouldn't be a whole lot
23  of oil dripping off of it.  Yeah, I'm not
24  aware of anything else offhand.

Page 290

1   Q.   Any advantages or disadvantages
2   of having a sight glass on one side of the
3   engine or the other, and if so, what it's
4   depended on?
5   A.   I'm not aware of the advantages
6   or disadvantages of having it on -- I'm not
7   aware of the advantages of having it on the
8   left side.  It's my understanding the oil is
9   supposed to be checked with the bike on the
10  center stand, not the left side, so that the
11  engine is level.
12     So if you had it on the right
13  side, in the same position on the right side
14  as you could, and I'm not saying you could,
15  but if you had it on the right side and you
16  checked it on the center stand it shouldn't
17  make a difference.
18     If it's something unique to the
19  way they designed that engine, you know, it's
20  possible.  I don't know offhand.  I haven't
21  seen anybody explain from BMW why it's on the
22  left side, not the right side.
23  Q.   But you don't have an
24  explanation one way or the other?

Page 291

1   A.   I don't know.  I pointed to
2   that Yamaha YZF as an example of the
3   manufacturer putting it on the right side.
4   And again, the oil is checked when the bike is
5   upright, not leaning on its left side
6   kickstand.
7   Q.   Are you intending to offer the
8   opinion in your discussions about this
9   motorcycle that the product is defective
10  because it uses an oil sight glass, or is that
11  going to be left to somebody else?
12  A.   Yes.  Again, it's my assumption
13  that the hazard is created by the use of the
14  oil sight glass and the makeup of the oil
15  sight glass, the material they chose.  And I'm
16  relying upon Mark Yeldham for that testimony.
17  Q.   But you're not --
18  A.   And Mike Zazula.
19  Q.   But you're not going to offer
20  that opinion in terms of product defect,
21  whether it is or isn't defective without -- I
22  think we're clear, you're going to describe it
23  as a characteristic that has this potential
24  consequence and therefore --

Page 292

1   A.   I'm going to characterize it as
2   a defect that allows the risk, fire risk to
3   exist.
4   Q.   Are you -- all right.  Do you
5   consider any motorcycle that uses an oil sight
6   glass defective?
7   A.   I don't, but I don't know of
8   any others that have this type of melting
9   point with it being placed on the left side of
10  the crank case and having the hot oil touch it
11  and being the reason why it's deformed.
12  Q.   Do you know what the design of
13  the seal around any other oil sight glass is?
14  A.   I do not.
15  Q.   Is it your opinion that if an
16  oil sight glass is on the left side of the
17  engine that the motorcycle is defective
18  because of that?
19  A.   Not necessarily because it's on
20  the left side of the engine, but if it's going
21  to be on the left side of the engine and
22  deformed when exposed to foreseeable
23  temperatures, that is a design defect.
24  Q.   And you define foreseeable

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

Page 293

1   temperatures as what?
2   A.   Well, the report of fire is
3   anywhere from 10 minutes to 30 minutes.
4   Q.   Anything else?
5   A.   No.
6   Q.   Have we fairly covered the
7   opinions that you're intending to express in
8   the trial of this case?
9   A.   I don't -- I can't think of
10   anything that we missed.
11   Q.   Okay.  Have we fairly covered
12   the basis for your opinions?
13   A.   I can't think of anything that
14   we missed.
15       MR. HEINOLD: Okay, we're done.
16   Thank you.
17       THE WITNESS: I would like to
18   read and sign.
19       - - -
20   (Whereupon, the deposition was
21   concluded at 4:50 p.m.)
22       - - -
23
24

Page 294

1           C E R T I F I C A T E
2       I, Debra J. Veneziale, a Court Reporter
3   and Notary Public, do hereby certify that the
4   proceedings, evidence, and objections upon the
5   deposition of WILLIAM J. VIGILANTE, JR., PhD,
6   CPE are contained fully and accurately in the
7   stenographic notes taken by me upon the
8   foregoing matter on March 15, 2016, and that
9   this is a true and correct transcript of the
10   same.
11
12
13             _____
              Debra J. Veneziale
              Court Reporter
14             Notary Public
              My Commission Expires
15             July 16, 2019
16
17
18
19   (The foregoing certification of this
20   transcript does not apply to any reproduction
21   of the same by any means, unless under the
22   direct control and/or supervision of the
23   certifying shorthand reporter.)
24

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

## A

**A\$\$ (1)**
251:9
**abbreviated (1)**
236:10
**abide (1)**
147:1
**abilities (3)**
9:13,20;87:19
**ability (8)**
9:13,21,23;27:21;41:7;
150:17;190:23;203:1
**able (4)**
27:16;32:10;138:7;214:24
**abnormal (2)**
93:24;94:3
**above (3)**
68:11;124:4,18
**absence (1)**
239:1
**absolute (1)**
205:4
**Absolutely (11)**
152:18;154:5,11;181:5;
198:9;217:23;219:23;220:6;
230:3,9;285:12
**accept (4)**
88:18;182:13;187:3,4
**acceptable (2)**
270:6,13
**acceptance (1)**
82:11
**accepted (1)**
272:10
**accessories (1)**
257:13
**accident (3)**
116:9;147:15;199:4
**According (2)**
135:24;138:1
**accurate (1)**
144:14
**achieve (1)**
201:15
**acid (1)**
195:13
**acknowledging (2)**
91:4;93:11
**across (2)**
101:6;252:4
**act (8)**
58:2,9;229:4,4;231:9,10,
14;239:11
**acted (1)**
231:12
**action (1)**
287:7
**actions (1)**
142:19
**activation (1)**
52:6

**active (1)**
45:3
**activities (4)**
72:10,12;74:6;264:14
**activity (2)**
117:21;237:7
**actual (2)**
221:24;222:13
**actually (10)**
39:11;50:6;54:4;186:10;
204:10;219:21;221:22;
254:7;257:24;259:6
**add (9)**
7:20;21:8;156:20;157:6;
169:17;172:1,5;265:18;
268:3
**added (2)**
265:21;266:17
**adding (4)**
45:1;235:8;255:1;266:5
**addition (2)**
188:5;279:10
**additional (15)**
8:4;14:8,10;66:5;71:1,6,
11;108:12;172:6,11;174:2;
236:12;250:12;254:10,18
**address (10)**
37:1;51:23;83:14;84:22;
87:21;91:2;143:8;212:22;
282:22;285:1
**addressed (6)**
37:5;73:8;79:22;86:6,9;
206:6
**addresses (2)**
90:23;266:24
**adequacy (2)**
28:20;141:11
**adequate (42)**
25:23;42:8;44:6,16,19;
50:21;73:9,12;77:22;81:8;
89:3,21,23;105:5,7;118:4,7;
119:13;123:23;139:18;
143:2;157:5;159:16;166:14,
24;167:2,9;168:1,7,9;171:1;
176:3;183:10;230:19;232:8,
13,21;248:8,21;249:14,17;
287:24
**adequately (2)**
52:2;202:7
**adjacent (1)**
109:20
**administered (2)**
213:19,22
**Administration (1)**
199:6
**admit (1)**
183:24
**adult (1)**
154:1
**advanced (3)**
23:11,22;31:21
**advantage (1)**
289:16

**advantages (4)**
288:3;290:1,5,7
**advise (1)**
159:23
**advisor (1)**
33:3
**advisory (3)**
279:15,18,23
**advocating (8)**
13:14,16,22;284:20;
285:7,11,13,16
**affect (2)**
9:17;28:19
**affixed (2)**
16:5;279:12
**afford (1)**
22:5
**aftermarket (1)**
257:12
**afterthought (1)**
174:7
**afterwards (1)**
55:20
**AG (1)**
266:14
**Again (52)**
25:19;26:15,16,17;27:18;
35:3;64:18;85:13;94:12;
116:22;124:15;125:21;
129:5,15;131:13;132:11,15;
133:17;145:10;147:17;
151:21;152:7,20;154:17;
159:13;160:8,23;162:7;
180:5;181:10,24;192:4;
199:1;206:15;207:3,18;
209:4,13,15,18;219:17;
226:21;247:9;264:18;
265:15;268:16,21;271:17;
275:12;288:18;291:4,12
**against (5)**
17:23;101:16;205:6;
246:3;264:22
**age (1)**
256:12
**ago (2)**
107:17;211:21
**agree (22)**
82:24;83:14;95:20;113:5,
6;129:18;130:1;148:17;
187:1;188:24;194:11;198:2;
201:9;220:20;228:19;229:3;
230:7,9;237:13;239:3;
240:6;274:5
**agreed (7)**
5:7;184:4,5;240:3;243:1,
4;247:4
**agreeing (1)**
201:10
**ahead (8)**
46:14,17;76:7;145:11;
148:10;165:13;209:17;
267:19
**air (1)**

278:14
**air/oil (1)**
254:7
**air-cooled (25)**
16:2,3,18;26:1,23;27:2,3;
67:17;99:10;132:6;251:21,
23;253:24;254:2,6;257:15,
16;267:6;270:4,7,11;
271:22;272:9;278:13;
286:15
**al (4)**
39:1;45:7;46:9;48:7
**alcoholic (1)**
153:24
**alert (6)**
130:24;131:15;141:21;
278:20,22;285:24
**alerted (1)**
288:1
**Alexander (1)**
49:21
**alkaline (1)**
195:13
**allegation (1)**
113:4
**allegations (2)**
113:1;273:11
**alleviate (1)**
98:20
**allow (15)**
18:5;20:11;26:7;54:5;
85:17;86:3;122:14;125:9;
128:8;132:21;155:10;169:1;
181:13;220:12;278:23
**allowed (8)**
18:4;54:4;57:1;180:23;
267:2;274:21;276:11;
282:19
**allowing (5)**
124:23;127:23;129:16;
140:3;203:11
**allows (2)**
251:12;292:2
**Allstate (4)**
11:16,17,19;12:11
**alone (1)**
255:1
**along (2)**
168:21;204:9
**alternate (2)**
90:6;186:21
**alternative (16)**
81:1;88:11;90:8,14;95:18,
24;96:3,6;97:19;98:1,8;
178:14,17;179:16;204:11;
275:23
**alternatives (1)**
69:8
**although (6)**
28:4;41:22;65:15;68:17;
83:22;265:7
**aluminum (2)**
47:12,13

Thomas G. Oakes Associates
1-877-625-3777    www.TGOakes.com

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

**always (6)**
56:11;157:23;195:9;
230:1,8;275:3
**ambient (1)**
136:9
**America (17)**
44:1;52:21;73:13;78:23;
121:14,15;135:14;146:12;
173:9;213:4,15;219:15;
245:14;248:7,20;265:21;
283:15
**American (4)**
44:10;68:21;213:19;
253:20
**America's (3)**
273:19;275:14;287:7
**amount (2)**
112:4;136:11
**Amsdale (1)**
283:15
**analysis (16)**
73:4,5,10;89:14;183:6,6;
184:8,11;189:12;194:7,13;
195:17,23;196:6;206:16;
277:3
**analyze (6)**
86:13,14,16;182:15;
189:21;199:10
**analyzed (3)**
180:18;187:10;188:15
**analyzing (1)**
86:21
**and/or (7)**
92:4;111:19;217:5;
235:22;271:12;274:4;
279:13
**Andrew (1)**
49:21
**ANSI (4)**
173:7;224:21;225:2,24
**answered (4)**
26:15,16;196:4;219:19
**answer's (1)**
219:24
**anticipate (1)**
70:13
**anyways (1)**
243:7
**apart (1)**
210:16
**apologize (4)**
145:10;184:22;273:9;
283:20
**apparent (1)**
159:9
**apparently (9)**
94:10;112:15;123:6;
125:22;126:20;219:11;
268:21;278:13;284:13
**appeal (1)**
57:17
**appear (1)**
280:19

**appeared (1)**
214:2
**appears (1)**
39:14
**applicable (2)**
33:4;265:20
**apply (4)**
18:22;29:15;163:20;
214:18
**appreciate (8)**
28:6;87:20;93:23;142:18;
148:2;167:7;168:2,6
**approach (7)**
197:6,8;266:23;267:3,8,
13,14
**appropriate (25)**
97:22;98:3,24;99:1;105:9;
108:19;119:6;131:22;140:4;
183:12;191:3,16,18;196:1;
205:15;210:4;211:23;
213:11;240:16;267:8,10;
275:20;276:1;279:16;
286:16
**appropriately (2)**
197:15,16
**approved (1)**
195:10
**approximately (1)**
267:23
**approximation (1)**
11:24
**architects (1)**
10:2
**area (5)**
24:5,10;69:10;82:22;
263:2
**areas (1)**
27:20
**argue (2)**
123:3;280:17
**argues (1)**
280:16
**arguing (1)**
91:7
**argument (2)**
280:8,11
**arise (1)**
87:21
**around (10)**
12:8;24:12;51:14;54:22;
157:21;160:21,21;176:4;
218:20;292:13
**arrest (1)**
50:2
**arsenal (1)**
211:3
**article (10)**
30:9,20;49:15;68:21;
251:8;252:4;255:7;256:22,
24;261:17
**articles (4)**
28:12;29:5,16;59:4
**aspect (1)**

**90:10**
**aspects (1)**
27:4
**aspirin (2)**
64:6;65:6
**assess (2)**
141:10;283:12
**assessment (1)**
43:4
**assistance (1)**
128:4
**associated (26)**
31:19;44:7;46:4;76:21;
93:12;94:13;97:16;100:2;
118:12;127:4;132:14;
141:22;142:19;166:12,22;
167:8;180:20;183:8;193:17;
199:10;200:15;208:1;
244:23;277:23;281:3;
282:15
**assume (14)**
134:16;164:14;171:21;
173:18;174:21;215:8;
236:20;238:20,24;240:14;
241:3,6,11;248:22
**assumed (1)**
254:2
**assuming (5)**
206:18;238:19;240:18,22,
24
**assumption (4)**
114:6,15;116:11;291:12
**assumptions (2)**
114:24;241:14
**astray (1)**
220:15
**attached (2)**
41:12;255:8
**attempt (2)**
91:1;275:18
**attempted (1)**
215:16
**attended (2)**
278:14;282:18
**attention (6)**
33:10;190:23;204:1;
283:7,8;285:20
**attorney (2)**
70:14;102:18
**attorneys (1)**
157:12
**attributed (1)**
109:16
**atypical (9)**
93:24;94:12;116:24;
118:12;127:4;181:11;
183:13;244:22;274:11
**audible (9)**
283:6,10;284:9,17;285:4,
5,9,16;286:2
**August (2)**
38:23;52:19
**author (1)**

251:11;252:21;253:21;
254:5;255:10
**authored (1)**
215:4
**authoring (1)**
74:7
**authors (1)**
232:16
**automotive (1)**
253:22
**available (13)**
32:12;72:20;74:10;79:2;
80:4;89:13,16;94:20;
113:21,23;211:10;232:2;
265:13
**average (2)**
220:18;264:17
**avoid (11)**
38:3;41:8;106:7,12;108:6;
131:1;132:6,7,9;145:18;
191:11
**avoided (1)**
131:2
**avoiding (1)**
176:6
**aware (37)**
16:15;31:17;36:12;60:19;
61:15;73:14;94:8;99:14;
100:7,9;112:13,16;130:12;
142:23;147:18;148:24;
149:1;168:6;181:15;183:14;
213:17,18;230:14;231:16;
242:9;244:22,24;264:15;
266:19;276:19;280:6;
285:15;288:3,23;289:24;
290:5,7
**awareness (1)**
190:13
**away (17)**
94:11;106:3,15,18;
122:16;126:12;127:23;
128:14,18;129:8;132:3,17;
214:3;218:11;267:13;280:7;
284:4

**B**

**back (42)**
19:13,17;26:11,19;31:15;
41:11;42:8,19;74:18;76:11;
86:19;90:2;94:9;97:23;
99:23;116:22;134:15;
141:14;142:3,11,15;143:12,
15;144:9,9;145:22;158:4;
177:19;214:3;216:1,13,22;
221:23;226:20;227:16,22,
24;228:7,12;237:4;262:18;
266:20
**background (4)**
75:1;77:17;256:16,19
**based (16)**
12:3;27:9;82:13;85:11;
97:9;110:21;128:12;145:2;

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

146:19;148:18;192:24;
193:6;196:21;207:12;
208:24;280:3
**baseline (4)**
217:17,22,24;218:1
**basic (8)**
35:4,13,16;36:21;134:17;
164:2;217:17;219:9
**Basically (4)**
8:8;9:5;233:12;251:10
**basing (1)**
277:4
**basis (7)**
31:16;100:19;138:5;
229:18,19;230:10;293:12
**Bates (2)**
121:12;131:6
**Beach (1)**
253:3
**Bear (1)**
144:22
**bearings (1)**
111:13
**became (3)**
19:23;100:9;269:14
**become (1)**
19:21
**becomes (1)**
159:17
**becoming (1)**
286:7
**beforehand (1)**
200:10
**begin (2)**
46:22;237:7
**beginning (3)**
145:1;157:5;177:21
**begins (1)**
274:24
**behalf (19)**
12:10;40:2;41:16;45:16;
47:23;48:1,3,12,22;49:7,16;
50:9;51:1,17;52:15;53:2,11;
58:3;59:23
**behavior (11)**
24:7;158:23;162:22;
188:2;232:9,14,22;242:18,
24;243:9;282:14
**behind (1)**
289:6
**believes (1)**
31:13
**below (1)**
107:11
**benefit (3)**
288:17,22,23
**benefits (1)**
286:24
**best (13)**
26:9;87:6;97:14;157:23,
24;171:11;172:1;174:11;
180:12,13;200:18,19;223:9
**better (7)**

32:4;72:21;97:12,13;
109:1;137:2;197:14
**beverages (1)**
153:24
**beyond (6)**
54:20;81:12;87:18;247:6;
268:11;276:18
**bicycle (1)**
56:23
**bicyclist (1)**
56:24
**big (7)**
6:7;149:9;154:15;172:3;
174:13;185:12;289:12
**bike (151)**
15:15;17:6;18:1,22;19:2;
24:12;68:1,11,13,19,23;
69:2,8;76:22;79:17;80:17;
82:1;83:16,20;89:8;90:1;
91:23;92:2,8,8,11,16,20;
93:23;94:1,13;95:18;97:17;
100:10,15;101:11;106:12;
111:7;112:2,8,10,18;114:14;
118:16;119:18;125:17,19;
126:1,19;127:8;128:18;
129:9;133:1;134:21;135:12,
15;136:2;137:2,18;141:20,
23;143:4;146:21,23;148:23;
153:9;154:9;159:8,10;
163:1,20,21,21;164:7,13;
165:14;173:9,11,16,19;
174:3,7,14,21;175:3;177:8,
16;179:14;180:8,19,23;
182:19;187:11,24;189:21;
193:14,24;194:6,8;195:22;
197:13;205:10,19;213:12;
218:20;219:17,18;228:18;
229:16;230:15;237:12;
238:5,6,16;240:7;241:18;
242:4;243:16;244:9,23;
248:11;253:5;255:1;256:2;
259:1,5,10,11,14,24;260:1,
16,21;261:6,23;262:8;
266:15;273:22;278:2;281:3,
14,18,22;285:24;287:22;
288:1,9,19,21;290:9;291:4
**bikes (31)**
22:3,7,16,17,19;69:19;
74:19;75:6;88:15;92:1;
94:21;100:3,5,6,8;101:15;
102:6;111:20;138:2;140:10;
181:11,13;184:19;193:22;
254:9;261:20,21;262:6;
266:16;271:21;274:20
**bill (6)**
40:14,20;148:5;165:4,9,9
**Bio (2)**
255:10,10
**bit (12)**
8:14;19:4,18;75:5;77:12;
105:11;126:2,3;144:18;
228:1;251:14;283:19
**black (2)**

123:5,7
**blank (1)**
30:23
**bleeding (1)**
205:13
**blue (1)**
258:1
**BMW (77)**
68:15,15,23;69:5;73:9,13;
78:22,22;79:13,16;80:4;
82:12;89:6;92:12;93:4;
94:11,23;97:5;99:10;
105:22;109:15;111:4;113:9;
121:14,15;126:24;135:14,
20;138:1,20;143:6;146:12;
148:15,21;158:15;159:2;
160:19;173:8;175:13;176:2,
20;178:1;180:2;181:16;
182:16;189:23;213:4,14,18;
219:15;238:11,21;239:14;
245:13;248:7,20;256:4;
261:3,6,19;262:6;265:21;
266:14;268:17;269:16;
270:14;271:19;272:12,15;
273:13,15,19;275:14;
283:15;287:4,7;290:21
**BMWNA55 (1)**
121:15
**BMWNA64 (1)**
121:16
**BMW's (5)**
27:9;237:18;267:13;
272:18;273:4
**boat (1)**
276:9
**body (2)**
68:7;169:3
**boils (2)**
119:8,10
**bold (3)**
122:6,24;154:15
**book (4)**
33:9;113:18;128:22;
153:10
**books (1)**
202:24
**border (3)**
226:6,11;227:2
**borrowing (1)**
134:22
**Boston (1)**
216:1
**both (10)**
10:22;30:17;33:11;44:21;
69:19;78:21;102:6;118:15;
177:5;195:15
**bother (1)**
261:24
**bottle (5)**
64:6,7;65:5,7,12
**bottom (11)**
60:16;68:3;154:7;165:17;
166:2;168:12;177:21;260:9;

263:15;269:11;271:6
**bought (11)**
22:4;23:5;160:16,18;
162:4;164:13;165:4,9;
216:18;217:9;218:16
**box (7)**
65:9,11,12,14,15,16;123:1
**brake (2)**
21:21;218:5
**brakes (2)**
205:13;218:7
**break (14)**
57:20;70:18,19;99:4;
143:23;149:10,12,14;
210:15;220:23;221:2;250:7,
11;257:22
**Breen (5)**
7:23,24;71:8;264:5;
270:21
**Breen's (1)**
263:4
**brief (1)**
72:16
**bring (5)**
66:4;67:4,11;69:9;212:21
**broad (3)**
220:5,7,9
**brought (8)**
67:15,19;68:14;69:3;
195:19;250:13;284:8;285:8
**Brunswick (4)**
39:10,15,22;40:1
**build (2)**
85:9;268:19
**bulkhead (3)**
47:12,13,14
**Bulletin (2)**
279:11,15
**Bulletin/Recall (1)**
280:9
**bunch (1)**
189:1
**buried (2)**
64:21;275:9
**burn (3)**
269:17;278:3;289:3
**burning (2)**
276:15;278:4
**bury (1)**
124:22
**burying (1)**
180:8
**business (8)**
6:3,5;12:22;48:7;49:21;
75:20,23;199:5
**button (4)**
126:16,22;256:11;268:24
**buttons (1)**
218:8
**buy (4)**
22:5,11,24;185:18
**buys (2)**
163:1,4

Yazdani  vs.
BMW

**Byrd (1)**
30:8

## C

cable (2)
21:21,21
cables (1)
21:21
caliber (1)
205:17
call (6)
58:18;203:3;234:5,6;
257:1;258:3
called (3)
251:6,8;255:20
calling (1)
279:14
calls (1)
227:8
came (5)
73:10;101:6;165:3;
218:14;252:3
Campaign (3)
280:2;24;281:2
**Can (164)**
8:6;11:23;12:1;18:8;
23:18;24:12;26:4,5,6,9,10;
29:22;31:14,19;32:11,19;
43:22;46:16,22;47:6,10;
55:15;56:5,22;66:10,13,19;
67:5,8;70:17;72:13;82:7,24;
84:5,14;86:24;87:3,6;88:10;
89:20;91:5,6;93:6;94:5,15;
96:10,11;97:21;103:14,15;
113:5;119:18;122:2,12;
123:15;126:18;127:10,15,
16;131:1,23;132:20;134:5,
14,16;136:17;142:10;
143:11,12;160:21,21;
161:16;162:9,10;165:14;
169:2,19;170:17;172:1,2;
176:4,7;181:22;183:9,19;
184:9;186:5,7;188:19;
190:7,10,12;192:14,15,16;
193:14,18,23;196:15,20;
197:15;198:13,23;199:2,18;
201:3,14;202:6,9,20;203:3,
21;204:2,10,20;205:18;
206:2;207:3,4,16;208:19;
211:15,15,16;215:12;
216:21;222:23;223:6,8;
224:4;226:20,20;232:15;
235:24;236:24;237:1;
244:20;246:17;250:15;
256:10;257:22;259:24;
260:2;262:19;263:12;270:8;
271:24;272:13;273:8;
274:16;276:16,17;277:13;
278:1;279:11;282:22;
284:15,17;285:1;286:1,2;
287:13;289:7,8
capable (1)

99:11
capacity (6)
10:6;34:17,18;36:10,12;
254:11
capitals (1)
122:24
caps (1)
122:6
capture (3)
9:14;204:1;285:20
car (7)
51:9,11,12,13;216:18;
217:4;253:8
carburetors (1)
256:7
card (7)
233:8,13,20,22,24;234:2,9
cardinal (1)
214:11
care (1)
64:15
Carolina (1)
33:17
Carr (1)
53:6
carrier (1)
12:4
cart (2)
51:10;52:7
case (75)
6:22;7:7;11:4;13:19,23;
15:1,10;27:7;38:9;39:24;
40:5,9;41:1,4,9,15;44:2;
45:12;46:7;47:21;48:1;
49:12;51:21;53:21;54:6,7,
17,21;58:12;65:23;68:16;
71:4,16,23;72:10;75:17;
77:9,12;85:1;89:22;95:2;
103:21;118:2,8;119:8,10;
140:15;175:19;176:22;
177:6,9;181:10;186:3;
188:1;192:3;202:5;203:14;
204:16;213:16;217:16;
221:11;227:11,13;234:9;
242:1,2;244:5;254:1;261:8;
270:23;274:13;284:10;
285:14;292:10;293:8
cases (22)
12:5,7,19;13:4,7,13,15,21,
24;14:7,9,10,15;15:1,12,17,
19;38:17;43:13,15,16;46:11
cat (1)
211:19
catalytic (2)
124:6;154:21
catastrophic (1)
81:19
catch (7)
17:11;31:23;130:20;
135:7;138:11;181:12;
274:20
catching (2)
281:23;282:8

categorized (1)
261:19
categorizes (1)
68:22
category (3)
50:7;68:24;69:1
caught (1)
130:12
causal (3)
239:2,20;243:3
causation (3)
242:3,8,9
cause (15)
93:6;94:5;95:11;114:19;
124:9;127:10;234:4;273:14;
278:1,24;281:12;286:22;
287:17,22,23
caused (5)
8:1,3;229:10,14;281:13
causes (1)
86:17
causing (4)
168:24;173:13;270:10;
272:13
Caution (2)
18:4;195:12
caveat (1)
228:13
CC (1)
258:15
Center (5)
76:5;222:22;260:1;
290:10,16
certain (9)
57:2,2;59:10;91:6;210:18;
245:7,18,23;247:5
certainly (15)
80:3;87:20;100:10,13;
130:9;138:24;142:9;146:14;
170:17;194:14;207:17;
222:20;232:6;265:8,16
certainty (1)
245:9
certification (1)
5:9
certified (1)
59:13
cetera (3)
43:18;67:18;275:12
chain (1)
283:3
challenge (3)
54:5,24;57:24
challenges (2)
54:3;55:2
chance (3)
152:15;262:23;277:12
change (13)
8:2,3;110:24;145:15;
232:8,14,22;241:15;242:23;
255:2;270:2;279:17,24
changed (4)
111:5;240:9;242:17;243:9

changing (1)
181:20
chapter (5)
33:9;199:7;212:19;214:6,
8
chapters (2)
215:5,5
characteristic (5)
80:16;91:9,13,19;291:23
characteristics (9)
90:22;92:16;93:22;97:4,
10;150:2;247:17,24;248:10
characterization (1)
200:15
characterize (1)
292:1
charges (1)
219:16
check (4)
31:16;38:20;288:19,21
checked (3)
290:9,16;291:4
chicken (2)
45:14,21
choice (3)
19:12;78:22;90:15
choices (2)
79:1,16
choke (33)
106:8,13;109:18;126:16,
22,22;129:2,6;132:14,14,16;
134:2,4,5,7,9;136:2,4;137:4,
13,20,23;138:8;140:12;
267:22;268:3,6,20,22,23,23;
272:22;284:4
choose (3)
88:17;156:24;181:20
chooses (1)
85:17
choosing (1)
90:16
chose (7)
79:18;80:5;81:9;89:7;
123:6;189:23;291:15
chrome (2)
193:3;289:7
cigarette (1)
227:15
circuit (1)
88:10
circumstance (1)
283:11
circumstances (2)
220:5,8
cite (1)
78:7
cited (9)
102:3,19;103:2,4,5;199:7;
200:5;212:9,21
citing (2)
81:19;93:9
claim (3)
113:3;125:23;212:14

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

**claiming (3)**
143:7;146:13;245:14
**claims (1)**
113:2
**clamps (1)**
222:21
**clarify (5)**
46:24;69:18;96:4;123:16;
167:16
**clarity (1)**
96:8
**class (3)**
36:21,22;37:6
**classes (14)**
34:3,24;35:2,9;36:2,3,17,
19;37:1,9,16,18,19;38:6
**classical (1)**
234:18
**classification (1)**
261:22
**cleaner (1)**
195:13
**cleaning (1)**
195:12
**cleanly (1)**
240:13
**clear (10)**
69:10;95:20;130:18;
138:24;151:15;152:2;
155:12;170:18;267:3;
291:22
**clearly (2)**
218:9;240:13
**client (7)**
83:16;84:2;176:11,12;
182:4,7;185:16
**clients (2)**
11:11;159:23
**close (1)**
183:17
**clothes (3)**
44:6;50:18;52:23
**clothing (4)**
49:14,15;122:12;195:11
**clutch (2)**
21:21;218:4
**clutter (15)**
190:2,10,18,21;198:15;
201:15;204:17,19;205:21;
206:13,22,24;208:8;210:7,
19
**cold (10)**
101:12;126:17;128:18;
129:2,6;132:10,13;137:11,
11;251:19
**collecting (1)**
150:21
**collision (2)**
41:6;56:23
**collisions (2)**
15:13;38:4
**colored (1)**
70:20

**Columbus (1)**
75:19
**columnist (1)**
253:22
**combination (1)**
92:7
**combined (1)**
206:2
**combustible (3)**
128:11;132:23;155:1
**combustibles (3)**
100:12;124:15;133:3
**coming (3)**
31:15;124:15;289:19
**comment (3)**
269:15;270:6;286:8
**commented (1)**
253:1
**comments (1)**
263:3
**common (8)**
54:19;60:5;77:9;116:18;
217:7;275:11;287:15,16
**commonly (2)**
61:15;200:11
**communicate (11)**
52:3;178:2;180:3;181:7,
18;182:5;185:17;217:14;
238:12;239:15;267:4
**communicated (6)**
127:5;180:7;182:13;
183:3;186:20;217:18
**communicating (1)**
180:10
**communication (3)**
140:17;210:5;212:19
**companies (2)**
11:11;45:18
**Company (11)**
44:11;45:7,7,19;50:14;
52:11,20;72:6,7;203:3;
230:20
**compared (2)**
78:18;264:17
**comparing (1)**
107:15
**comparison (2)**
277:18,21
**compelled (1)**
96:1
**competitive (2)**
233:6;235:6
**competitor (1)**
264:8
**complete (8)**
7:15;50:4;70:6;104:11;
180:18;182:16;189:21;
220:9
**completely (3)**
276:18;280:10,20
**completeness (1)**
174:9
**compliance (1)**

236:7
**complied (1)**
288:2
**comply (3)**
18:8;147:1;225:5
**complying (1)**
204:7
**component (1)**
100:14
**components (2)**
63:13,16
**composition (1)**
81:18
**compromise (1)**
234:7
**concept (2)**
186:14;270:16
**concern (3)**
19:18;43:16;87:23
**concerned (5)**
180:21;182:21,24;183:2;
206:22
**concise (3)**
220:11,12;267:3
**concluded (2)**
206:19;293:21
**conclusion (4)**
30:19,24;31:1;45:23
**conclusions (7)**
61:10,12;64:8,10;73:11;
139:3;263:5
**condition (1)**
286:1
**conduct (6)**
191:14;202:22,24;204:5;
210:21;241:15
**conducted (2)**
74:6;191:19
**confident (1)**
83:15
**configuration (2)**
272:11;286:14
**conflict (13)**
87:5;126:14,21;128:21,
23;132:18;133:22;134:1;
135:10,13,17;146:22,23
**conflicting (2)**
128:16;280:20
**conjunction (1)**
284:18
**Connecticut (2)**
55:6,11
**connection (1)**
243:4
**cons (1)**
98:8
**conscious (1)**
242:12
**consequence (6)**
131:24;140:18;198:10;
241:24;288:24;291:24
**consequences (5)**
17:20;84:14;117:22;

193:1,19
**consider (22)**
23:9,11,20,21;24:7,13,19,
23;25:5;26:21,24;38:8;60:4;
88:1;91:15,17;94:3;105:4;
131:9;212:3;279:5;292:5
**considerably (1)**
110:6
**considered (5)**
105:6;179:15;190:21;
197:24;257:18
**considering (2)**
203:17,18
**consistent (19)**
132:4;139:11;146:20;
158:24;162:21;194:5;256:4;
267:4,9,14;272:15,18;273:3,
15,19;274:19;275:13;287:5,
7
**console (2)**
69:4;222:22
**conspicuously (1)**
194:16
**consultant (1)**
211:11
**Consulting (4)**
6:6;10:10,12;203:2
**consumer (2)**
31:12;64:20
**consumers (2)**
31:2;158:24
**Consumers' (2)**
30:15,22
**contact (4)**
122:13;124:16;125:2;
128:11
**container (3)**
64:4;65:14,16
**contemporary (2)**
224:2,5
**context (1)**
246:17
**continue (6)**
26:10;32:13;61:20;84:11;
155:8;187:22
**contraindications (1)**
65:1
**contrary (3)**
128:16;265:20;280:10
**contrast (2)**
107:23;135:17
**contribution (1)**
85:14
**control (3)**
69:4;198:19;199:8
**controllers (1)**
21:20
**controls (4)**
24:23;25:3,8;219:2
**conversation (1)**
85:14
**converter (2)**
124:6;154:21

Min-U-Script®

Thomas G. Oakes Associates
1-877-625-3777    www.TGOakes.com

(299) claiming - converter

Yazdani vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

convey (3)
148:21;245:13,15
conveyed (1)
241:8
Conzola (1)
33:3
cool (4)
100:22;253:5;254:4;
278:14
cooler (1)
254:7
coolers (1)
254:9
cooling (1)
253:8
copies (7)
67:5,6,9;70:16,20;194:19;
250:3
copy (8)
43:23;66:22;67:7;101:2;
103:11;236:21;258:18;
262:20
corner (1)
121:22
corners (2)
28:3,9
corporate (1)
73:5
Corporation (4)
48:7,17;157:19;191:20
correctly (2)
260:13,14
correlated (2)
10:22;130:14
correlation (1)
128:3
Council's (1)
199:4
counsel (3)
5:7;78:14;220:18
count (3)
46:16,17,20
counted (1)
53:16
counter (1)
287:20
counting (1)
47:4
country (2)
33:24;213:24
couple (7)
17:6;19:6;66:6;101:21;
137:10;230:13;251:18
course (7)
35:4,13,15,16,17;51:15;
273:21
COURT (11)
5:1;23:23;53:23;54:8,23;
55:17;56:22;58:1;76:13;
142:14;143:14
cover (10)
67:23;93:5,13,14,16,17;
94:5;102:15;121:1;263:3

covered (2)
293:6,11
covering (3)
95:3,10;102:9
covers (1)
95:8
Cox (3)
232:10,17;235:2
C-O-X (1)
232:17
CPE (1)
5:15
crane (3)
27:7;45:7;261:8
crank (3)
68:16;95:2;292:10
crannies (1)
151:2
create (12)
10:19;89:5;92:16;97:2;
132:21;190:10,18;204:17;
206:24;208:8;210:6,8
created (6)
72:8;81:3;86:24;210:19;
274:10;291:13
creates (6)
27:9;79:14;88:17;91:24;
92:8,21
creating (1)
204:19
criteria (1)
173:7
critical (26)
156:4;178:2,5,6,8,23;
179:8,22;180:3,6,16;181:2;
182:5,11,18;183:2;184:18;
185:16,17;186:2,20;187:8,
13;188:12;216:11;217:13
criticism (7)
78:18;118:2;122:22;
176:15,18;182:14;217:18
criticisms (1)
263:4
criticize (4)
80:19;123:9;156:19;
175:12
criticized (4)
158:6;176:11,12;182:7
criticizing (5)
11:2;90:10;97:6,7;182:4
cross-examine (1)
53:20
cruiser (1)
261:23
cuff (2)
207:9,11
currently (4)
12:10,19;13:2;14:7
Curriculum (1)
120:17
customary (1)
119:19
customer (1)

99:12
customization (2)
21:15,16
cut (4)
27:16;157:7;193:2;220:16
CV (6)
29:20;33:19;58:16;
222:11;233:4;237:3

**D**

daily (1)
31:15
damage (8)
18:8;132:7;193:2,20;
195:14;235:9;254:21;
274:15
damages (1)
41:22
dance (1)
176:4
dangerous (1)
217:4
dark (1)
260:18
date (7)
30:1,2;38:12,13;121:6;
214:9;229:3
Daubert (8)
54:2,4,17,24;55:1;56:8;
57:24;58:6
David (2)
38:23;41:21
day (8)
7:17;17:2;128:18;157:10;
192:18;237:17;248:17;
251:16
days (1)
129:2
deal (20)
16:14;25:23;29:12;34:10;
35:3;42:3,5,11;63:18;
163:24;180:12,14;189:23;
193:6;200:6;214:10,13;
265:22;274:7;289:12
dealer (3)
216:19;217:5;219:16
dealership (2)
135:14,22
dealing (10)
30:9;34:7;60:8;67:16;
124:8;125:1;181:9;212:20;
233:5;277:15
deals (4)
32:22;33:12;35:4;124:15
dealt (3)
42:2;114:17;277:8
death (3)
193:1,20;274:15
decades (1)
269:23
deceased (1)
47:24

December (2)
216:19;235:5
decide (12)
88:23;162:20;192:21,24;
201:1,24;202:4,6,19;212:24;
230:23;277:7
decided (6)
85:22;197:13;199:17;
200:16;240:8;266:14
deciding (1)
86:2
decision (12)
151:17;192:22;196:21;
198:16;202:10;208:7,16;
211:22;223:10;242:11,12;
273:21
decisions (3)
9:16,18;79:1
deck (1)
40:7
declare (1)
83:10
declared (1)
23:24
decrease (1)
205:20
deep (1)
254:10
defect (16)
56:24;119:11,16,22;
157:2;159:4;167:8;170:22;
177:12;179:20,22;182:23;
265:23;291:20;292:2,23
defective (8)
80:23;81:13;176:1;242:4;
291:9,21;292:6,17
defects (3)
179:14;182:17;189:22
Defendant (6)
11:5,8,9;56:2;58:14;
213:16
defense (3)
7:22;55:17;187:21
define (3)
127:23;270:20;292:24
defined (2)
125:12;161:10
defines (1)
278:11
definition (3)
139:18;150:19;161:13
deform (1)
98:11
deformed (3)
109:24;292:11,22
degree (6)
149:22;150:3,5,7;242:22;
245:8
degrees (2)
98:12;242:21
deLuca (1)
12:15
Deluxe (5)

16:1;20:24;21:5,19;41:11
**denominator (1)**
217:8
**depend (2)**
216:10;227:6
**depended (2)**
136:9;290:4
**dependent (1)**
78:21
**depending (4)**
19:10;159:2;211:1;265:19
**depends (29)**
13:19,23;24:4,16,18;25:4,
10,19;27:22;88:3,9;115:16,
17,18;151:13,21;152:7;
153:17;180:5;181:8;189:8;
209:22;211:19;215:17;
219:18;225:12,15;227:5,7
**depict (3)**
71:14;195:19;259:22
**depicted (2)**
178:21;261:8
**depicting (1)**
67:21
**deposed (1)**
5:22
**deposition (16)**
5:24;8:12;70:13;71:12;
117:6;130:4,11,15;140:21,
22;148:19;213:3;263:22,23;
275:6;293:20
**describe (2)**
9:3;291:22
**description (3)**
147:12;253:23;256:1
**design (153)**
10:2;24:15,20,24;25:7,13,
15,18;26:22;27:1,10,12;
33:4;37:5;44:7,22,23,24;
75:1;78:13,19,22;79:1,5,5,
11,13,16,19;80:17,19,20;
81:6,12;82:1,9,16,19;83:8,
11,20;84:7,8,10,13,14;85:5,
12,18,20,22;86:3,6,10,19,22,
23;87:8,12,13;88:2,11,17,
20,22;89:1,5,8,19;90:6,8,11,
16;91:18,22,23;92:2,7,15,
20;94:1,11;95:18,21,24;
96:4,6;97:7,8,18,19,23;98:1,
22;99:9;100:6;110:24;
111:4;119:11,13,16,22;
141:22;157:1,14,18,20,22;
158:2;159:4,15,20;167:8;
170:21,24;178:18;179:13;
180:19,20;181:20;183:9;
189:24;192:5,6,15,16;
193:17;196:14,15;199:19;
203:23,24;205:6;207:15;
208:3;230:4;232:1;234:24;
240:11;269:19;270:13;
272:11;275:7,23;276:4,5;
277:8;283:1;286:16,18;
288:15;292:12,23

**designated (1)**
258:11
**designations (1)**
112:12
**designed (20)**
26:2,3;27:2;81:3;83:16,
17,18,24;85:1,2,16;88:15;
92:21;233:19,20,23;265:8,9;
271:9;290:19
**designers (1)**
10:1
**designing (2)**
109:4;232:19
**designs (2)**
87:2;90:14
**detent (5)**
136:4;268:4,7,22;269:2
**D-E-T-E-N-T (1)**
269:8
**deteriorate (1)**
265:6
**determination (2)**
206:11;213:7
**determinations (2)**
213:15,21
**determine (34)**
17:19;18:15;72:24;73:7;
89:15;98:14,17,21;119:22;
163:9,10;182:16;183:10;
189:21;191:2,10,15,21;
192:12;194:8;195:18;
196:19;199:11;200:6,18;
201:17;203:12;204:5,12;
206:23;208:6;209:5;211:1;
214:19
**determined (5)**
196:24;212:10;213:5,6,8
**determining (1)**
199:14
**detrimental (2)**
190:22;198:13
**Deuce (2)**
20:5;21:1
**develop (1)**
278:19
**developing (2)**
204:10;232:20
**development (2)**
37:5;75:1
**device (1)**
236:11
**differ (1)**
282:16
**difference (7)**
138:7,15;150:15;172:4;
174:13;257:14;290:17
**different (59)**
9:8;21:22;28:22;31:2,7;
32:1;67:20;69:1;82:17;83:7;
85:5;88:20,22;98:11;102:9,
20;106:10;111:10,13;112:4;
119:3,5;124:9;125:7,7;
138:13;139:2;148:5;154:11;

161:16,19;164:6;169:24;
181:14,18;193:4;206:6;
207:21;208:3,18;211:10,14,
17,19;219:2,13;221:15;
256:12,13,13,24;259:15;
262:6;272:12;277:14,15;
279:1;280:21;282:10
**differently (6)**
83:17,24;85:1,3;88:16;
208:2
**dipstick (14)**
68:15;93:15,20;95:22;
98:14;261:7;286:19,20;
288:5,8,18;289:4,14,18
**dipsticks (3)**
94:22;269:22;270:8
**direct (5)**
55:19;126:14,20;128:21;
135:17
**directions (1)**
65:1
**directive (1)**
236:9
**directly (5)**
68:7;124:14;132:5;
220:17;259:4
**director (1)**
36:14
**dirt (3)**
15:15;22:3,19
**disadvantage (1)**
70:23
**disadvantages (3)**
289:13;290:1,6
**disagree (5)**
84:3,13;184:4;194:11;
220:20
**disconnect (1)**
82:6
**discontinued (1)**
111:7
**discovery (2)**
65:21;72:20
**discuss (2)**
69:7;72:17
**discussed (1)**
178:16
**discusses (2)**
231:19;232:4
**discussing (1)**
221:7
**discussion (3)**
78:3;174:18;195:3
**discussions (2)**
110:2;291:8
**disk (5)**
101:23,24;102:13;103:8;
236:22
**displays (4)**
24:23;25:3,7,8
**disregard (3)**
140:14;242:12;243:10
**dissertation (1)**

200:24
**distill (1)**
208:5
**distinct (1)**
125:6
**distinction (1)**
97:3
**distracted (11)**
19:13,16;227:20;229:10,
14;237:8;269:14,18;285:21;
286:7,10
**distraction (6)**
237:5,9;282:23,24;283:6;
285:2
**distributor (1)**
257:11
**District (2)**
55:9,12
**document (2)**
110:22;113:7,9;114:3
**documents (1)**
103:20
**done (36)**
6:21,23;7:2,2,4;12:18;
28:15,18,20;33:16;63:3,7;
71:15;94:17;153:24;160:22;
167:20;171:4;189:11;192:7;
194:7;195:23;196:5;205:5,
6,18;206:16,18;207:12;
225:14;232:7,10,11;239:17;
242:14;293:15
**door (2)**
228:7,21
**doors (1)**
228:23
**doubt (9)**
84:1;137:5;140:2;243:8;
245:2,4,5;246:23,24
**Down (29)**
49:2;66:14;71:21;80:2;
105:22,23;119:8,10;121:12,
21;126:23;136:3;143:24;
154:6;155:8;192:20;200:8;
202:4;205:16;222:19;
226:20;257:22;260:11;
268:4,22;269:17;276:15;
278:3,5
**downloaded (1)**
66:7
**dozen (1)**
55:3
**dozens (2)**
202:23,23
**Dr (1)**
144:14
**draw (1)**
190:23
**drinking (3)**
153:23;156:21,23
**drip (2)**
289:6,8
**dripping (3)**
288:9;289:1,23

Yazdani vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

**drips (1)**
289:2
**drive (11)**
51:14;66:21;67:3;102:19;
103:13,24;113:14;129:23;
218:11;234:5;284:4
**driven (1)**
218:8
**driver (5)**
233:23,23;234:3,11,12
**drivers (1)**
233:14
**driving (1)**
114:12
**dropping (2)**
59:16;136:3
**drove (2)**
215:24;216:19
**drug (1)**
30:13
**dryer (7)**
44:6;8;50:18,23,24;52:23;
53:1
**due (8)**
82:1;93:24;94:1,10;99:16;
110:3;111:17;276:10
**duly (1)**
5:15
**during (8)**
37:16,16,19;196:14;
251:13,19;270:18,19
**Durkin (3)**
46:8;47:8,21

**E**

**earlier (11)**
104:4,7;147:3;154:18;
174:18;189:20;194:15;
196:22;206:5;259:18;275:6
**early (1)**
90:2
**easier (2)**
269:21,24
**easiest (1)**
212:17
**easily (2)**
122:10;154:23
**easy (5)**
10:3;159:13,14,20;176:16
**eat (2)**
149:10;281:15
**edited (1)**
215:5
**Edition (1)**
199:6
**education (6)**
24:9;34:2,19;66:3;73:6;
208:24
**effect (5)**
84:18;190:22;198:14;
239:2,20
**effective (5)**

14:21;62:16;203:19;
223:2;232:21
**effectively (1)**
52:2
**effectiveness (9)**
43:18;214:12;232:5,8,12;
235:1,8,22;236:3
**efficiency (1)**
272:2
**efficient (1)**
10:4
**eg (1)**
169:18
**either (16)**
42:3;54:12;55:6;77:9;
97:11;102:6;109:21;110:4;
116:11,13;136:14;141:4;
146:10;220:16;237:2;
245:24
**electrical (3)**
16:14;60:7,9
**Electrolux (3)**
44:1;50:15;52:20
**elements (1)**
265:10
**elevated (2)**
168:24;173:13
**eliminate (10)**
79:19;87:22;170:23;
183:9;192:15;205:5;230:4;
240:10;275:7;283:1
**eliminated (3)**
79:17;199:18,19
**eliminates (2)**
98:2,23
**Eliminating (3)**
157:22;196:14;275:23
**else (24)**
19:19,22,24;71:2;74:12;
77:18;88:13;94:2,14;98:13,
16,21;104:13,19;113:17;
211:8;252:1;254:22;255:5;
288:10;289:21,24;291:11;
293:4
**elsewhere (1)**
283:8
**E-Max (1)**
104:10
**embrace (1)**
215:1
**Emily (1)**
48:16
**emphasis (1)**
34:12
**emphasizing (3)**
199:22;200:1,3
**empirical (3)**
201:7;202:21;204:13
**employee (1)**
8:20
**encountered (1)**
179:11
**encourages (1)**

156:5
**encouraging (1)**
238:17
**end (8)**
64:14;185:10;192:18;
264:13;266:19;275:16;
277:22;286:4
**engine (97)**
16:18;18:3,4,6,8;27:2,3;
67:22;80:1;100:16;105:24;
106:4,14,16,18;109:19,21;
110:5;111:17;122:14,17;
125:9;126:13,17,17;127:24;
128:9,15,19;129:4;131:20;
132:3,6,9,16;133:8,12;
134:3,4,7,10;135:3;136:2,
10,17;137:9,11,15;138:10;
139:20;140:12;155:10;
156:9;164:18;166:13,23;
169:1;240:17;251:18;254:4,
7,14,17;256:5,13;257:16;
260:23;267:6,21,23;268:14,
19;270:14,17;271:23;272:9;
278:14,16,18,21;284:2,15,
17;286:15,22;287:11,13,14;
289:1,3,6;290:3,11,19;
292:17,20,21
**engineer (2)**
74:24;84:20
**Engineering (1)**
75:24
**engineers (3)**
10:1;157:20;159:18
**engines (7)**
67:18,18;129:7;253:24;
256:9;270:4,11
**enough (6)**
83:23;126:18;136:15;
185:7;199:23;241:1
**Enrique (1)**
39:4
**ensure (1)**
214:12
**enthusiast (5)**
251:7;252:4;278:9,11,12
**enthusiasts (2)**
252:20;264:6
**entire (10)**
61:1;66:20,22;102:12,16;
103:6,8;123:4;133:15;
146:18
**entirely (1)**
148:5
**entitled (1)**
251:5
**environment (3)**
9:15;264:16;270:9
**environments (1)**
9:9
**equipment (4)**
35:5,7;115:20;271:12
**ergonomic (2)**
84:20;86:15

**ergonomics (3)**
9:6;188:3;236:19
**ergonomist (1)**
97:24
**Erin (1)**
74:22
**Ernesto (1)**
39:4
**error (1)**
138:22
**escape (4)**
100:15;132:21;169:1;
278:24
**especially (1)**
271:14
**essence (1)**
203:10
**essential (1)**
261:20
**essentially (1)**
251:15
**establish (2)**
81:20,24
**established (2)**
81:16;263:20
**establishing (2)**
81:16,23
**E-Star (3)**
104:10,10,11
**estate (2)**
47:24;265:17
**et (7)**
39:1;43:18;45:7;46:9;
48:6;67:18;275:12
**etc (1)**
122:12
**evaluate (4)**
38:2;210:24;211:2,24
**evaluation (4)**
207:5;211:6;233:7;235:7
**even (13)**
132:7;137:19;143:4;
161:18;188:5;203:21;
222:22;230:16;251:20;
253:8;272:18;273:18;
282:18
**event (6)**
58:9;81:19;172:15,18;
248:3;249:24
**Eventually (2)**
247:2;253:3
**everybody (2)**
84:9;159:1
**everyone (1)**
274:17
**evidence (1)**
146:10
**evident (1)**
124:11
**exact (1)**
68:17
**exactly (6)**
49:15;125:24;138:12;

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

148:4;179:3;238:11
**EXAMINATION (1)**
5:19
**examined (1)**
5:16
**example (36)**
9:21;21:18;34:10;37:24;
60:6;64:5,24;65:5;67:12;
68:9;72:15;73:2,18;79:4;
98:10;101:11;104:3;109:18;
122:11;125:16;152:11;
153:21;163:18;164:1;
168:14,23;173:6;205:12,14;
206:4;218:1;233:2;236:6;
253:2;259:3;291:2
**examples (3)**
101:7;236:5;252:24
**except (6)**
5:10;62:6;69:16;123:5;
242:14;270:18
**exception (1)**
276:14
**exclamation (2)**
133:10;135:5
**excuse (11)**
65:11;81:15;92:13;
134:19;146:2;147:21;
153:22;184:12;248:9,17;
283:17
**execute (1)**
38:2
**exemplar (1)**
74:1
**exhaust (21)**
109:21;110:4,5;111:21;
112:1;122:13;124:5,11,16,
20,21;125:2;128:12;132:24;
154:20;155:1;169:2;193:3;
281:15;289:8,10
**exhaustive (1)**
215:13
**Exhibit (29)**
120:12,16;131:7;222:3,5,
10,11,12,13;223:19;250:18;
252:14,18;253:14;255:14;
257:2,4,8;258:4,6,18;259:7,
13,13;260:7;261:12;262:10,
16,20
**Exhibits (4)**
73:23;120:19;222:9;
256:16
**exist (8)**
83:19;85:18;86:4;92:1,9,
10;286:19;292:3
**existence (2)**
237:23;239:18
**exists (3)**
82:13;92:2;98:2
**expanded (1)**
28:4
**expect (5)**
126:21;154:3;163:15;
193:7;231:13

**expectancies (1)**
9:17
**expectation (1)**
31:2
**expected (3)**
124:17;274:8,18
**experience (13)**
24:8;66:3;73:6;75:7,7;
100:8;138:18,19;207:13;
209:1;210:2;215:19;232:19
**experiences (6)**
9:17;75:4,5;135:19;
139:12;146:19
**expert (44)**
7:22;23:10,13,19,20;24:1,
5,9,14,20,24;25:6,11,17,24;
26:22;27:1,4;28:8;55:21;
56:3;58:11,13;74:17;78:14;
80:22;82:22;83:11,22;84:7,
20;86:6,15;87:9;88:2,6;
97:24;197:20;215:3;244:4;
283:15;284:13;285:8,23
**expertise (6)**
27:11;28:7;78:13;83:23;
191:5;212:14
**experts (7)**
24:1;40:11;82:12;91:20;
155:18;157:9,13
**experts' (1)**
28:5
**explain (11)**
77:12;131:23;142:7;
162:13;163:12;233:15;
252:18;257:8;263:9;273:8;
290:21
**explains (1)**
252:5
**explanation (13)**
108:21;161:5;168:22;
171:10;173:12;174:10;
175:5;183:21;185:10;
251:11;266:3,4;290:24
**explicit (11)**
105:12,18,19;107:21;
108:2,8;109:6;126:9;
129:16;139:10;166:21
**explicitly (1)**
106:19
**explore (1)**
87:16
**exposed (3)**
230:15;274:18;292:22
**express (3)**
70:11;186:14;293:7
**expressed (1)**
148:7
**extended (7)**
99:13;268:20;271:11,16,
18;281:4,14
**extent (1)**
93:7
**exterior (1)**
16:7

**external (1)**
254:9
**Extra (2)**
67:6,7
**extract (1)**
150:17
**eye (2)**
38:1;195:10

---

**F**

---

**F800 (3)**
68:15;69:18;261:3
**fact (25)**
17:13;27:17;81:17;94:4;
109:17;119:10,17;127:9;
130:9,15;140:15;141:7;
145:2;155:22;194:20;
195:20,20;200:13;232:13,
22;237:7;244:17;278:20,22;
284:24
**factors (20)**
9:1,4,5,11;28:19;54:11;
157:9,13,17;159:12,18;
191:4;194:1;200:12;202:10;
203:2;212:3;214:4,18;228:4
**factory (1)**
254:14
**fail (20)**
93:6,15,17;94:5;95:7,11;
100:15;111:17;119:18;
127:10,15;132:20;169:1;
173:14;272:13;278:23;
279:6;286:21;287:17,23
**failed (9)**
44:15;73:11;81:18;89:23;
112:24;176:2;224:2;248:8,
21
**failing (5)**
112:18;124:10;275:13;
276:22;282:4
**Failure (22)**
18:7;25:23;42:7;44:5,24;
50:20,21;52:1;112:20;
127:5;177:12;180:22;225:5;
244:16;246:19;247:13,16,
23;248:10,24;249:3;282:11
**failures (1)**
110:13
**fair (3)**
141:9;185:7;241:1
**fairing (14)**
68:12;109:20,22;110:3,8,
9,10;111:3,19,24;112:4;
281:16;282:1,7
**fairings (2)**
112:14;281:23
**fairly (5)**
60:8;71:14;124:11;293:6,
11
**fall (3)**
40:6;49:21;50:2
**false (1)**

**285:18,19;286:18**
**familiarity (1)**
236:8
**Family (1)**
44:10
**fan (4)**
79:23;171:1;253:7;271:9
**far (3)**
65:21,23;222:9
**Farms (2)**
39:5;40:22
**farther (1)**
204:9
**fashion (4)**
85:16;150:21;156:5;
160:12
**Fashions (1)**
49:12
**fault (1)**
165:2
**FDA (1)**
63:22
**fearful (1)**
188:7
**feasibility (1)**
233:6
**feasible (5)**
89:13,17;98:2;284:9;
285:12
**feature (2)**
203:13;286:23
**features (11)**
90:22;149:20;150:1,6;
159:8;164:7;247:16,23;
248:11;264:7;274:20
**February (1)**
49:20
**Federal (3)**
54:23;227:8,10
**feedback (1)**
77:13
**feel (13)**
26:9,14,16;27:12;87:17;
143:19;150:24;195:21;
206:21;216:8,14;218:21,22
**feet (1)**
265:17
**fell (1)**
54:9
**felt (2)**
56:1;284:13
**few (2)**
80:15;211:21
**fiber (1)**
45:12
**fidelities (1)**
211:17
**field (6)**
9:24;54:10,18;56:12;
212:14;277:6
**fifth (1)**
153:5
**fight (1)**

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

91:20

**figure (5)**
17:18;180:11;192:8,9;
219:13

**file (5)**
66:20,22;70:6;72:6,14

**filed (2)**
56:16;58:6

**filing (1)**
5:9

**filling (1)**
61:19

**filter (1)**
255:3

**find (9)**
32:10;100:21;101:8;
165:12;177:20;181:18;
205:18;235:11;244:10

**finding (4)**
101:7;224:1;286:13;287:3

**findings (1)**
286:13

**fine (2)**
223:11;224:19

**finish (3)**
26:7;79:10;96:11

**finished (4)**
114:4;127:20;133:4;
223:13

**fire (130)**
17:11;31:18,23;44:7;46:3;
50:23,24;52:24;53:1;76:21;
79:15;80:17;81:4;84:15;
86:22;91:24;92:17,22;93:6;
94:6,10;99:12,16;100:16;
101:17;106:2,9;108:21;
110:7;112:17,20,20,22;
114:19;115:5;116:17;122:1,
16;124:4,9,12,18;126:5,8;
127:10,14;130:12,14,20,24;
131:19,22,24;132:21,23;
133:9;135:5,7;138:11;
139:22;140:23;141:15,21;
142:3,8,18,24;143:3;145:22;
147:18;151:12;154:15,19;
156:10;164:20;165:20,20;
166:12,22;167:7;168:22;
177:14;178:24;180:22;
181:12;193:16;221:7;
229:24;238:23;240:7,17;
244:19,21;246:20;247:19;
248:2,12;249:1,4;266:8,16,
18;267:1;270:10,24;272:12,
13;273:23;274:21;276:10;
278:24;279:6,14;281:3,8,12,
13,17,20,21,24;282:8,17;
286:22;287:14,17,21,23;
292:2;293:2

**fireplace (1)**
47:19

**fires (5)**
100:11;101:9;109:15;
112:13;125:22

**first (41)**
5:15;18:17;22:4,5;26:6;
27:14;30:7;32:16;43:10,24;
60:10;61:16,16;62:11;73:8;
86:18;90:15;91:13;100:9;
114:14;124:3;131:13;143:4;
144:13;148:23;157:23;
198:12;199:3;205:2,4;
207:23;226:13;229:17;
233:22,24;234:2;237:12;
238:4;243:3;286:12;289:2

**fit (1)**
202:21

**five (14)**
10:15;12:24;13:4;14:6,8;
129:13;137:17;140:8,11;
203:16;208:11,12;209:3,5

**five-minute (1)**
220:23

**fix (7)**
157:13,18,20;159:3;
170:21;181:20;269:18

**fixed (2)**
157:4;234:12

**fixes (1)**
98:15

**fixing (2)**
119:12;178:18

**flammable (2)**
122:10;154:23

**flash (5)**
102:19;103:13,24;113:14;
129:22

**flatbed (1)**
47:14

**Flores (1)**
49:20

**Florida (1)**
55:17

**flow (1)**
278:14

**flowing (1)**
165:17

**focus (3)**
187:22;188:5;211:16

**focused (2)**
273:11;283:8

**folks (1)**
82:12

**follow (13)**
37:15;107:4;133:24;
172:16;185:11;197:4;
214:24;230:1,8,19;269:13;
275:4;276:2

**followed (4)**
230:11;231:3;237:15,18

**following (2)**
175:5;275:21

**follows (1)**
5:17

**follow-up (1)**
263:13

**food (1)**

45:15

**foremost (1)**
86:18

**Forensic (5)**
6:6;7:3;8:17,21;72:3

**forensics (1)**
10:7

**foresee (2)**
166:12,21

**foreseeable (10)**
119:19;155:20;158:15;
164:22;268:13,17;271:19,
20;292:22,24

**forewarning (2)**
31:20,21

**forget (6)**
80:21;114:3;115:10;
127:12;160:5;229:10

**forgets (1)**
274:6

**forgetting (2)**
117:18;249:22

**forgot (9)**
116:13;117:18;142:23;
147:8;227:20;237:8;238:13;
249:10;268:3

**form (5)**
5:11;123:9;161:14,16;
275:19

**format (5)**
30:9;63:24;103:10;
226:23,24

**formatted (1)**
128:13

**formatting (2)**
33:12;226:4

**forth (3)**
9:23;25:22;111:14

**Forty (1)**
23:8

**found (4)**
41:21;57:12;187:12;
257:19

**Foundation (3)**
33:20,23;34:3

**fountain (1)**
289:19

**four (12)**
23:8;28:3,8;153:13;
203:16;223:16;226:19,21;
251:2;252:8;257:24;258:1

**four-lane (1)**
41:13

**four-page (1)**
260:7

**frailty (1)**
283:4

**frame (1)**
54:22

**frankly (2)**
86:12;183:19

**free (1)**
34:4

**frequency (1)**
274:3

**friend (1)**
74:16

**friends (2)**
76:18;77:4

**friend's (1)**
134:22

**front (11)**
21:20;64:24;68:12;
111:13,19,24;112:5;123:6;
153:11;216:22;279:12

**fuel (2)**
68:11;256:8

**full (6)**
7:15;28:7;96:20;104:8;
268:19,23

**fully (2)**
142:6;243:5

**functioning (1)**
278:2

**further (5)**
64:22;171:9,12;241:5,10

**fuzzy (1)**
228:1

## G

**gain (1)**
158:10

**gait (1)**
9:23

**gaps (1)**
61:20

**garage (13)**
16:24;164:4;227:23;
228:7,8,11,15,19,20,22;
237:17,20;249:23

**gas (12)**
47:19;205:14,23,24;
206:12;207:22;208:1,4,8,18;
222:20;259:2

**gasket (1)**
194:18

**gasoline (1)**
195:13

**gauge (1)**
283:23

**gave (9)**
23:17;30:3;38:5;101:18;
138:20;215:21;219:22;
222:9;246:19

**Gear (1)**
49:12

**gears (1)**
218:6

**general (16)**
32:6;47:2;58:22;77:15,17;
90:19;100:18;186:15,16,17;
212:7;256:16,19;270:16;
271:13;281:10

**generalities (2)**
75:8;263:23

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

**generalization (2)**
264:19,22

**generalized (2)**
69:14;264:10

**generally (8)**
25:7;29:9,11;31:1;59:5;
150:24;163:13;194:4

**generate (2)**
85:23;87:2

**generated (2)**
84:8,10

**generates (1)**
85:21

**generation (1)**
87:12

**generically (2)**
47:20;186:4

**gentleman (1)**
187:21

**German (1)**
138:23

**gets (10)**
64:17;97:23;116:22;
124:12;155:2;200:8;216:13;
218:7;274:1,17

**given (10)**
32:6;86:9;89:7;90:14;
158:2;172:9;190:20;205:8;
263:20;274:4

**gives (8)**
202:9;244:18;247:18;
248:2,24;249:24;253:23;
255:24

**giving (8)**
25:22;56:20;131:23;
209:15;210:10;214:2;
256:11;257:13

**glass (68)**
27:7;52:10;67:21,24;
68:18;80:24;81:17;92:5,21;
93:5,13,14,16,17;94:5;95:1,
4,6,8,11,14,22;98:11,15;
109:24;110:13,16,19;
111:16;112:17,19,20,24;
119:18;124:10;127:5,9,15;
132:20;168:24;173:14;
180:22;193:18;259:23;
260:3,22;269:21,24;270:2;
272:13;276:21;278:23;
279:6;282:4,11;286:16;
287:16,23;288:4,4,20;290:2;
291:10,14,15;292:6,13,16

**glasses (3)**
75:6;88:6,7

**gluggy (1)**
256:7

**goal (1)**
159:18

**God (2)**
58:2,10

**goes (8)**
39:17;73:10;86:19;93:9;
192:23,23;268:7;273:10

**golf (5)**
51:9,10,11,15;52:7

**good (12)**
45:22;152:15;153:21;
158:21,22;215:7;216:4;
232:9;254:15,19;256:4;
270:11

**grab (1)**
283:7

**graduate (1)**
33:17;62:2

**granted (1)**
58:7

**grass (1)**
122:11

**great (1)**
167:16

**greater (1)**
153:9

**green (1)**
41:13

**ground (1)**
183:19

**group (1)**
211:16

**GS (5)**
68:15;69:18;112:16;
261:3;283:20

**guard (5)**
157:24;205:6;275:8,24;
276:5

**guarded (1)**
199:20

**guarding (3)**
79:22;80:4;81:7

**guards (1)**
196:15

**guess (7)**
12:2;16:13,13;49:18;75:1;
174:5;225:16

**guide (1)**
21:8

**guided (1)**
210:2

**guideline (4)**
196:13;197:21;198:22;
208:11

**guidelines (16)**
191:14;196:8,10;198:24;
199:1,14;201:13;202:14,22;
207:14;212:2,12;214:4,24;
224:3,5

**guiltless (2)**
85:24;86:2

**gun (1)**
249:8

**guy (2)**
188:4;253:6

**guys (2)**
156:18;203:3

---

**H**

**half (4)**
118:18;126:1;251:8;
265:15

**halfway (1)**
260:3

**hallway (1)**
211:15

**hand (2)**
219:3;255:9

**Handbook (2)**
214:8;215:4

**handlebar (1)**
137:14

**handlebars (3)**
21:19;218:4;222:21

**hands-on (1)**
203:19

**happen (4)**
131:1;238:9,9,10

**happened (3)**
72:24;73:1;140:23

**happening (1)**
125:23

**happens (2)**
192:19;249:12

**happy (6)**
8:12;25:21;38:20;84:11;
203:4;223:4

**hard (6)**
67:1,5,6;103:11;210:10;
220:10

**hardy (1)**
265:10

**Harley (4)**
22:5,6;100:4;101:19

**Harley-Davidson (22)**
15:24;18:12,24;20:4;
41:10;69:1;92:10;102:14;
103:9,10;137:12;182:20,22;
183:1,5;184:16;188:11,15;
267:7,12,15;286:20

**Harley-Davidsons (3)**
218:13;252:23;270:7

**Harleys (2)**
22:11;289:5

**harness (4)**
50:3;111:19;127:16;169:3

**hay (1)**
122:11

**hazard (106)**
31:18,19;44:7;46:3;58:1;
76:21;79:6;80:17;81:4,24;
82:9,13,20;83:4,8,19;84:1,8,
10,16,22;85:3,10,11,17,21,
23;86:3,17,24;87:2,12;
88:16,18,24;89:6,7,10,19;
90:17,23;91:4,24;92:8,17,
22;93:12;97:11,16,17;98:3,
23;100:5;101:17;108:5;
116:24;118:12;127:4;
131:17,22;141:22;142:19;
143:3;147:18;166:12,22;
167:8;168:2,6;170:24;

**half (4)**
172:13;177:14;180:12,14;
183:6;193:5,17;194:3;
206:16;213:11;229:21;
230:14;231:16,24;242:10;
244:22;266:8;272:19;273:5,
7,20;274:10;275:15;276:16;
277:7;278:7;280:5;281:3,7,
8,9,20,21;282:13,15;291:13

**hazardous (1)**
79:14

**hazards (19)**
60:13;100:2;159:16;
180:19;183:8;192:9,12,19,
20;196:12;199:10,20,21,21,
21;200:14;208:1;282:9;
283:1

**head (1)**
69:5

**header (2)**
226:24;227:1

**headers (1)**
169:2

**headlight (2)**
42:24;164:2

**headlights (1)**
164:3

**hear (5)**
9:14;145:10;161:9;
181:24;192:5

**heard (3)**
143:22,23;182:1

**heat (8)**
111:20;129:3;169:2;
268:19;278:17,18;284:15,16

**heating (1)**
109:19

**heat-related (1)**
254:21

**heck (1)**
138:17

**Hector (1)**
39:4

**hedge (1)**
200:12

**heed (1)**
275:4

**HEINOLD (131)**
5:3,21;6:13,16;28:10;
32:24;40:13,17;58:5;67:10;
70:15,21,24;76:10;77:2;
78:6;82:3,23;83:2;84:12;
85:4;86:5,8;87:7,24;91:16;
96:11,14,19,23;97:1;99:7;
103:16,22;104:20,23;120:9,
15,22;121:9,11;123:18;
142:10;143:11,21;144:3,20;
145:6,11,16,19;149:11,17;
161:12,19,24;162:3,16;
170:6,13;174:23;175:8,11;
183:16,22;184:12,20,24;
185:4,8,9,15,21;186:1,7,11,
16,18,23;187:2,15,19;
188:16,20;195:6;200:2;

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

204:24;207:8;219:23;220:6,
19,24;221:5;222:2,8,15;
223:22;225:15,21;228:5;
232:23;236:2;240:23;241:2;
242:2,6;246:5,11,14;250:2,
10,15,21;252:11,17;253:11,
17;255:17;257:1;258:3,9,16,
20;261:15;262:3,13,19,22;
263:1;271:2;293:15

**held (2)**
78:3;195:3

**helmet (6)**
38:1;42:1;152:12,15;
193:12;195:10

**help (4)**
127:23;145:8;149:10;
234:5

**helpful (1)**
220:17

**helping (1)**
128:4

**hence (2)**
104:19;115:12

**hereby (1)**
5:6

**here's (9)**
68:9;83:4;92:18;97:12;
153:21;198:24;209:9,20;
277:21

**heuristic (3)**
207:5,7;211:6

**hey (3)**
163:2;165:3,9

**hierarchy (6)**
79:4;192:14;275:18,22;
276:2,3

**high (15)**
11:15;124:4;126:15;
132:9;134:7,9;137:23;
140:12;154:19;233:7;
267:22;268:2,5,8;277:14

**high-engine (2)**
132:12,15

**higher (4)**
61:6;109:18;127:3;277:10

**highest (2)**
274:16;276:16

**Higinbotham (1)**
74:22

**himself (1)**
84:5

**hire (1)**
203:2

**hired (1)**
249:8

**history (2)**
270:5,12

**hit (1)**
56:24

**hold (12)**
36:13;126:16;129:2,5;
132:13,16;134:4,9;137:3;
189:10,12;244:20

**holding (2)**
126:22;136:2

**Home (6)**
50:15;66:24;114:12,13;
216:19;218:15

**hope (1)**
167:3

**hoped (1)**
217:4

**hoping (1)**
41:23

**horrible (1)**
86:1

**hot (17)**
80:3;95:8;100:15;122:13;
124:12,16,21;125:1,2;
132:21;155:2;169:1;270:9;
278:23;286:21;289:11;
292:10

**hour (2)**
24:13;126:1

**hours (1)**
137:4

**house (10)**
227:24;228:8,12,16;
229:12;249:23;269:16;
276:15;278:3,5

**housekeeping (2)**
106:22;120:7

**Hughes (2)**
98:5;103:1

**Hughes' (1)**
113:12

**Human (15)**
9:1,3,5,11,23;54:11;157:9,
13,17;159:12,18;191:4;
203:2;249:3;283:3

**hundred (5)**
49:10;83:3;216:1,21;
228:14

**hurt (2)**
269:17;277:13

**hypothesis (3)**
72:18;73:7;210:7

**hypothetical (2)**
207:19;240:4

## I

**IBM (7)**
157:19;191:20;233:7;
234:20,22;235:11,15

**icon (4)**
226:7,9,12,23

**IDA (1)**
49:2

**idea (4)**
139:14;216:5,15;256:11

**Ideascan (1)**
235:5

**identification (12)**
120:13,20;222:6;223:20;
250:19;252:15;253:15;

255:15;257:5;258:7;261:13;
262:11

**identified (3)**
97:4;100:5;152:23

**identify (6)**
29:22;47:6;97:16;100:2;
223:5;224:4

**idle (42)**
16:20,23;17:16;18:1,19,
21;19:1,7,8,8;76:24;106:7,
12;109:18;122:14;124:23;
125:3,10;127:10,14,18,24;
128:9;130:7,19;155:10;
179:1;180:23;181:12;240:8;
256:2;267:22;268:2,4,8;
271:11;274:21;277:24;
284:14;286:11;287:22

**idled (1)**
18:11

**idling (12)**
76:22;84:15;93:4;99:12;
100:12;109:17;135:6;
237:16;238:22;247:18;
248:1;270:8

**ignite (5)**
100:16;111:20;127:16;
169:2;278:24

**igniting (5)**
109:20,23;110:3;111:3;
281:16

**ignition (3)**
110:9,10;282:15

**IIHS (1)**
261:19

**illustration (5)**
169:11;171:5;172:19;
173:2,6

**imagination (1)**
207:20

**immediately (14)**
94:11;106:3,16,18;
122:16;126:13;127:23;
128:15,19;129:8;132:3,18;
267:13;280:7

**impacted (2)**
286:5,6

**impart (1)**
167:23

**imparted (3)**
118:3;167:21;206:20

**implemented (1)**
234:23

**important (32)**
34:6;61:19;115:7,14;
116:5,7;117:3,8;135:11;
141:17,19,24;142:4,9;
144:10;147:14;148:8,12;
152:22;154:9,14;156:4;
165:1;169:24;170:8,14;
179:24;194:2;202:9;217:14;
221:8,10

**importantly (1)**
10:4

**impossible (1)**
86:20

**impractical (1)**
284:9

**improve (1)**
33:24

**inaccuracies (1)**
263:6

**inadequate (27)**
80:11;81:10;119:14;
123:21,22,23,24;127:2;
130:22,23;131:10;149:4,5,7;
155:23;156:5;160:10,11,12;
162:15,18,20,23;163:13;
208:20;245:13;273:13

**inadequately (1)**
155:22

**Inadvertent (1)**
52:6

**inappropriate (9)**
80:10;81:10;149:7;157:2;
158:3;208:20;213:13;277:5;
279:24

**incident (19)**
17:2;52:4;67:24;68:19;
73:24;94:7;111:7,11;112:8;
119:1;147:19;149:2;213:12;
237:23;239:2,20;251:16;
269:11;273:14

**incidents (1)**
280:3

**inclination (1)**
207:23

**include (7)**
69:22;108:11;171:12;
278:17;279:11;280:10;
284:14

**included (2)**
165:19;194:21

**including (7)**
27:5;113:20;193:19;
267:7;283:22;286:15,20

**income (1)**
10:18

**inconsistent (7)**
132:11;135:13;138:18,19,
21;193:21,22

**Incorporated (5)**
39:1;46:9;47:9,17;51:6

**incorrect (5)**
201:20;208:17;214:9;
218:23;285:17

**increased (2)**
106:7,12

**increases (2)**
168:23;173:13

**increasing (3)**
110:7;172:14,15

**Indemnity (1)**
45:6

**indented (1)**
107:6

**independent (1)**

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

288:14
**indicate (2)**
231:8;284:1
**indicates (2)**
223:7;287:11
**indicating (6)**
66:23;223:12;255:11;
260:16,19;271:6
**indicator (7)**
283:17;284:10,14,16,17;
285:23;286:2
**individual (4)**
190:15;198:14;210:3;
275:4
**individually (2)**
198:17;201:18
**individual's (1)**
190:22
**Industries (1)**
53:7
**Industry (9)**
199:5;224:3,5;267:9;
272:16;273:16;274:12;
275:12;287:6
**ineffective (1)**
180:10
**Inevitably (3)**
82:8;84:21;86:18
**infer (1)**
152:13
**influence (1)**
236:8
**inform (6)**
130:24;131:15;141:21;
143:3;216:11;266:7
**information (125)**
9:14,15;12:3;25:9;59:6;
60:6,15,23;61:2,4,14,16,18,
18;63:22;64:13,14,18,21,23;
69:13;72:24;74:14;75:9;
76:14;108:3,4,12,15,17;
110:19;115:7,12;116:18,21;
117:15;118:3,6;124:14,22;
125:5;127:1,8;130:22;
135:10;139:11;142:15;
143:15;149:4,6;150:18,22;
151:23;152:8,19,20,21;
153:15,19;155:6;156:4;
158:10,18;160:11;165:1;
167:6,20;171:12;172:1,6,10,
12;173:16;174:2;178:3,9,
23;179:10,11;180:4,16;
181:2,19;182:6,12,19;
184:19;185:18;186:3;187:9,
13;188:12;190:3;206:20;
207:2;208:10;210:21;
214:14,22;215:12,14,22;
216:12,24;217:14,17;226:2;
229:21;236:12,14;237:11;
242:13;245:12,13;256:17,
20;264:11;266:23;267:5;
273:12;275:1,19;279:17;
280:1;287:4

**informed (2)**
229:15;288:2
**inherent (1)**
90:17
**inherently (1)**
188:3
**inherit (1)**
89:1
**in-house (1)**
203:2
**initial (1)**
234:8
**injected (1)**
256:9
**injuries (1)**
280:4
**injury (7)**
193:19;200:8;274:14;
276:20;280:13,15,17
**inquiry (1)**
72:8
**insert (8)**
30:16;65:11;106:22;
107:13,16,24;108:3,22
**inserts (1)**
65:9
**insight (2)**
27:5;264:11
**inspected (1)**
73:19
**inspections (2)**
34:11;35:6
**install (3)**
233:21;234:3,10
**installed (6)**
45:13;124:7;233:13,14,
24;234:11
**instance (3)**
68:5;220:10;254:19
**instances (1)**
76:24
**instead (5)**
89:4;95:22;98:15;103:6;
119:12
**instruction (2)**
17:24;157:1
**instructional (1)**
25:9
**instructions (11)**
5:23;60:14;126:14;
128:17,22,24;179:9,23;
191:6;197:2;230:2
**insurance (8)**
11:11,19;12:3;44:11;
45:18;50:14;52:10,20
**insure (1)**
197:14
**insured (1)**
118:14
**integral (3)**
84:23;86:16;192:6
**intelligent (1)**
185:11

**intend (2)**
96:3;272:1
**intended (18)**
31:8;105:22;126:24;
143:8,8;146:13;170:20,22;
174:4;221:23;222:1;229:4;
245:14;268:15;272:17;
273:17;282:21;285:1
**intending (5)**
148:15,21;243:10;291:7;
293:7
**intends (1)**
31:11
**intent (3)**
19:20;20:1;283:9
**intention (4)**
31:4;59:23;227:14;237:18
**interact (1)**
9:7
**interested (12)**
9:10,12,19;73:18;103:12;
150:22,24;151:8;164:8;
201:3;203:13;216:24
**interesting (2)**
165:13;257:19
**interface (1)**
203:11
**interfere (2)**
190:12;208:9
**interference (5)**
191:11;198:11;201:15;
207:1;210:20
**interject (1)**
27:23
**internal (1)**
235:15
**interpret (1)**
129:17
**interpretation (7)**
30:15,22;125:21;126:10;
139:1,9;249:7
**interrupt (4)**
26:8;102:2;147:24;204:20
**interrupted (3)**
76:6;209:13,14
**interrupting (1)**
184:13
**into (31)**
27:5,20;41:11;56:8;60:7;
64:17;87:8;97:23;121:23;
122:12;137:20;147:6;
188:14;193:15;200:21;
206:3;219:12;227:24;228:8,
11,16;229:11;246:17;
249:23;253:10;264:6,11;
270:9;273:10;274:1,8
**introduced (3)**
286:18,23,24
**introduces (1)**
270:3
**intuitive (3)**
159:14,15,20
**intuitively (1)**

95:9
**investigate (4)**
248:10,13,18,20
**investigated (1)**
248:19
**investigating (1)**
75:17
**investigation (1)**
72:18
**involve (5)**
14:11;15:6;25:10;43:3;
110:12
**involved (25)**
14:22;15:1,12,13,16;
19:19,21,23;38:17;50:6,16;
51:8;52:3,22;53:8;77:8;
84:9;110:17,20;111:11;
112:19,22;254:1;262:8;
280:22
**involving (2)**
56:23;112:22
**irrelevant (8)**
64:19;117:10;118:8,19,
22,23;123:20;237:10
**isolated (1)**
188:9
**issue (67)**
8:11;14:11;15:19;24:16,
17,18;25:4;32:4;37:1;40:4;
41:3;42:6,7,21,22,23;43:2;
44:4;45:24;50:19;51:20,22;
56:1;59:5;63:4;72:16,22;
79:11,24;87:20;99:16;
100:8,10;108:5;109:11;
110:20;111:5;127:3;133:3;
172:13;177:17;178:24;
180:6,6,21;181:9,9,24;
182:1,11;186:3,19;187:11,
14;188:6;189:8;193:11;
196:3;205:20;225:1;234:12;
265:19;266:24;277:14;
280:5;281:12;287:8
**issued (4)**
7:6;14:24;15:2,4
**issues (24)**
24:19,22;25:5,17;28:22,
23;34:6;35:7;50:20,22;
74:14;79:7,9,22;86:6,9;
96:22,24;97:8;189:14;
279:1;280:22;282:22;285:1
**issuing (1)**
96:15
**item (3)**
17:10;166:2,7
**items (1)**
165:18
**iterations (1)**
12:23

**J**

**Jacqueline (1)**
49:2

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

**jams (1)**
270:22

**January (2)**
48:15;137:18

**Jay (1)**
47:17

**Jessica (2)**
46:8;47:8

**Jesus (1)**
49:20

**job (2)**
158:21,22

**John (1)**
48:16

**Journal (1)**
236:18

**Joyce (1)**
30:8

**JR (1)**
5:14

**Judge (12)**
54:3,8,18;55:18,24;56:17,
21;57:1,16;58:1,7;183:17

**July (5)**
39:9,13,16,21;40:22

**JumpKing (1)**
48:8

**June (3)**
39:17;40:16;52:9

**Jury (1)**
54:21

**Jury's (1)**
55:19

**justify (2)**
151:16,20

**K**

**Kawasaki (2)**
101:11,22

**keep (15)**
82:7;105:24;106:14;
147:24;209:15,17,19;
220:14;225:20;233:16;
253:8;268:5,5;269:1;279:20

**Kelvin (1)**
53:6

**Ken (6)**
70:16;82:3;145:7;183:16;
186:18;262:19

**Kevin (2)**
7:23,24

**key (1)**
199:22

**kickstand (6)**
67:23;95:3,7;260:2,21;
291:6

**kill (2)**
269:17;277:6

**killing (2)**
276:14;278:5

**kind (12)**
21:16;67:1;75:8;76:9;

**77:13,14,17;127:3;208:16;**
255:24;256:11;268:8

**kinds (2)**
139:3;191:12

**kit (3)**
79:23;271:9;272:3

**Kleiman (2)**
47:17;48:1

**knew (9)**
70:4;77:10;153:4;240:6;
243:18;244:11,12;254:1;
271:19

**knowing (1)**
250:1

**knowledge (19)**
7:16;24:8;57:15;61:19;
77:14;100:18;116:2;193:9,
23;200:9;207:13;210:3;
274:9,19;279:3,5;287:15,16;
288:14

**knowledgeable (1)**
264:7

**known (10)**
16:23;60:13,14,14;61:16;
85:23;91:10;151:9;155:7;
243:10

**knows (4)**
84:9;167:3;246:3;248:17

**Krystle (1)**
53:6

**L**

**label (30)**
63:12,16;64:11,22;107:1,
8,20;173:22;201:1;225:9;
236:10,11;237:24;239:19;
241:22;242:13;265:14,19;
266:15,17;275:5,19;279:11,
16,18,23;280:10,23;287:10,
20

**labeled (1)**
218:10

**labeling (3)**
30:9,13;32:23;63:24;
64:12;265:5

**labels (8)**
29:17;30:11;33:13;195:9;
197:2;204:16;210:19;225:4

**lack (2)**
96:7;147:7

**laid (1)**
27:19

**land (1)**
233:7

**language (9)**
105:10,20;107:1,7,12;
146:16,16;169:4,20

**lapse (1)**
22:4

**large (3)**
122:5,19;257:11

**larger (1)**

**122:20**

**last (19)**
40:12,16;55:3;82:24;83:6;
121:7;131:24;184:15;228:4;
233:5;235:13;256:15;260:8,
9;262:4,5;263:2;275:2;
276:13

**late (1)**
248:16

**later (11)**
8:15;26:11,19;60:11;
66:16,19;74:20;118:18;
218:19;246:3;270:15

**launch (1)**
200:21

**law (1)**
23:24

**lawyer (1)**
86:1

**lead (6)**
8:4;84:14;90:22;97:10;
100:15;193:18

**leads (2)**
139:2;157:3

**leak (1)**
112:23

**lean (1)**
254:19

**leaning (1)**
291:5

**learned (2)**
208:23;246:22

**least (11)**
12:13;17:7;19:8;81:8;
89:20;110:2;117:21;171:4;
218:17;246:3;251:19

**leave (28)**
18:1,19,20;19:20;30:16,
23;31:11,22;32:2;84:15;
88:12;89:8;91:19,21;98:13,
16;114:18;130:7,19;135:6;
138:8;139:8,23;172:2;
230:15;237:11;254:24;
272:4

**leaves (5)**
99:12;122:11;126:10;
139:1,12

**leaving (8)**
76:22,23;126:4;138:9;
179:1;268:10;273:23;
287:22

**led (2)**
86:21;109:11

**left (30)**
27:7;68:16;72:7;93:4;
95:2,7,16;100:12;119:18;
192:21;196:18;197:12;
237:16,20;260:21,23;261:7;
267:22;268:8,19;270:8;
290:8,10,22;291:5,11;292:9,
16,20,21

**leisurely (1)**
150:21

**length (2)**
156:17;157:10

**less (8)**
12:24;41:22;126:3;
159:17,17,18;233:18;278:4

**lesser (3)**
60:13,14,14

**letter (1)**
112:11

**letters (1)**
122:6

**letting (10)**
100:22;126:6;127:14;
133:1;229:23;240:7;277:24;
281:3,14;286:11

**level (8)**
127:3;168:24;173:13;
260:18;278:10,11,12;290:11

**levels (3)**
111:13;112:4;193:4

**levers (2)**
218:3;219:3

**LEVINE (89)**
5:4;6:11;12:16;27:23;
32:19;40:11;67:8;70:19;
77:24;82:5;83:1,13;84:19;
85:7;86:7,11;87:10;91:15;
96:1,13,18,21;103:14,18;
104:22;121:7;123:8,14;
143:19,22;144:13,22;145:8,
13,17;147:23;161:7,15,21;
162:2,11;170:4;174:19,24;
183:18;184:3,14,22;185:2,7,
14,20;186:5,9,13,17,22,24;
187:7,17,20;188:19;195:1;
199:24;204:20;207:6;
219:21;220:1,7,21;223:15;
225:13;228:3;232:15;
235:24;240:21;241:1;242:1;
246:2,7;250:4;258:19;
262:2,21,24;269:1,5,9;
279:19

**licensed (2)**
34:4,5

**lift (1)**
9:22

**light (8)**
41:14;253:9;283:17,22;
284:14,16;285:24;286:2

**lights (2)**
42:7;283:21

**likelihood (2)**
68:6;200:9

**likely (14)**
65:3,3;115:9,9,10;154:18;
174:15;179:11;193:10;
210:14;212:19;242:18;
245:11;247:3

**limit (2)**
18:18;90:12

**limitations (7)**
9:20;115:6;231:19,23;
232:4;235:22;236:4

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

**limited (3)**
86:12;265:13;280:3
**limiting (1)**
43:7
**line (1)**
148:22
**lines (2)**
107:7;241:8
**link (2)**
102:18;283:3
**lint (4)**
44:7;50:24;52:24;53:1
**liquid (1)**
260:19
**liquid-cooled (2)**
251:24;257:15
**List (30)**
38:11,17;43:15,15;54:13;
59:15,20,22;60:2,10,11,16,
20;61:2;65:20,22;71:13;
72:9,11;113:2;120:16;
159:22;165:18;192:19;
196:11;200:4;202:5;215:14;
222:9,11
**listed (3)**
33:20;59:9;65:18
**listen (1)**
148:3
**litany (2)**
211:9;230:17
**literature (9)**
59:12,21;99:20;190:17;
197:5;231:18,22;232:3;
235:21
**litigation (2)**
11:2;157:12
**little (14)**
11:15;19:4,18;75:5;77:12;
106:22;120:6;126:2,3;
144:18;149:8;228:1;251:14;
283:18
**live (1)**
247:11
**lives (1)**
31:15
**LLC (2)**
6:6;53:7
**located (2)**
75:14;226:1
**location (12)**
27:6;80:24;88:5,7;92:3;
117:15;214:10,13;222:19;
226:2;238:14;259:23
**locations (2)**
223:3,17
**long (22)**
8:16;16:22;18:2,18;19:7;
21:24;22:7,10;23:2;31:13;
124:24;125:4,24;136:6,14;
157:3;185:12;188:14;256:8;
270:5,12;271:1
**longer (9)**
19:9,11,12,18;126:2;

127:11;136:13;256:13;
270:22
**look (19)**
37:14;67:5;76:17;86:22;
99:24;106:5;138:16;151:18;
165:24;177:18;206:2,10,15;
207:4;208:14,19;209:23;
212:13;231:6
**looked (21)**
59:7;66:7;70:5;73:13;
74:2,13,15,15,18;94:20;
101:11,14,22;105:8;194:21;
206:5;216:23;235:7;236:6;
267:17;279:2
**looking (21)**
6:9,13;34:5;39:20;47:1,1,
3;73:24;106:23;113:8;
129:19;144:24;207:14;
212:15;214:6;235:5;242:21;
259:12;260:13,14;277:18
**looks (12)**
30:6;33:24;44:10;48:15;
52:9;109:14;112:21;123:4;
169:8,11;250:23;253:20
**Lopez (2)**
39:4;40:21
**loss (1)**
199:8
**lost (3)**
14:3;76:9;188:7
**lot (13)**
28:18;60:4;65:12;94:21,
21;156:20;181:13;184:8;
197:1,1;198:4;219:16;
289:22
**low (10)**
134:5;271:13,18;274:18;
276:12,13,17;280:12,14,17
**lower (3)**
121:21;281:23;282:1
**lubricate (1)**
254:4
**lubrication (1)**
18:7
**luggage (1)**
122:12

---

# M

**machine (1)**
136:11
**machinery (1)**
115:20
**machines (2)**
9:9;10:2
**maintain (2)**
150:4;219:17
**maintenance (5)**
21:13;33:10;38:24;
219:11,14
**major (1)**
33:2
**majority (4)**

158:24;231:10,12,13
**makes (6)**
103:12;219:15;249:3;
252:21;254:13;272:12
**makeup (1)**
291:14
**Making (5)**
152:24;154:22;159:20;
211:22;285:17
**mandatory (2)**
227:3,4
**maneuvering (1)**
271:13
**manner (10)**
92:4;95:12;146:12;
154:11;182:13;215:19;
267:3;268:16;271:10;287:3
**manual (222)**
17:10,13,15,18,22;20:20,
21,23;21:4,7;30:18;33:11;
37:2;43:19;61:8;62:16;
74:15;78:8;84:17;90:23;
91:1;102:14;103:7,8;104:9;
105:24;107:13,16;108:11,
20,22;114:8,10,17;115:8,15;
116:15;117:13,20;118:1,4,7;
119:15;120:3;121:2;123:5,
10;126:15;127:2,17;130:15,
18,23;131:6,14,15;133:23;
134:2;135:11,17,18;137:13;
138:21;140:24;141:2;142:6,
20;143:2;146:1,2,3,19;
147:20,21;148:14,22;149:4,
5,6;150:10,12,13,19;151:17,
18;153:12;157:1,7,11,16,21;
158:1,14,16,17,20,20;159:3,
5,7,11,17;160:2;161:23;
162:1,2;163:1,5,19,23;
164:16;165:4,10,19;166:16;
167:11,13;168:18,21;169:5,
15,17;170:1,8,15;171:7,18,
23;172:1,9,11,18,20;173:18,
24;174:1,3,6,9,16;175:3,6,
14,22;176:14,21,24;177:7,
10;178:2,15;180:2,9,13;
181:2;182:4;183:11;185:17;
188:22,23;190:3;192:3,24;
193:15;194:8;195:8;196:21;
199:5,16;210:5;215:10,24;
216:3,8,11,15,17,20,21;
217:13,16;218:14,18;219:5,
10,13;224:21;225:1,4;
236:11,14;237:14,19,21,22;
238:9,10,17;239:13;240:16;
241:7;242:15;243:8,14;
244:7,10,14,17,18;245:1,12;
246:9,19,23;263:18,21,24;
264:1;266:24;267:18;273:1;
275:9
**manuals (33)**
43:5;58:19;59:7;62:6,6,
13,22;63:1,2;100:1,4,4,18;
101:14,18,20,22,24;102:5,

10,13;103:6;104:8,12;
108:15,16;116:19;156:17;
157:3;159:19;190:6;218:17;
236:7
**manufactured (1)**
92:5
**manufacturer (23)**
31:4,8,10;44:15;45:14,19,
20,21;58:3;60:12;85:17;
116:3;150:18;156:3;165:6;
198:17,19;201:23;202:3;
211:11;259:1,4;291:3
**manufacturers (10)**
59:6,15;68:6;90:16;101:9;
156:20,24;195:20;198:4;
267:6
**manufacturer's (5)**
43:4,17,19;191:1;197:10
**many (41)**
11:10;12:5,9,14;13:2,9;
14:11;34:2;35:9;46:14;
190:7,17;191:10,19;196:9,9,
11,11;197:6,7,12,21,24;
198:3,8;201:3,13;202:2,20;
203:16;204:17;205:3;
206:14;208:1,12;210:6;
216:9;223:5;243:22;264:17;
265:8
**March (1)**
50:13
**Mark (22)**
81:20;95:5;110:15;
119:23;120:9,15;121:12;
125:12;129:1,20;133:23;
134:6;135:24;136:21;137:1;
222:2,24;250:15;252:1;
253:11;259:20;291:16
**marked (17)**
120:13,20,24;121:1;
222:6,12;223:20;250:19;
252:15;253:15;255:15;
257:5;258:7;261:13;262:11,
17;264:3
**market (2)**
219:1;266:16
**marketplace (1)**
200:22
**marking (1)**
261:24
**marks (1)**
223:16
**Maryland (1)**
56:22
**master (2)**
283:17,22
**mat (1)**
49:5
**material (12)**
21:10;65:21;72:20,21;
74:9;92:4;113:20,21;
122:11;154:23;195:14;
291:15
**materials (4)**

113:23;132:23;250:12;
262:15
**matter (8)**
42:17,20;115:3;116:10;
229:1;237:6;238:1,3
**mattered (2)**
144:2;240:4
**may (63)**
14:1,1,2,20,22;15:4;16:8;
27:4,23;28:4;47:16;52:13;
72:4;73:23;77:3,7;87:22;
95:6;102:24;115:24;116:5;
129:13,14;130:20;132:22;
134:23;136:10,12,15;139:3;
151:8;153:14,14;163:22;
164:7;175:1;176:13,14;
179:15;182:17,17;186:22,
23,24;187:4;189:22;191:3,
3;192:3;194:3,4;202:6;
217:15;243:8;271:11,15;
278:21;282:16;285:20;
286:24;287:13;289:6,8
**maybe (32)**
11:12,15;12:24;13:4;
14:14;20:6;22:14;23:1,11;
32:3;35:15,17;50:7;88:10;
98:12,15;126:1;134:22;
138:22;145:9;157:7,12;
163:19;164:2;187:6;193:2;
199:22;210:15;215:20;
219:2,3;282:18
**McGrath (1)**
48:16
**mean (34)**
10:7;31:9,11,22;35:21;
56:13;59:3,18;61:10;62:8;
66:19;71:21,22;93:9,11;
112:7;128:6;134:19,20;
146:13;148:15;151:15;
159:2;169:8;173:1;174:7;
175:20;198:8;204:22;
230:24;236:24;245:10;
273:6;289:17
**Meaning (4)**
31:5,6;134:2;173:7
**meanings (2)**
161:17,20
**means (17)**
31:7,11;95:9;125:14;
127:7;129:8;130:13;140:24;
141:9;158:1;159:1;186:18;
218:19;245:11;246:24;
247:3;287:2
**meant (3)**
49:23;118:1;186:14
**mechanic (1)**
164:4
**mechanical (4)**
25:12,15,18;278:2
**mechanism (1)**
281:17
**medication (3)**
64:5,11,12

**medications (2)**
65:13,13
**meet (1)**
207:16;224:2;227:9
**meeting (1)**
81:18
**Megan (1)**
49:11
**melting (1)**
292:8
**member (5)**
34:21,22,23;36:6;50:14
**mentally (1)**
269:14
**mention (2)**
96:7;127:13
**mentioned (8)**
73:19;104:4,7,24;113:16;
154:17;211:21;288:12
**menus (1)**
96:10
**merits (1)**
91:8
**message (3)**
32:2;117:20;148:20
**messages (1)**
106:11
**met (6)**
226:2,4,5,6,7;227:10
**Met-analysis (1)**
232:11
**method (2)**
44:20;217:19
**mid (1)**
137:20
**middle (2)**
106:24;183:19
**might (25)**
17:11;31:23;32:11;
114:18;135:7;137:9;138:11;
142:2;144:9,16;145:3;
149:10;155:17;160:6;181:3,
3;185:19;189:11,13;194:12;
195:24;217:8;244:24;245:3;
288:4
**Mike (6)**
33:2;79:21;89:15;171:2;
272:5;291:18
**mile (1)**
216:2
**miles (1)**
24:13
**Milford (1)**
76:4
**million (1)**
85:9
**mind (5)**
136:24;150:16;220:22;
240:10;279:20
**Mine (2)**
58:11;74:16
**mini (1)**
254:9

**minimal (1)**
220:4
**minimize (1)**
192:16
**minimizing (1)**
32:4
**minute (2)**
70:17;77:21
**minutes (36)**
16:24;17:7;19:1,9,14,21;
20:2;125:23;126:4,7;
127:11;129:14;137:10,17,
17,22,22,23;138:3;139:24;
140:4,5,7,8,11;227:16;
229:23;230:16;251:19;
267:24;268:11;270:8,23;
274:22;293:3,3
**miss (1)**
62:7
**missed (3)**
268:8;293:10,14
**misses (3)**
268:12,16;286:8
**misunderstood (1)**
14:14
**Mitchell (1)**
48:6
**mitigate (4)**
81:5;157:1;178:17;199:12
**mitigated (1)**
81:6
**mitigation (1)**
80:8
**mock (1)**
204:2
**mock-ups (2)**
203:22,22
**model (7)**
102:5;104:8;109:16;
258:10;262:7;280:2;283:20
**models (5)**
90:3;102:3;112:12,16;
264:8
**moderate (1)**
256:9
**Modern (2)**
52:10;157:10
**modified (1)**
254:18
**moment (8)**
13:24;27:24;31:20;38:19;
70:23;94:16;107:17;283:19
**moments (1)**
211:21
**Monday (1)**
141:8
**money (1)**
219:15
**monitor (2)**
284:15,16
**monitoring (1)**
80:1
**months (1)**

19:4
**more (40)**
7:19;12:14,14;54:19;61:7;
65:3,3;101:21;102:10;
108:4,16,17;119:5;131:21;
139:24;140:4,6;161:13;
170:8,14;171:23;184:9;
186:19;189:19;194:13;
208:11;219:22;220:17;
224:22;245:11,18,23;246:4,
12;247:2,21;254:20;260:24;
264:15;277:12
**morning (1)**
141:8
**most (22)**
10:4;15:3;30:7;34:11;
94:21;100:8;167:5;179:11;
181:11;183:14;193:10;
212:19;217:7;221:8,10;
230:19;231:22;234:1;
252:22;274:3;278:6;283:6
**mostly (2)**
34:7,9
**motion (4)**
9:22;56:16;58:7,8
**motor (4)**
39:5;41:2,5;258:15
**Motorbike (1)**
255:20
**motorcycle (174)**
15:9,12,17,18,21;24:21,
24;25:12,16;26:1,23;27:12;
28:12,13,16,17,21;29:1,3,6,
10,14;33:20,22;34:11;35:14,
17;37:2;39:6;41:1;42:12,13,
16;68:3,8;69:5,6;74:1,1,15,
16;78:13;80:14,15,21,22,23;
81:12;83:10;84:7;85:9,16,
19,20,21;88:2;90:21;93:4;
94:20;95:15;97:8;100:12;
104:4;105:1,2;106:1,6,15;
107:2;109:16;111:22,23;
114:11,12;118:13;119:12,
20;122:10;131:20;133:8,12;
134:14,17;135:2,4;136:6;
138:6,9,14;139:21;149:19,
20;150:9;152:14;153:23;
155:13;156:9,21,23;157:2;
158:9,13;160:16,18;162:5;
164:19;166:13,23;168:16;
170:19;171:6;173:3;176:1;
178:4;180:17;193:8;194:17;
195:10;197:3;203:24;
204:11;215:9,16;218:2,7,11;
219:2;221:9,13;227:14,23;
229:5,11;237:16,24;239:19;
241:15;243:12;244:6;
247:17,24;249:22;251:12;
252:20;257:12;258:1;
263:17;264:16;265:16;
266:6;267:1,6,9;270:17;
272:9,16;273:16;275:11;
276:10;277:10,20;278:10,

16;279:3,12;280:22;281:1;
282:18;286:14;287:5;
288:15;291:9;292:5,17
**motorcycles (38)**
15:7;20:4,18;22:1;23:10,
20;24:2;25:6,18;37:6,9;
38:18;43:8,11;67:17,20;
73:20;74:3,17;75:2;94:18;
99:11,11,15;100:1;111:4;
135:20;177:13;183:7;
185:19;193:9;221:16;256:6,
12;264:8;265:13;270:5;
271:10
**motorcycling (2)**
24:6;264:6
**motorcyclist (6)**
23:12;34:1,3,5;68:21;
251:7
**motorcyclists (5)**
34:4;76:19;255:21;264:5,
15
**motorcyle (1)**
259:3
**Mountain (1)**
38:24
**mounted (1)**
92:5
**move (2)**
253:3;268:22
**moving (3)**
270:18;276:11;287:12
**much (6)**
11:19;12:16;217:9,11;
218:19;264:11
**multi (3)**
15:14;206:7;216:1
**multiple (15)**
19:1;38:5;50:20;55:1;
59:9;102:5;109:15;195:21;
196:5;201:17;202:1;206:9;
211:14;212:4;223:3
**must (2)**
85:23;179:9
**Mutual (1)**
44:11
**Myrtle (1)**
253:3
**myself (7)**
23:11,21;24:8,13,23;27:1,
16

# N

**NA (2)**
175:13;178:1
**name (4)**
6:4;71:7;75:22;232:16
**names (2)**
112:3,6
**narrowed (1)**
202:4
**National (1)**
199:4

**nature (4)**
36:15;83:20;85:18;264:16
**navigation (1)**
217:2
**NC (2)**
33:15;62:1
**near (4)**
100:12;112:1;132:24;
155:1
**necessarily (4)**
19:16;167:23;191:13;
292:19
**necessary (21)**
69:24;70:2;116:2;117:16;
125:19;126:11;129:15;
181:21;190:2;195:16,18,22;
211:24;212:1,23;213:2;
214:5,19;216:16;226:2;
230:5
**necessity (1)**
116:23
**need (63)**
5:23;21:10;58:8;61:6;
64:16,21;73:14;78:17,21;
88:18;89:2;106:19;108:6;
115:12;134:23;145:9;
147:24;153:3,15;154:2;
155:2;157:6;159:8,17;
161:12;166:11,16;168:3;
170:21,24;173:11,15;
179:15;181:24;184:16;
193:13;194:12;197:13,16;
199:9,15,16;200:16;201:1;
204:16;206:11,20;208:12;
211:9;213:1;215:15;216:8,
14;217:1;219:5,9;239:7;
241:14,18;262:18;279:1,4;
287:9
**needed (15)**
14:19;80:13;90:1;115:12;
116:21;179:10;181:17;
213:5;229:21;233:13;
237:11;238:15;270:2;
280:12,16
**needing (1)**
18:7
**needn't (1)**
215:13
**needs (12)**
64:24;153:9;170:19;
171:19;180:7;181:6;182:19;
183:12;198:18;200:13;
238:5;278:14
**neighbor (1)**
165:9
**neither (4)**
36:24;42:2;125:11,14
**Nemire (1)**
32:16
**Nester (1)**
51:5
**neutral (1)**
195:14

**new (11)**
8:5,7;20:18;55:7,8,11;
135:12,21;170:7;216:18;
270:3
**next (50)**
32:15;33:8;44:1;45:5,6,9;
46:7;47:8,9,16;48:5,14;49:1,
9,19;50:11,13;51:4;52:8,9,
18;53:5,14;62:20;70:19;
73:12;78:10;83:12;111:12;
132:2;167:4;252:7;253:18,
19;255:18,19;261:2;265:3,
4;266:9;269:20;271:8;
272:14;274:1,23;275:10,16;
276:8;279:9;282:20
**NHTSA (4)**
110:2,15,21;262:8
**nice (1)**
127:16
**night (1)**
41:14
**nine (2)**
227:16;230:16
**non-answer (1)**
209:16
**none (1)**
219:4
**nonexistence (2)**
237:23;239:19
**nonprofit (1)**
33:23
**nooks (1)**
151:2
**Nope (3)**
16:17;160:3;256:23
**nor (1)**
282:21
**normal (2)**
257:18;268:11
**North (22)**
33:17;44:1;52:20;73:13;
78:23;121:14,15;135:14;
146:12;173:8;213:4,14,18;
219:15;245:14;248:7,20;
265:21;273:19;275:14;
283:15;287:7
**note (10)**
108:18;232:18;257:15;
265:20;267:11;272:17;
275:6,12,13;280:4
**notebook (1)**
250:13
**noted (1)**
110:14
**notes (3)**
154:14;251:17;263:16
**notice (3)**
113:22,23;214:8
**noticed (3)**
27:24;252:21;264:18
**noticing (2)**
152:2;253:6
**notification (1)**

**110:15**
**November (1)**
30:3
**nuggets (2)**
45:14;176:8
**number (29)**
11:21;19:7;96:2;102:1,2;
105:8;121:13;131:6;138:3;
148:16;191:17;197:23;
210:19;224:1,10,13,13,13,
14,14,14;230:13;231:15;
238:8;280:3;282:23;286:13;
287:9,18
**numbers (1)**
224:8
**numerical (1)**
59:19

# O

**object (1)**
161:8
**objected (1)**
55:17
**objecting (2)**
161:13,15
**objections (1)**
5:10
**observable (1)**
155:7
**obstructive (1)**
28:1
**obtain (1)**
32:11
**obtained (1)**
20:17
**obvious (3)**
61:2,15;82:18
**obviously (5)**
18:21;124:8;125:18;
128:21;271:19
**occupants (1)**
278:6
**occur (7)**
31:20;91:5,6;92:9,10;
154:20;279:7
**occurred (2)**
140:23;287:21
**occurring (4)**
89:1,10;172:14;266:16
**occurs (5)**
41:24;97:18;108:21;
131:2;168:22
**October (5)**
8:18;72:2,3,5;74:18
**off (29)**
21:9;27:16;32:4;77:24;
78:3;82:7;136:16,17;
137:21;144:13;152:23;
172:2;193:15;195:1,3;
207:9,11;220:16;227:17;
251:13;253:4,5;276:9;
284:4;288:20;289:4,7,9,23

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

**offensive (1)**
220:15

**offer (12)**
27:13;34:1,20;79:6;90:5;
93:19;95:13;203:4;207:3;
272:2;291:7,19

**offered (1)**
34:4

**offering (10)**
25:14;27:15;28:8;80:24;
81:11;90:7;91:22;95:23;
97:19;197:18

**offers (1)**
264:9

**offhand (10)**
15:20;16:9;79:24;102:7;
105:7;110:17;112:3;214:16;
289:24;290:20

**off-highway (2)**
35:14,17

**office (6)**
12:15,17,22,23;14:7;
113:12

**officer (1)**
36:14

**officers (1)**
271:15

**official (1)**
6:3

**officially (1)**
72:1

**off-road (1)**
36:22

**often (7)**
17:3;31:10;40:11;54:1;
137:19;151:10;243:22

**Ohio (2)**
75:14,18

**oil (98)**
18:6;26:1,22;27:2,6;53:9;
67:21,23,23;68:18;75:6;
81:17;88:7;92:5,21;93:5,13,
14,16,17;94:5,24;95:3,3,6,8,
8,8,11,14,22;100:15,22;
109:23;110:12,16,19;
111:16;112:17,19,20,22,23;
119:17;124:10;127:9,15;
132:20,21;168:23,24;169:1;
173:12,13;180:22;193:17;
254:3,9;255:3;259:23;
260:2,3,18,22,22,23;270:9;
272:13;276:21;278:22,23;
282:3,11;283:22,24;286:15,
21;287:16,23;288:4,9,19,20,
21,24;289:5,17,19,23;290:8;
291:4,10,14,14;292:5,10,13,
16

**oiling (1)**
254:11

**oils (2)**
256:7,10

**old (1)**
23:7

**older (1)**
256:6

**once (4)**
85:21;202:18;251:17,19

**one (118)**
12:13;15:4;20:7,9;22:22;
30:8,12,14;32:15,17,22;
36:21,22;39:7;40:15;43:24;
44:1;45:4,5,6,9,11,18;47:8,
9,16;49:19;50:11,13,22;
51:4;52:8,9;53:14;54:4;
55:4,6;60:17;63:1;67:7,20;
68:4;92:6;96:4;97:20;
101:19;102:6;105:8;106:11,
11,13;109:5;111:11;112:15;
113:17;115:6,23;121:4,17;
129:13;130:18;148:16;
174:19;177:3;178:11,12;
186:19;187:12;194:13,13,
17,18;195:7;204:21,22;
206:3,8;209:11;211:6,7;
212:17;214:18;218:5,14;
219:4;220:2,20;224:10,22;
226:16;228:21,23,24;
230:13;232:9;246:5,12;
247:11,21;252:7,20,24;
253:9,18,19;255:18,19;
256:22;257:10;259:9,18;
260:9;262:1;263:18;268:1;
282:23;290:2,24

**one-page (1)**
261:16

**ones (17)**
29:22;38:22;43:22;46:20;
47:6;67:7;160:2;163:8,9,10;
192:14,15,16;202:19;223:8;
237:1,2

**one's (4)**
218:4,4,6,6

**only (35)**
7:9;20:7,9;28:7;40:13;
55:15;56:19,21;57:1,2;
63:20,21;71:6,10;90:12;
94:6;99:1,11;102:14;
123:20;149:6;178:22;180:9,
15,20;182:10,11;186:2;
188:8;226:19;235:19;
239:22;257:18;261:21;
288:11

**on-product (84)**
13:6,14,18,22;14:1,12,19,
20,22;29:6,9,10,17,20,23;
30:10;32:17,22;33:5;44:23;
50:6,21;52:1;63:8,18,21;
64:1;73:14;105:5;107:1,8,
16,20;108:10,20;115:13;
116:23;119:9;168:12,14;
169:12;173:6,8;178:20;
179:15;190:1,8;191:24;
192:2;194:9;196:2;211:22;
212:1;213:1;214:5,19;
217:5;225:3,6,9,24;229:8;
230:20;231:19,24;232:5,20,

21;235:23;236:4;238:24;
243:7;265:5,22;266:5;
275:19,24;279:15,18,23;
280:19,23;287:10,20

**onto (3)**
165:18;285:24;289:1

**open (14)**
12:6,7,10;13:3,5;61:15;
103:15;125:21;126:10;
139:8;189:10,12;228:7,23

**opening (1)**
228:21

**operate (15)**
75:20;115:19;134:17,18;
135:2,15;149:21,23;195:8;
215:16;243:16,19;244:9,10,
12

**operated (2)**
218:3;268:15

**operates (2)**
25:13;257:17

**operating (6)**
134:14;221:9,12,15;
277:10;284:3

**operation (5)**
34:8,9;37:8;180:17;219:9

**Operational (3)**
28:23;35:2;37:21

**operations (1)**
25:12

**operator (6)**
91:6;138:6;180:7;218:14,
16;282:14

**operators (1)**
41:7

**opine (2)**
98:7;123:8

**opined (1)**
283:16

**opining (1)**
82:10

**opinion (65)**
13:16,17;14:18;24:2;
27:13;44:12;80:9;81:2,11;
84:23;85:15;87:14;88:14;
89:4,11,15,22;90:13,13;
92:13;93:19;95:14,24;98:1,
7,24;108:10;116:7;117:3,9;
138:5;139:19;140:1;141:18,
19,24;142:5,9,17;143:1,9;
144:1,11;147:14;148:7,12;
160:8;162:7;173:4;182:1;
208:22,24;209:24;212:13;
224:24;230:24;237:5;
239:12;240:12;244:13;
256:18;272:2;291:8,20;
292:15

**opinions (38)**
8:2,4,5,7;14:18;25:15,21;
27:18;38:8;54:20;56:11,12;
57:2,3,9,12;65:24;70:11,12;
71:17;77:17;78:20,24;87:1,
11;93:21;97:21;115:1;

118:5;123:13;140:15;148:9;
177:11;221:11;265:1;
280:20;293:7,12

**opposed (13)**
27:8;31:3;68:24;90:16;
131:14,23;150:20;151:1;
193:2;194:2;261:23;270:13;
274:11

**opposing (2)**
70:14;220:18

**option (5)**
79:20;89:18;157:23,24;
271:20

**optional (1)**
79:23

**options (1)**
86:23

**orange (2)**
227:1,1

**order (12)**
39:17;59:16,19,24;63:15;
149:21;170:20;206:20;
210:22;223:1;226:18;
254:15

**ordering (4)**
58:18;62:17,24;63:11

**organization (9)**
6:3,8;33:23;34:14,17;
35:20;36:7;212:10;253:21

**Orgega (1)**
40:21

**orientation (1)**
260:15

**original (2)**
121:3,4

**Ortega (3)**
39:4;42:20,24

**Osceola (2)**
39:5;40:21

**others (13)**
7:11,12;56:4;97:4,9,16;
119:21;195:24;214:15;
235:18;236:23;256:14;
292:8

**Otherwise (6)**
26:10;129:3;137:21;
233:14;243:11;285:21

**ought (2)**
189:2;210:3

**out (43)**
17:18;27:19;31:12;39:17;
59:22;70:20;75:15,16;79:5;
97:3,9;101:6,24;132:17;
134:5,10;136:3;137:18;
138:9;140:13;157:7;159:15;
180:11;192:8,9;194:23;
215:20;219:1,13;221:24;
222:24;227:8;230:18;
241:18;244:10;263:8;
266:14;284:23;285:19,22;
287:6;288:18;289:19

**outlandish (1)**
207:19

Yazdani vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

**Outside (6)**
24:17;55:19;75:19;
227:15;228:6,13
**outsource (1)**
6:19
**oven (1)**
45:13
**over (20)**
14:4;94:21;111:1;144:6;
145:16;146:2;160:22,23;
162:1;165:17;178:7;197:12;
204:22,24;209:18,18;
247:14;253:4;275:8;288:5
**overall (1)**
11:4
**overcome (2)**
55:3;283:6
**overheat (7)**
114:19;252:23;254:16;
278:21;279:7;286:1;287:13
**overheating (21)**
67:17;106:2,9;109:19;
111:18;122:15;131:18;
132:6;133:9;135:5;139:22;
156:10;164:20;254:12,20;
267:1;277:24;278:1,16;
279:13;287:14
**overlook (1)**
115:9
**Over-the-counter (7)**
30:13;63:12,15,23;64:2,
12;65:13
**own (29)**
15:21,23,24;18:12;20:7;
21:6,11,12,14;22:16,17,18;
81:23;83:16;135:1,18;
139:14;149:21;161:9;164:3;
200:17;201:5;219:11;
232:18,19;272:18;273:7;
275:14;287:7
**owned (8)**
18:24;20:4,5;22:7,8,10,
19;143:4
**Owner (12)**
91:1;149:18;150:8;
151:17,18;155:13;158:8,13;
159:24;243:12;244:5;
277:20
**owners (6)**
178:3;180:4;182:7;183:4;
264:17;279:4
**Owner's (5)**
90:23;150:10,12;195:8;
236:7
**ownership (1)**
37:8

**P**

**Paccar (2)**
46:8;47:8
**package (1)**
64:3

**packages (1)**
111:10
**Page (95)**
30:7,12;32:15,16;33:8;
39:14,16,21;62:15,20;63:10;
69:11;73:24;77:20,21;
102:9,15;105:13;106:23;
107:5;108:19;109:5;121:7,
18,18,22;122:21;123:6;
124:1;127:1,6;130:23;
131:5,8,14;132:4;153:1,6,
11,14,22;154:12,14;155:14,
23;156:7,12;158:4,7,21;
159:3;164:17;165:16,16,18,
24;166:5;168:10,19;171:5;
172:7,10;173:2,5;177:18,20;
178:12,21;179:18;216:21;
221:20;223:23;224:7,12;
233:4,5;235:12,14;251:1;
260:8,10,20;263:15;264:4;
265:24;266:13,14,22,22;
271:22;272:8;279:9;280:11,
16,18
**page-and-a-half (1)**
157:7
**pages (17)**
101:1,5;102:23;103:5,7,
11;104:12;121:2;127:7;
131:16;190:3;239:13;
240:16;251:2;252:8;258:1;
261:2
**paid (2)**
40:14,20
**Paint (1)**
52:11
**pan (1)**
289:5
**panel (4)**
69:4;105:10;283:21,24
**panels (2)**
45:13;46:4
**paper (5)**
32:5,6;193:2;203:22;
254:6
**papers (1)**
32:7
**paragraph (27)**
78:10;93:10;154:3,5,7;
166:21;167:4;177:21;264:4,
13;265:4;266:1;267:20;
270:15;271:4,8;272:14;
273:10;274:1,23;275:10,16,
17;276:8;277:23;282:21;
286:4
**parameter (1)**
137:7
**parameters (3)**
136:5,19,24
**parents (1)**
48:4
**parked (1)**
122:10
**part (39)**

42:23;46:5;83:13;95:6;
99:24;104:14;107:8,12;
108:14;113:13,19;117:12;
131:24;136:7;141:2;146:16;
147:21;148:2;158:14,16,17,
20;163:23;188:1;192:6,22;
201:19,20,21;225:12,16,17,
17,22,23;233:8;234:15;
256:21;276:13
**particular (10)**
55:12;59:12;83:20;
109:16;155:5;180:21;
187:12;208:7;230:12;
236:13
**Particularly (7)**
31:17;124:6;154:9,21;
157:15;232:1;275:8
**parties (1)**
5:8
**parts (12)**
133:23;134:1;135:18;
138:21;150:23;151:3,6;
226:3,4,5,6;257:12
**party (1)**
213:24
**passenger (1)**
264:17
**past (6)**
12:19;15:12,17;116:1;
138:19;220:16
**Pat (1)**
103:1
**patrol (1)**
271:14
**pause (2)**
84:2;96:9
**Pavement (1)**
38:24
**PC (7)**
233:8,13,22,24;234:2,9,10
**PDF (1)**
103:10
**Peak (1)**
47:17
**pedals (2)**
218:5;219:4
**Peer (4)**
234:16,17;235:2;236:17
**peer-reviewed (1)**
198:22
**pencil (1)**
203:22
**pending (1)**
40:9
**Pennsylvania (1)**
34:2
**people (52)**
9:7,22;23:24;60:5,18;
61:14;77:10;96:5;115:8;
116:18;117:13;139:12,16,
17;146:17;151:10;152:16;
156:5;167:5;174:8;181:13;
185:18;193:7,8,9,12,21;

194:4,5;200:9;216:9,9,10;
230:1,7,19;231:10,13,14;
234:2;243:22,23;252:22,24;
256:1;264:11;266:7;280:13,
15,18;285:20,24
**people's (3)**
9:20;125:22;193:23
**per (2)**
42:6;72:12
**perceive (1)**
9:18
**percent (12)**
10:15,16;11:13;13:1;
49:11;83:3;228:14;245:16,
24;246:4;247:4,6
**percentage (8)**
10:11,15,17,18,20,23;
11:17;12:21
**perceptions (1)**
28:21
**perceptual (1)**
9:13
**perform (3)**
71:15;211:15,16
**performed (1)**
72:10
**perhaps (6)**
26:18;113:22;147:7,8;
150:23;182:2
**period (21)**
18:15,20;99:13;125:21;
126:6,16;127:19;128:20;
129:6,9,11;132:9;138:4;
255:4;256:8;268:12,20;
281:4,15,19;287:12
**periodic (1)**
31:16
**periods (18)**
122:15;124:24;125:4,10;
127:11;128:1,5,10;132:8;
155:11;181:14;256:14;
267:2;270:18;271:12,16,18;
276:12
**permits (1)**
27:12
**person (15)**
9:11;69:19;74:21;124:17;
152:5;153:7;155:21,24;
160:9;163:16;166:11;
215:14,20;218:7;231:9
**personal (2)**
35:5;276:20
**personally (3)**
82:10;97:5;176:6
**person's (2)**
162:21;283:7
**perspective (1)**
60:18
**pertinent (5)**
76:14;114:16;142:15;
143:15;241:6
**Peters (1)**
214:11

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

pharmaceutical (2)
63:12,16
pharmaceuticals (1)
64:2
PhD (1)
5:15
phone (1)
228:9
photo (1)
222:23
photograph (5)
68:14;69:20;194:15;
259:7;261:9
photographed (1)
68:2
photographs (8)
66:5;67:19;69:3,9,17,17;
74:19;257:21
photos (4)
73:23,24;262:4,5,17;
265:11
phrase (3)
31:3,7;127:22
physical (1)
9:20
physically (3)
184:19;188:13;204:3
pick (1)
260:5
picked (1)
164:16
picking (1)
216:2
picture (4)
152:12;260:4,19,20
pictures (9)
104:4,17;195:19;223:17;
258:23;259:22,24;261:1;
279:10
piece (2)
115:19;150:18
pieces (1)
206:19
pills (1)
64:5
pinned (1)
222:19
pistons (1)
255:2
pivot (1)
222:22
placard (5)
122:7,23;154:16;168:11;
173:21
place (15)
69:8;74:18;111:9;198:12;
203:17;204:3,22;205:15,19;
222:16;229:17;237:12;
243:3;273:22;286:12
placed (5)
187:24;194:17;204:4;
205:14;292:9
placement (2)

172:9;236:8
places (1)
204:11
plain (1)
285:2
Plaintiff (20)
11:5,6,11;40:3;41:22;
47:22,24;48:2,12,23;49:17;
50:9;51:18;52:16;53:3,12;
55:19;56:2;58:13,15
Plaintiffs (4)
10:24;11:1;49:7;51:2
Plaintiff's (2)
48:4;247:13
plan (8)
25:21;27:15,19;88:10;
90:13;95:17;97:2,6
planned (3)
57:3;126:4,6
planning (13)
56:20;81:22;90:7,9;92:14;
95:13,21,23;118:17;164:3,8;
219:10;229:22
plastic (2)
45:13;234:9
please (7)
49:1;142:11;166:5;
210:15;223:6;246:13;257:9
pleasure (1)
40:7
plenty (3)
35:24;158:12;164:11
plural (1)
182:6
pm (1)
293:21
point (32)
26:17;97:9;99:19;101:3;
111:8;114:13;118:9;133:10;
134:11;135:5;137:20;
148:16;159:5,7;167:18;
180:24;209:8;210:1,17;
212:17;263:8;268:9,12,16;
271:17;278:8;284:18;
285:16;286:9;287:6,15;
292:9
pointed (2)
285:22;291:1
pointing (5)
97:3;110:5;236:11;
284:23;285:18
points (5)
8:11;10:16;265:21;268:1;
282:23
pole (1)
49:5
police (3)
79:23;271:9;272:3
poorly (1)
265:8
populated (1)
60:15
portion (3)

56:7;105:5;279:12
portions (1)
241:7
pose (1)
286:17
position (13)
36:13;68:17,18;81:17;
87:8;93:5;134:9;136:4;
240:8;267:22;268:3,20;
290:13
positively (1)
10:22
possess (1)
116:2
possibility (5)
189:10,13;194:12;207:21;
247:1
possible (19)
70:6;77:1;132:7;146:14,
15;154:18;159:19,21;189:4,
5,15;194:14;206:1;242:16,
18;265:7;283:13;284:14;
290:20
possibly (2)
269:17;277:6
potential (34)
27:8;31:18;76:20,21;
79:14,15,18;80:2,16;81:4;
99:15;101:16;111:16,18;
124:12;128:11;166:12,22;
181:1,15;266:8;267:1;
270:24,24;274:14;276:24;
277:2,4,11;279:6,13;282:24;
287:14;291:23
potentially (7)
27:5;38:3;274:17;276:14;
278:5;281:16;288:8
Power (7)
43:24;44:3,4;59:8,9,10;
254:18
practical (2)
283:10,13
practice (11)
19:6;38:2;101:16;171:12;
172:2;269:13;273:4,7,19;
275:11,14
practiced (1)
239:15
practices (7)
76:23;77:14;101:13;
174:11;224:3,6;272:18
preceded (1)
54:15
preceding (1)
260:20
precheck (1)
34:10
precise (2)
83:19;222:19
precisely (3)
169:8,10;222:17
preclude (3)
55:22;56:17;58:7

precluded (4)
53:22;55:5,13;56:17
predicate (1)
79:12
preface (1)
246:16
preference (1)
157:18
preferences (1)
30:10
Preferred (3)
52:19;63:15;275:8
prepare (4)
71:11,15,21,22
Prepared (1)
113:11
presence (1)
239:1
present (10)
60:1,2;61:16;91:18;96:3;
156:3;182:17;196:20;
200:18,19
presentations (3)
29:1,6;63:10
presented (31)
59:11;64:13,13;97:20;
124:1;128:13;151:14,14,22,
22,23,24;152:8,9,9,10;
153:11,12,18,18,19,20;
154:10;155:5,22;158:18;
159:10;160:12;163:23;
173:9;182:19
presenting (4)
61:8;64:18;152:21;190:6
presents (1)
98:4
pressure (1)
268:6
preteen (2)
22:3,9
pretrip (1)
35:5
pretty (2)
56:10;166:20
prevent (5)
88:24;89:9;94:10;235:9;
254:11
prevented (3)
97:11;286:10;287:19
preventing (1)
64:20
Prevention (1)
199:4
previously (2)
120:24;246:16
primarily (1)
273:11
principles (1)
214:12
print (2)
122:20;221:23
printed (3)
101:6;104:6;222:14

Thomas G. Oakes Associates
1-877-625-3777    www.TGOakes.com

(314) pharmaceutical - printed

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

**printouts (1)**
  67:15
**prior (19)**
  8:19;9:17;66:8;69:15,19;
  72:4,5,6;74:6;80:15;92:12;
  116:9;135:19;146:19;
  147:15,19;237:22;259:7;
  270:23
**prioritization (10)**
  61:7;62:9,12,21;63:8;
  205:8;212:20;214:11;274:2,
  8
**prioritize (4)**
  61:11;202:15,18;223:8
**prioritizing (3)**
  58:18;62:5;63:4
**priority (2)**
  61:7;274:4
**probably (20)**
  10:21;16:11;35:14;45:22;
  83:22;132:24;140:7;152:13;
  174:13;189:1;193:13;
  205:15,16;215:6;216:16;
  218:10;219:5;220:19;255:4;
  289:3
**problem (24)**
  46:6;59:14;60:3;64:17;
  91:23;93:11;96:16;98:12,
  16,20;108:13,14;117:12;
  120:1;129:15;139:6;155:4;
  174:5;181:11,16;190:5;
  209:21;234:4;236:13
**problems (4)**
  27:6,9;255:4;278:1
**process (7)**
  9:15;134:11;196:18;
  199:9;209:5,7;251:14
**processor (2)**
  45:15,21
**produce (3)**
  32:10;188:22;254:18
**produced (1)**
  265:11
**product (121)**
  13:11;25:1;28:20;29:12;
  30:16,17;31:12,13,19;33:11,
  13;37:3;42:6;43:5,20;44:2,
  22;45:1,11,20;47:1,3,11,18;
  48:9,18;49:4,13;50:1,16;
  51:7;52:12,22;53:8;58:19;
  59:12;60:7,13;61:5,6;62:12,
  16,22,24;63:2,6;72:22;77:9,
  10;79:4;96:6;97:24;106:20;
  108:24;109:2;115:24;
  118:14;157:22;159:24;
  161:22;163:5,20;170:1;
  171:16,20,22;173:23;
  177:17;179:19;183:8,13;
  189:7,14;191:15;192:6,7,10,
  13,23;194:2;196:20;197:18;
  198:5,20;199:8,11,15;200:7,
  10,13,17,21;201:2,14,16,23,
  23;202:20,21;203:12,17,20;

  204:23;205:1;206:21;
  213:10;216:16;219:1;
  225:10,10;233:10;234:8,24;
  244:5;273:12;274:11;277:5;
  279:4;287:1;291:9,20
**production (1)**
  113:9
**products (12)**
  9:8,12;10:2;29:15;46:12;
  50:15;63:5;85:2;115:24;
  159:13;191:23;198:6
**professional (3)**
  157:17;207:13;245:6
**professional's (1)**
  10:1
**Programs (1)**
  199:6
**prohibited (1)**
  239:11
**projects (1)**
  10:20
**prolonged (15)**
  122:15;125:10,12,14,20;
  126:11;127:19,24;128:5,10;
  155:11;267:2;276:11;
  281:19;287:12
**prominence (1)**
  153:10
**promise (2)**
  144:24;145:17
**promising (1)**
  145:9
**proof (4)**
  264:9,10,19,23
**propensity (2)**
  68:5;172:15
**proper (2)**
  118:13;184:17
**property (3)**
  193:1,20;274:15
**propose (1)**
  237:24
**proposed (1)**
  221:20
**proposing (1)**
  169:5
**proposition (2)**
  187:3,4
**pros (1)**
  98:8
**protection (3)**
  38:1;40:7;195:10
**protective (2)**
  35:5;195:11
**provide (56)**
  25:23;37:16,19;42:8;44:5,
  16,18,24;46:3;50:21;57:2;
  58:4;59:6;61:6;66:5,11;
  73:9,11,14;80:13;81:8,10;
  88:21,24;89:3,9,21,23;
  101:2;103:1;108:12,15,17;
  109:2;157:14;159:16;168:1;
  170:23,24;172:10;176:2;

  178:20;183:10;192:17;
  196:15;230:5,18;232:13,21;
  248:8,21;264:24;265:14;
  275:18;283:1;287:10
**provided (36)**
  14:21;37:7;65:24;66:20;
  68:20;72:19;80:11;96:5;
  102:8,12,14;103:7,8;113:14;
  114:10;118:7;119:14;
  130:22;131:19;135:21;
  157:5;179:9;222:14;225:9,
  10;229:20;236:20;250:11;
  266:24;271:20;273:13;
  280:1;283:16;287:4,24;
  288:6
**provides (4)**
  108:4;150:18;158:10;
  172:11
**providing (20)**
  59:17;77:22;88:11,19;
  89:5;90:13;95:17;102:20;
  103:6;115:7;119:13;135:15;
  149:5;157:23;165:7;178:18;
  181:21;191:18;203:10;
  275:24
**province (1)**
  54:21
**provisions (1)**
  233:9
**proximity (1)**
  110:4
**psychology (1)**
  54:18
**publication (4)**
  33:6;60:21;121:5;251:5
**publications (4)**
  58:17;62:5;63:10;191:14
**publicly (1)**
  32:12
**published (4)**
  34:13;63:9;234:19,20
**pull (4)**
  194:23;222:24;253:4;
  288:18
**pulled (2)**
  101:24;261:21
**purchased (4)**
  21:7;114:11;135:21;
  263:16
**purchaser (5)**
  135:12;176:13,13;215:9;
  217:8
**purchasers (2)**
  175:14;217:15
**purchases (1)**
  238:6
**purchasing (1)**
  35:6
**pure (2)**
  264:18,22
**purport (1)**
  107:7
**purpose (7)**

  72:17,23;166:18;198:11;
  239:23;254:3;283:9
**purposes (6)**
  24:2;71:3;115:1;240:15;
  272:17;273:17
**purview (1)**
  55:20
**push (1)**
  256:10
**put (70)**
  45:22;50:7;61:14;64:23;
  68:6;90:1;98:18,19;101:24;
  103:3;106:6;107:2;108:23;
  109:5;126:15;144:24;
  169:19;171:4,24;172:19;
  173:11,15,21,23;174:7,9,10,
  12;175:10;184:16;188:13;
  189:7,14;193:13;195:21;
  196:1;197:1,3;198:3,8;
  201:1,4,14,16,24;203:18,24;
  206:11;209:6;213:9;218:24;
  223:16;228:4,13;233:22;
  234:2,8;236:10;246:17;
  258:17;259:1;266:14;
  269:15;284:9,16,17;285:5,
  23;286:1,2
**putting (6)**
  65:6;68:10;180:13;
  203:17;259:4;291:3

## Q

**qualifies (2)**
  83:12;215:2
**quality (1)**
  43:17
**quarterback (1)**
  141:8
**questionable (1)**
  140:10
**quite (2)**
  71:18;151:10

## R

**R1 (2)**
  258:14;261:20
**R1100rsl (1)**
  69:6
**R1150 (2)**
  68:23;69:5
**R850 (1)**
  263:21
**racetrack (1)**
  24:12
**radiating (1)**
  278:17
**Ramon (1)**
  39:3
**ran (3)**
  41:11;240:17;253:9
**range (2)**
  9:22;257:17

rate (1)
  233:7
rather (7)
  83:15;89:17;109:23;
  147:7,8;269:18;288:14
reach (4)
  18:6;64:8;71:16;223:9
reached (2)
  64:11;209:8
reaction (1)
  153:6
read (186)
  32:4;61:4;65:4,17;76:11,
  13;114:7,13,16,21,21,23;
  115:2,2,4,4,14,22;116:4,5,6,
  8,11,11,12,15,18;117:1,2,5,
  6,13,14,17;118:10,15,20;
  119:1;121:23;124:17;130:2,
  10;131:16;132:22;133:14;
  135:2;140:2,16;141:2,3,4,4,
  14;142:3,5,10,14,20,20,21;
  143:1,5,5,11,14;145:22,24,
  24;146:1,3,4,5,7,7,11,11,15;
  147:5,15,20,21;148:4,14,18,
  22;150:9,13;151:16,19;
  152:5;153:2,5,22;154:2,16,
  19;155:2,13,19,21,24;156:6;
  158:9,14,16,17,19,20;
  159:10;160:1,2,5,7,14,17;
  161:2,11;162:6,15,18,22;
  163:2,6,14,18;164:5,10,12,
  17,21,23;165:4,10,13,15;
  167:14;174:8;190:24;195:8;
  214:17;215:24;216:8,9,14,
  17,22;218:16;219:9;226:20;
  237:14,21;238:9,9,10,15,17,
  19,19;239:5,13,13,24;
  240:15;241:6,21;242:15;
  243:1,5,13,17,20;244:6,9,13,
  17,17;245:1;246:9,19,23;
  248:23;249:9;259:18;
  263:18;283:18;293:18
reader (4)
  125:15;127:6;128:4;
  162:17
readers (1)
  125:6
readily (2)
  155:6,7
reading (24)
  60:21;61:1,21;107:3;
  124:17;130:15;140:19,21,
  22;146:18;150:16,20;152:6;
  153:24;155:8;160:10;165:2;
  179:5;204:6;216:2,20;
  218:21;284:1;288:7
reads (2)
  133:7;139:20
ready (2)
  70:12;185:14
real (4)
  59:22;265:17;288:16;
  289:10

reality (1)
  128:17
realize (1)
  268:21
really (10)
  133:3;154:8;170:18;
  173:1;174:6,15;175:23;
  176:8;276:9;288:21
realms (1)
  207:20
rear (1)
  218:6
reason (15)
  56:9;59:23;60:24;88:22;
  89:6,7;95:6;108:14;155:8;
  175:10;219:12;261:21;
  270:11;284:7;292:11
reasonable (26)
  149:22;150:3,5,7;151:9;
  153:6;154:1,3;155:21,24;
  160:9,9,10;163:15;177:24;
  216:7,9,17;231:9;243:21,22,
  23;244:3;245:8;268:11;
  287:2
reasonably (1)
  163:15
reasons (6)
  127:1;131:3;155:16;
  158:12;163:17;164:11
rebuttal (1)
  8:8
recall (46)
  13:24;14:17;15:20;16:9,
  10;21:1,3;40:19;42:21,21,
  22;43:1;56:5;76:18,24;
  79:24;80:15;90:2;102:7,24;
  105:1,2,7,9;107:9;109:11;
  110:17,20;111:7;118:24;
  146:1,4;147:20;170:7;
  213:19;218:12;225:10,10;
  262:8;265:22;266:2,11;
  273:21;279:14;281:2;
  288:12
recalled (4)
  119:3,7;239:16;242:11
recalling (1)
  115:11
received (7)
  7:21;104:15;175:22;
  176:24;177:10;263:17;
  264:2
recognize (4)
  54:10;58:24;231:23;
  275:22
recognized (2)
  84:17;281:7
recognizes (1)
  61:17
recollection (2)
  116:19;190:13
recommendations (2)
  159:24;207:15
recommending (2)

226:6,7
reconsidering (1)
  197:17
record (9)
  77:24;78:4;82:8;121:23;
  183:24;195:1,4;223:15;
  264:21
redid (1)
  63:23
reduce (2)
  206:8;266:15
refer (3)
  10:12;198:23;202:9
reference (13)
  66:9;100:19;114:2;127:9;
  177:20;178:22;199:2,3;
  210:5;212:21;214:7;236:6;
  283:24
referenced (4)
  103:23;114:2;232:10;
  237:2
references (17)
  58:17;65:23;78:16,17;
  102:19,22;103:2,4;104:14;
  199:13;200:5;212:9,9,11,16;
  224:11;251:23
referred (3)
  107:23;194:20;215:3
referring (8)
  69:11;105:14;120:7;
  178:10;179:6,7;186:4;
  222:24
regard (9)
  25:15;87:1,12;97:21;
  118:6;221:8;247:18;248:1;
  277:10
regarding (15)
  44:6;112:14;165:19;
  232:1;236:12;240:16;
  248:11;272:19;273:4,7,20,
  23;279:13;287:8
regardless (3)
  233:21;238:5;281:16
register (4)
  146:5,8;147:22;148:24
registered (2)
  147:6,6
regs (1)
  227:10
regulate (1)
  193:14
regulation (1)
  227:8
reinforce (3)
  239:4,24;242:14
reinforced (5)
  45:12;238:16;239:7,10;
  243:8
reinforcing (1)
  242:17
related (50)
  24:22;29:8,9,23;32:17;
  33:9;35:7;37:8;42:15,18,23,

23;62:11;103:20,21;124:20,
23;125:3;128:8,10;131:17;
154:8;178:2,6,6,9,23;180:3,
16;182:5,11;183:3;184:18;
185:18;186:2,21;187:8,13,
13;188:12;200:5;205:24;
219:14;253:21,23;269:12;
275:1;276:21;282:22;285:1
relates (1)
  24:6
relating (1)
  178:24
relatively (3)
  276:12,12,17
release (4)
  126:18;129:4;234:8;268:7
released (1)
  268:23
relevance (1)
  284:5
relevant (22)
  14:2;38:8;72:23;74:14;
  94:6;123:13;153:4,15;
  164:9;175:18,23;176:22;
  177:6,9;204:4;205:10,11,11,
  18,22;212:23;213:2
reliance (2)
  80:9;217:13
relied (6)
  65:19,20;71:3,5;80:7;
  157:21
rely (13)
  80:12;156:24;157:14,16;
  175:14;176:20;178:1;180:2;
  196:12;230:5;231:2;256:18;
  283:2
relying (14)
  66:2;77:16;89:18;97:15;
  119:21,23;137:1;158:1;
  176:11;178:15;182:4;
  185:16;288:13;291:16
remember (14)
  32:5;49:15;55:10,11,16;
  56:22;112:3;114:23;117:14;
  140:19;141:6;226:18;
  228:23;248:24
remembered (14)
  57:23;238:15,24;239:5,6,
  9,12,24;241:11,17,22;243:2,
  6,11
remind (1)
  239:23
reminded (2)
  117:19;238:14
reminder (2)
  241:14,19
remove (1)
  288:8
render (1)
  176:17
rendered (1)
  176:15
repeat (4)

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.,
March 15, 2016

107:7;108:20;172:19;
236:1
repeated (5)
168:21;169:14,16;171:7,9
repeating (2)
147:24;148:3
repetitive (1)
173:1
rephrase (1)
210:16
replaced (2)
21:19,20
report (84)
7:3,6,9,18,22;8:9,10;15:2,
4;25:22;27:19;28:3,5,9;
65:17;66:6,8,9;69:7,12,15,
20,21,23;70:8,11;71:2,7,14,
16,21,22;73:16,22;74:7;
77:20,21;78:10,15;83:9;
87:9,19;96:20;103:2,4,5,24;
105:13;106:24;107:6;
108:18;109:5;120:10;
165:17;168:10;171:6;
175:12;176:16,18,19;
177:15,19;178:13,21;179:2,
17;194:22;199:3;215:6;
222:10;223:23;233:5;
234:21;235:17;237:3;263:3,
4,5;266:20;273:10,11;
275:7;285:14;293:2
reported (2)
109:15;280:4
reportedly (1)
267:21
REPORTER (4)
5:1;76:13;142:14;143:14
reports (4)
14:24;72:12;233:3;235:20
represents (2)
279:16,24
requested (1)
32:9
require (8)
174:2,4;175:4;189:22;
227:10;256:7,13;267:12
required (6)
70:14;115:19,22;187:9;
227:11;268:2
requirement (3)
116:3,4;227:9
requirements (5)
59:11,19;63:24;65:10;
229:9
requires (3)
83:21;208:3;226:1
requiring (2)
226:3,4
research (20)
28:15,19,21;29:5;63:4;
77:15;99:17,18,24;100:22,
24;101:5;190:16,19;191:6,
13;230:18;232:19;269:24;
270:1

researched (2)
101:20;233:1
reserve (1)
27:21
reserved (1)
5:11
residual (3)
192:20;199:20,21
resource (1)
215:7
respect (11)
76:23;78:24;80:1;95:24;
97:18;175:24;177:12;
199:14;221:11,12;279:5
respectful (1)
176:5
respective (1)
5:8
responding (1)
213:23
response (1)
284:12
responses (1)
28:5
responsibility (21)
58:3;81:5;149:19;150:9,
12,14;191:2;197:11;243:13,
17;244:4,6,13,18;246:20;
247:19;248:2;249:1,11,18,
24
responsible (4)
244:21;248:4;249:3,15
responsive (1)
210:13
rest (6)
11:8;93:10;154:2,4;155:3;
274:12
restricted (4)
56:8,11;57:6,9
result (11)
18:8;40:18;41:20;87:13;
110:8;111:3;112:17;132:7;
229:24;282:17;287:13
resulted (1)
82:9
retained (25)
12:10;40:1,2;41:15,16;
44:9;45:16;47:21,23;48:3,
12,22;49:6,16;50:8;51:1,17;
52:15;53:2,11;71:23,24;
72:1,3,4
rev (1)
256:2
review (4)
71:7;86:17;113:21,24
reviewed (12)
65:18,20,22;71:3,4,14;
74:9;113:20;234:16,18;
235:3;236:17
Revzilla (1)
257:11
revzillacom (1)
257:11

ridden (1)
135:19
ride (23)
19:3;94:11;106:3,15,17;
122:16;126:12;127:22;
128:14,18;129:7;132:2,17;
134:20;137:21;152:14;
153:23;156:21,22;165:14;
219:7;251:13;267:12
rider (31)
23:22;24:7;35:4,13,16;
36:21;126:21;127:6;129:13,
14;130:24;137:19;138:14,
23;141:21;153:16;158:15;
160:9,19;166:24;167:3,21,
23;168:2,4;251:6,7;252:4;
278:20;280:6;284:2
riders (7)
28:22;159:1;183:14;
271:14;278:10,15;279:4
Rider's (8)
107:13,16;121:2;151:18;
178:1,15;180:2;190:3
ridiculous (2)
153:3;207:24
riding (17)
21:24;22:2;35:8;36:22;
37:22;38:3;122:9;126:23;
154:22;218:20;251:20;
257:12;264:15;267:23;
271:15,17;280:6
rig (1)
53:10
right (68)
7:16;11:10;12:6;14:3;
20:17;23:6;25:2;27:8;39:13;
65:17;67:22;68:10;79:12;
86:2;95:1,10,15;98:18,19;
104:17,21;113:3;121:10,22;
122:6;131:8;139:4,16;
141:10;156:10,13,14;
169:19;170:3;172:8;174:22;
187:22,23;188:3;194:24;
197:22;201:6;202:11,12;
208:16,22;209:19;210:8;
212:13;213:9,17;224:9;
226:15;227:19;237:9;
245:16;255:9;256:24;
259:23;262:15;263:7;289:5;
290:12,13,15,22;291:3;
292:4
right-hand (2)
121:22;154:13
risers (1)
21:19
rising (1)
110:6
risk (66)
52:5;99:16;106:2,8;110:7;
122:1,15;124:4,18;127:14;
130:24;131:18;133:9;135:4;
139:21;151:11;154:13,15,
19;156:10;164:19;165:20;

212:18;221:7;238:23;240:7,
17;241:7;246:8,21,22;248:1,
11;250:1;266:15,18,19;
270:3;271:1;273:23;274:2;
275:15,17,23;276:2,10;
277:3,11,23;278:4;280:6,12,
14,17;281:18,23;282:2,3,5,
7,10,11;286:17,18;292:2,2
risks (6)
52:3;274:2;277:9,19;
287:1,1
road (4)
15:16;34:12;102:4;104:9
roadway (1)
41:13
Robert (1)
51:5
Robinson (1)
48:6
Robson (1)
8:20
Rocky (1)
38:24
rode (1)
218:15
role (1)
157:10
room (2)
45:14;139:1
Royal (1)
45:6
RSL (1)
262:7
RT (1)
112:22
ruined (1)
193:3
ruled (4)
54:3,18;55:20;58:1
rules (1)
61:9
run (18)
9:23;17:7;18:4;19:21;
20:1;126:1,4,7;203:19;
229:16,23;230:16;251:18;
267:2;271:12;276:11;
277:24;287:11
running (12)
106:1,14;138:10;227:23;
228:18;229:11;237:20;
238:22;249:23;254:15,19;
270:17
runs (1)
278:18
Rust-Oleum (1)
48:16

S

safe (16)
10:4;18:15;31:14;170:20,
22;174:3,6;180:17;192:11;
200:21;206:21;229:24;

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

267:10;272:16;273:16;
284:2
**safeguard (13)**
88:24;89:9,12,20;119:14;
157:6,14;159:16;171:1;
178:19;181:21;192:17;
240:11
**safeguarding (1)**
79:20
**safeguards (3)**
183:10;230:5;283:2
**safely (4)**
149:21;180:8;193:23;
208:19
**Safety (52)**
33:20,22,24;34:3,7,12;
62:16,22,24;84:19;86:13,16,
21;97:24;150:6;156:4;
165:1;173:8;178:2,5,7,8,23;
179:8,23;180:3,15;182:5,11,
18;183:2,6;184:18;185:17;
186:2,21;187:8,13;188:12;
192:14;199:4,8;207:2;
208:9;210:20;216:11;
217:14;225:3,6;227:1;
275:21;276:3
**sake (1)**
174:10
**sale (1)**
197:18
**same (50)**
8:22;17:1,5;20:14;58:15;
65:12;68:17,24;69:11;
99:15,16;112:2;121:4;
143:17;146:17;152:24;
153:12;160:22;169:13;
171:23;182:21,23,24;
200:15;206:7;209:4,15,18,
20;213:10;218:3;256:21;
259:6,9,9,10,11,13,14,18;
261:22;280:4,5,11;281:18,
20;282:13,14,16;290:13
**sat (1)**
270:22
**satisfactory (3)**
45:24;173:23;263:10
**satisfies (1)**
229:8
**saw (4)**
33:19;58:16;118:15;270:1
**saying (24)**
56:15;77:7;84:4;90:5;
91:8;92:15;107:19;152:4;
154:24;155:18;158:8,21;
161:3,9;167:24;180:1;
183:17;230:11;231:24;
234:10;273:2,14,18;290:14
**scan (2)**
102:16;103:11
**scanner (2)**
235:9,10
**scenario (2)**
124:9;282:16

**science (2)**
9:6;54:11
**scientific (5)**
57:10,13;197:6,8;245:9
**scooter (3)**
39:5;41:2,6
**scope (6)**
28:2;78:13;86:12;87:10,
18,19
**scopes (1)**
28:7
**se (2)**
42:6;72:12
**seal (1)**
292:13
**sealing (1)**
5:8
**search (3)**
38:2;101:8,10
**searching (1)**
65:2
**Sears (1)**
50:15
**season (2)**
251:13,20
**seat (2)**
16:8,12
**Second (24)**
26:8;30:14;32:22;78:1;
83:15;84:2;125:9;128:14;
131:18;157:24,24;174:19;
175:14;176:13;204:21;
226:10,16;233:4;235:13;
251:1;264:4;271:5;275:2;
283:14
**secondary (4)**
178:3;180:4;182:6;183:4
**secondhand (5)**
176:20,24;181:1;188:24;
217:15
**seconds (4)**
18:5;9;129:13;137:10
**Section (10)**
66:1;77:21;121:18;124:3,
18,20;125:1;163:19;269:11,
20
**sections (1)**
114:16
**secure (1)**
20:23
**seeing (3)**
204:6;207:16;214:16
**Select (1)**
50:14
**self (2)**
124:11;161:10
**self-evident (1)**
60:24
**selling (2)**
46:5;215:20
**send (3)**
32:1;70:20;266:14
**sense (4)**

54:19;60:5;103:12;234:18
**sentence (8)**
132:1,2;133:7,15,16;
155:9;178:10;275:2
**separate (3)**
79:7,8;256:22
**separated (1)**
125:5
**separately (1)**
279:2
**series (1)**
257:20
**serve (5)**
34:16,17,18;36:9,11
**served (1)**
239:23
**service (10)**
21:8;53:9;150:4;203:5;
234:5;279:11,14;280:2,9,24
**set (6)**
25:22;59:10;152:23;
193:15;215:20;217:1
**sets (2)**
257:23,24
**setting (4)**
11:2;133:1;164:2,3
**settled (1)**
45:4
**seven (4)**
208:12;227:16;229:23;
230:16
**several (10)**
8:11;67:19;104:8;115:4;
116:15;137:17;178:16;
200:14;216:20;256:16
**severe (8)**
193:1,19,19;194:3;
274:14;278:4,6,6
**severity (6)**
193:4;200:8;274:4,16;
276:13,16
**sheet (2)**
72:8;121:2
**shop (1)**
219:15
**short (12)**
57:20;88:10;99:4;132:7;
149:14;159:19;221:2;
225:20;233:17;250:7;
270:18,20
**shorter (1)**
136:11
**show (7)**
69:9;120:23;134:23;
136:1;261:22;263:24;
265:11
**showed (2)**
194:15;232:12
**showing (2)**
68:15;203:23
**shows (1)**
230:18
**shrinks (1)**

192:19
**shutting (1)**
80:2
**si (1)**
158:2
**side (34)**
9:11;27:7,8;47:21;58:15;
67:22;68:16;95:1,10,15;
98:19,20;137:15;154:13;
218:5;219:4;259:24;260:23;
261:7;289:6;290:2,8,10,13,
13,15,22,22;291:3,5;292:9,
16,20,21
**sidewalk (1)**
56:24
**sight (68)**
27:6;67:21,24;68:18;75:6;
80:24;81:17;88:6,7;92:5,21;
93:5,13,14,16,17;94:5;95:1,
3,6,8,11,14,22;98:15;
109:23;110:12,16,19;
111:16;112:17,19,20,23;
119:17;124:10;127:5,9,15;
132:20;168:24;173:13;
180:22;193:18;259:23;
260:3,22;269:21,24;270:2;
272:13;276:21;278:22;
282:3,11;286:15;287:16,23;
288:4,4,20;290:2;291:10,14,
15;292:5,13,16
**sign (2)**
275:5;293:18
**signal (14)**
43:1;105:9;123:3;153:13;
226:3,5,7,8,12,14,22,23,24;
227:1
**signals (1)**
42:18
**significance (3)**
255:22;258:21;261:4
**significant (6)**
252:2;254:22;265:5,18;
274:3;275:3
**signs (1)**
225:4
**similar (9)**
33:5;68:17;242:21;267:5;
273:5,7,20;275:15;287:8
**simple (4)**
144:12;188:18,21;209:11
**simply (11)**
82:13;88:14;89:16;97:9;
167:24;171:9;176:8;210:1;
255:2;275:20;277:1
**single (5)**
15:14;84:21;190:14;
198:14;206:3
**sink (2)**
147:8;148:23
**sit (11)**
71:21;100:23;148:3,13;
215:13;273:23;274:21;
281:4,14,19;282:19

**site (1)**
31:12
**sitting (6)**
16:24;147:9;253:2;271:1,
11;288:19
**situation (9)**
79:14;190:20;209:22;
211:1,20;219:18;269:12;
284:6;287:19
**six (4)**
13:4;14:6,8;85:8
**size (5)**
221:21,22,24,24;222:13
**sizings (1)**
9:22
**skin (1)**
211:19
**skip (4)**
151:4,12;152:16;154:4
**skipping (1)**
150:23
**slow (1)**
271:15
**slowly (1)**
18:5
**small (1)**
10:14
**Smith (1)**
49:11
**smoke (1)**
227:15
**smooth (1)**
140:13
**smoothed (1)**
138:9
**smooth-out (2)**
134:10,11
**smooths (3)**
134:4,10;136:3
**Softail (4)**
15:24;17:21;20:5;41:11
**softly (1)**
144:18
**sold (3)**
65:14,15;234:24
**sole (1)**
180:9
**solely (4)**
80:12;89:24;178:1;269:12
**soliloquy (1)**
187:19
**solution (8)**
44:17,18,24;88:11;91:22;
97:19;98:23;189:6
**solutions (2)**
80:4;232:2
**solvent (1)**
195:13
**solves (1)**
98:12
**somebody (14)**
98:16;152:13;154:4,19;
163:4;164:23;190:24;

204:15;206:10;214:23;
219:6;276:15;277:6;291:11
**Someone (20)**
56:16;58:6;98:4,13,21;
115:21;131:16;132:22;
133:7;134:13,16,23;135:1;
137:3;139:20;155:17;163:1;
197:4;198:2;269:17
**sometimes (4)**
17:7,8;19:9;41:24
**soon (3)**
134:7;136:16,17
**sorry (33)**
17:15;30:21;35:15;39:8,
11,19;71:4;74:4;76:6;102:1,
22;105:23;107:3;113:20;
165:16,20;173:4;182:15;
194:23;207:10;209:17;
224:12,22;225:19;226:13;
227:5,12;235:24;248:16;
251:1;266:10;269:7;279:17
**sort (2)**
59:18;185:12
**sound (3)**
58:21;251:6,7
**source (1)**
99:20
**Southern (1)**
55:8
**space (3)**
108:16;265:13,18
**speaking (1)**
179:16
**specific (34)**
28:17;43:13;60:13;61:5;
63:1;65:23;76:24;88:3;
90:10;101:10;102:23;103:5,
7;105:12,17,20;107:21;
108:2,8;109:6;125:7;126:9;
129:16;139:10;153:8;
177:14;184:17,18;197:23;
211:12;275:4;280:2;281:6,
11
**specifically (15)**
28:13;29:3,8,13,14;66:9;
77:16;103:21;106:19;
177:16;179:17;205:19;
212:21;256:18;271:9
**specifics (1)**
92:15
**Spectator (1)**
253:20
**speculation (2)**
264:19,22
**speech (1)**
160:23
**speed (3)**
106:7,12;277:14
**speeds (6)**
132:9,12,15;271:13,15,18
**spell (2)**
32:19;269:6
**spend (1)**

61:1
**spin (1)**
249:8
**sport (5)**
68:11;261:6,20,20;264:6
**sports (2)**
68:23;258:24
**Sportster (5)**
20:6,13;21:2;23:5;137:13
**spots (2)**
205:18,20
**spray (1)**
286:21
**spraying (1)**
270:9
**spread (1)**
132:20
**staff (3)**
6:10,12,15
**stain (2)**
48:21;52:13
**stainless (1)**
21:22
**stall (7)**
126:19;129:4,7;132:17;
134:8;136:18;137:22
**stand (4)**
133:1;265:10;290:10,16
**standard (1)**
269:13
**standards (3)**
207:14;224:3,5
**standing (2)**
122:9;154:23
**standpoint (3)**
159:13;184:8;197:19
**standstill (45)**
16:20;18:19,21;84:16;
99:13;100:23;101:12;106:2,
8,13,15;111:18,21;114:18;
119:19;130:8,19;131:21;
132:8;133:9,12;135:4,7;
138:10;139:21,24;156:9;
164:19;166:14,24;179:1;
180:23;181:12,14;229:16;
237:17,20;238:22,23;
240:18;247:18;248:1,12;
281:19;282:19
**Star (2)**
102:4;104:9
**start (34)**
14:4;17:6;19:5;46:19;
60:20,20;72:15;82:7;
100:16;111:1;121:24;122:2;
125:19;126:22;131:15;
132:10,13;134:3,20,24;
136:1;144:6;145:16;146:2;
162:1;178:7;197:16;203:21;
218:9;227:14;241:18;
247:14;268:2;273:9
**started (8)**
22:2;118:17;126:5,8;
229:5,17;230:15;267:21

**Starting (18)**
18:3;20:15;43:23;101:12;
106:3,16,18;118:17;122:16;
125:17;126:13;128:15,17,
19;132:3;149:8;170:6;
286:11
**starts (1)**
124:4
**starving (1)**
149:9
**state (13)**
31:14;33:15,17;42:9;54:8,
9;55:17;57:24;62:2;106:19;
146:10;168:19;275:21
**stated (4)**
82:18;87:13;131:3;144:15
**statement (25)**
30:15,23;58:22;82:24;
83:6,24;84:3,24;90:19;
92:14;113:6;135:3,16;
141:9;146:24;175:17;
185:16;252:22;254:13;
264:9,10;265:16;284:24;
285:17,18
**statements (2)**
82:11;231:7
**states (15)**
34:2;166:10;167:4;256:3;
264:5,14;265:4,12;266:23;
267:15,21;272:8;275:17;
282:20;286:14
**stating (4)**
8:10;254:5,6;261:18
**stationary (5)**
93:5;240:8;273:23;281:4;
287:22
**stay (1)**
137:16
**steering (1)**
69:4
**step (4)**
83:12;96:2;134:14;199:22
**steps (1)**
73:10
**stick (1)**
192:10
**sticker (2)**
68:10;168:12
**stickers (6)**
16:5,7,12,16;206:12;
208:8
**sticking (1)**
78:15
**still (13)**
18:12;32:7;40:9;45:3;
105:10;122:9;133:2;154:23;
239:10;242:4;251:12;
265:18;281:18
**stipulated (1)**
5:6
**stipulations (1)**
5:2
**stock (1)**

Yazdani vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

254:15
**stop (7)**
26:10,12,19;60:21;218:9;
271:24;288:20
**stopped (3)**
41:13;42:9;253:8
**straight (1)**
256:10
**straightforward (1)**
84:24
**strategy (3)**
38:3;80:8;267:4
**street (1)**
126:23
**strengths (1)**
9:21
**stretches (1)**
207:20
**stricken (1)**
57:15
**strike (3)**
109:9;144:5;176:11
**strip-down (1)**
111:12
**student (3)**
33:15,17;62:2
**studies (8)**
9:7;59:7;61:13,22;62:10;
198:22;232:7,24
**study (17)**
33:1;61:13;63:22;150:12,
14;190:16;191:2;210:6,22;
211:5;234:13;235:2,3,4,6;
236:9,15
**studying (2)**
150:16,20
**stuff (4)**
67:4;124:15;125:1;189:2
**styles (1)**
256:13
**Styro-foam (1)**
204:2
**subject (3)**
111:22,23;269:11
**subjective (13)**
129:11,12,17;134:11,12;
136:8,13,22,23;138:2;139:2,
7,14
**submerge (1)**
60:7
**Subrogation (1)**
11:12
**subsequently (2)**
57:16;238:13
**substance (1)**
123:10
**substandard (1)**
27:10
**substantial (1)**
265:6
**substantive (1)**
57:3
**success (1)**

270:12
**successful (1)**
270:6
**successfully (1)**
55:2
**succinct (1)**
109:7
**sue (1)**
197:4
**sufficient (13)**
107:20;108:23;109:3;
117:20;171:8,13,15,17,22;
172:5,18;173:10;174:1
**sufficiently (1)**
108:7
**suggest (5)**
61:13;168:15;231:11;
243:16;269:24
**suggested (1)**
229:9
**summary (4)**
113:10;114:2;129:20;
145:24
**sump (1)**
254:10
**sunk (1)**
114:22
**super (1)**
261:20
**supplemental (1)**
236:9
**supplementation (1)**
44:22
**supplements (2)**
7:13,14
**support (5)**
65:24;70:12;99:21;
264:20,24
**supposed (11)**
17:16;132:13;139:7,8,9,
10,15,15;146:21,22;290:9
**supposition (1)**
145:1
**Sure (75)**
10:9;14:5;18:19;21:14;
23:12;29:24;31:24;32:8,14;
35:1,24;37:20,23;38:4;47:7;
49:11;53:24;56:10;58:23;
66:12,18;68:4;70:6;71:18;
77:5;84:11;93:1;96:13;
114:21;119:1,23;121:24;
122:4,8;125:24;134:20;
141:1;149:1,22,24;151:5;
152:21;154:22;158:5;169:6,
22;172:21;179:3;185:11,23;
187:6;190:9,11,15;191:12;
196:13;210:11;215:11;
217:20,23;218:13;220:24;
224:7;228:14;229:6;231:4;
239:8;245:17;249:6,20;
250:4;258:19;264:24;265:2;
273:9
**surface (1)**

288:9
**surfaces (2)**
16:8;18:7
**survey (1)**
94:17
**surveyed (1)**
94:19
**Suzuki (3)**
267:7,16,18
**switch (5)**
33:10;136:4;137:14;
268:6,22
**sworn (1)**
5:16
**sympathetic (1)**
256:9
**synonym (1)**
9:6
**system (16)**
16:14;26:1,22;27:3;50:2,
5;110:6;122:13;124:5,16,20,
21;154:20;167:17;272:15;
273:15
**systems (5)**
9:9;10:3;88:8;214:13;
254:11

**T**

**tablets (1)**
64:5
**talk (13)**
64:1;77:11;78:8,9;92:14;
93:8;104:24;154:12;173:17;
175:13;202:14;228:8;
263:23
**talked (13)**
46:21;74:16;75:4,5;77:3;
104:17;171:2;190:1;196:22;
208:15;216:6;272:22;275:5
**talking (30)**
10:18,19;11:1;21:12;24:7,
11;30:1;43:12,14;55:4;
58:24;64:3;65:6;69:10;
77:22;147:9;152:1,6;
155:14;178:12;186:4;192:1;
209:8;219:8;220:13;277:1;
278:20;280:23;289:18,19
**tank (13)**
68:11;205:15,23,23,24;
206:12;207:22;208:2,4,8,18;
222:20;259:2
**tasks (1)**
204:5
**taught (2)**
35:22;36:17
**Taylor (1)**
53:7
**teach (2)**
37:10,13
**teaches (1)**
219:6
**Tech (1)**

49:22
**technical (5)**
233:3,5;234:21;235:17,20
**technique (3)**
198:21;230:22;231:1
**telling (5)**
127:18;131:19;138:12;
167:19;172:24
**tells (4)**
17:13,16;134:3;190:17
**temperature (10)**
80:2;110:6;136:9,10,12;
168:23;173:12;283:23;
284:1,3
**temperatures (6)**
124:5;140:11;154:20;
257:17;292:23;293:1
**tend (3)**
60:15;264:5,14
**tendency (1)**
256:1
**tends (1)**
11:4
**term (2)**
23:13;269:2
**terms (10)**
20:15;37:21;120:2;
125:11;129:17;204:19;
214:3;274:3;275:17;291:20
**test (6)**
72:19;73:7;204:12;207:2;
208:6;234:15
**testable (1)**
210:7
**testified (39)**
5:16;57:16;92:20,23;93:3;
95:5;110:16;111:15;114:20;
117:4,24;118:21;125:13,17;
129:1,10;130:5,11,16;134:6,
8;136:8,21;140:20;141:1,
16;142:5;144:5,8;145:3,23;
147:2,3,18,19;215:23;
231:15;266:12,13
**testifies (1)**
88:13
**testify (7)**
54:6,9;55:21;56:3;57:1;
82:16;148:1
**testifying (3)**
53:23;55:23;123:15
**testimony (40)**
28:2;38:11,17;42:11;
43:16;54:13,16;55:18,24;
56:7,10;57:14;73:3;78:9;
81:20,24;86:12;87:14,18;
93:12;119:24;120:16;128:2;
129:21;130:17,20,21;133:6,
13,23;135:8,9;145:24;146:6,
9;166:15;222:11;231:7,11;
291:16
**testing (21)**
75:2;191:15;197:11,14;
200:17;201:5;202:21,23,24;

Thomas G. Oakes Associates
1-877-625-3777   www.TGOakes.com

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

203:6,8,9,20;204:14;207:4;
210:8;211:16,17,18;233:8,9
**tests (1)**
191:19
**Textron (1)**
51:6
**Therefore (15)**
54:20;58:2;60:24;91:9;
93:16;116:1;143:4;164:9;
167:6;168:5;181:6;229:16;
239:18;241:20;291:24
**thinking (9)**
115:11;116:14,20;117:11;
118:11;142:7;149:1;242:10;
263:19
**third (5)**
18:23;89:18;155:9;
179:16;267:20
**Thirty (1)**
233:18
**thought (12)**
14:12;53:17;75:10;
123:16;184:23;185:2;214:1;
243:18;244:12;246:10;
270:24;285:23
**three (16)**
46:23;92:7;101:18,19;
107:6;111:10;193:22;194:1;
200:12;203:16;218:13,18;
219:3;226:20;241:13;262:5
**threw (1)**
144:17
**throw (1)**
144:20
**thumb (2)**
66:21;67:2
**thumbnail (1)**
44:14
**thus (1)**
222:9
**tied (1)**
283:19
**Tile (1)**
52:11
**times (7)**
10:10;55:14;96:2;178:17;
182:2;196:5;212:5
**T-intersection (1)**
41:6
**tips (2)**
101:13;215:21
**today (1)**
24:3
**today's (2)**
156:17;256:8
**together (3)**
103:3;250:22;252:8
**told (7)**
53:17;56:9;75:12;133:16;
140:23;217:6;234:1
**tongue-tied (1)**
149:9
**took (8)**

36:2;74:20;111:9;137:22;
146:16;250:11;258:23;
262:16
**tool (1)**
211:2
**tools (6)**
59:8,9,10;60:9;211:4,10
**top (18)**
32:15;39:14,20;46:20;
154:8;166:7;168:19;172:6,
10;174:1;194:18;222:20;
260:19;261:8;265:24;
266:22;271:22;272:8
**topic (8)**
62:5;88:4;125:7,8;206:7;
212:22;213:2;277:15
**topics (4)**
28:22;206:6;220:13;
253:23
**total (2)**
11:14,17
**touch (1)**
292:10
**town (1)**
76:3
**track (2)**
12:3;76:9
**tractor (2)**
42:9;265:17
**traditional (3)**
10:9,12;123:2
**Traditionally (1)**
10:14
**traffic (5)**
41:14;253:2;270:19,22;
271:1
**trailer (6)**
41:12;42:8,10,19;47:14;
265:17
**trained (1)**
136:1
**training (13)**
24:9;25:10;34:1;37:17,19;
66:4;73:6;135:13,20,23;
138:20;160:19;208:24
**trainings (1)**
38:6
**trait (1)**
94:12
**trampoline (1)**
48:10
**transformed (1)**
147:6
**translation (1)**
138:22
**transmission (3)**
207:1;208:9;210:20
**traveling (2)**
34:12;35:8
**trend (1)**
11:5
**trends (1)**
101:13

**trial (13)**
5:12;40:16;41:18;45:2;
55:16;56:8;57:16;87:11,15,
18;98:6;123:15;293:8
**tried (2)**
70:5;87:4
**tries (1)**
87:8
**trip (1)**
216:2
**trouble (1)**
172:23
**truck (3)**
41:5,12;42:19
**true (3)**
175:16;238:2;265:15
**truth (1)**
184:15
**try (9)**
70:13;79:5;181:23;
210:15;230:4;234:3;263:12;
264:24;279:20
**trying (17)**
28:6;50:5;91:3;138:17;
143:7;163:12;176:5;202:19;
210:9;220:14;225:20;228:2;
238:12,21;239:14;279:19;
284:19
**tune (1)**
254:19
**turn (6)**
43:1;87:8;166:5;227:16;
253:4;284:4
**two (62)**
15:4;20:3;35:11,18;36:2,
3,19,24;38:21;43:12;46:22;
47:7;54:2;62:6,11;79:7;
102:9;105:10;106:10;
111:12;112:2,10,12;115:23;
116:3,16;118:18;121:2;
128:7;137:4;138:13,15;
177:2;178:20;193:20;
194:16;202:5;203:15;206:6;
215:4,5;218:3,5,17;223:17;
228:4,23;230:17;231:15;
232:16;235:19;238:8;
257:23;259:21;261:2;
265:21;268:1,3;279:1;
280:21;282:23;283:5
**two-car (2)**
228:20,22
**two-page (1)**
255:7
**Tylenol (1)**
64:6
**type (18)**
8:22;15:15;22:20;27:13;
48:20;85:20;90:5;138:22;
153:13;158:9;180:4;211:2;
213:10;230:22;261:23;
273:20;280:5;292:8
**types (2)**
9:8;92:1

**typically (12)**
21:6;61:13;70:10;72:12;
77:8,8;127:17;194:5;
200:10;218:2;283:6;289:4
**typo (1)**
39:12

## U

**UL (8)**
59:9,10,13,16,19,20,23;
60:4
**unaddressed (1)**
192:8
**unattended (4)**
30:17,24;32:2;282:17
**under (16)**
16:8,12;33:1,6;63:9;
113:21;132:5;150:19;152:5;
154:13;156:7,13,15;169:19;
173:5;240:3
**underlying (1)**
281:17
**underneath (1)**
124:14;137:14
**understandable (2)**
64:19;147:10
**understands (3)**
140:21,24;214:24
**Understood (56)**
20:12;76:20;100:14;
116:8,13;117:2,5,7,17,21,
24;118:15,20;130:3,6,16;
140:16,17;141:3,5,14;142:2,
6,22;143:5,6,10;144:4,8,9,
11,16,17;145:4,4,5,21;
146:11;147:4;148:14,20,22;
175:1;237:14,22;238:20;
239:14;240:1;241:7,21;
243:1,5;246:8;247:2;
248:23;249:10
**unfair (1)**
16:11
**unfamiliar (1)**
134:21
**unimportant (1)**
148:9
**unique (19)**
61:5;80:16;91:24;92:8;
93:22;94:1,3,12;99:9;
116:23;118:12;141:21;
153:8;154:9;177:14;193:16;
244:22;274:11;290:18
**uniquely (1)**
217:3
**unit (1)**
263:17
**United (1)**
52:19
**University (1)**
33:18
**unless (5)**
25:16;27:15;126:21;

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

134:21;262:1
**unlike (1)**
  85:19
**unlikely (1)**
  168:4
**unnecessarily (11)**
  122:14;124:24;125:4,10,
  11,14;127:18,24;128:5,9;
  155:11
**unnecessary (1)**
  287:1
**unreasonable (3)**
  89:12;272:10;286:17
**unsafe (6)**
  18:18,20;81:13;218:21,
  23;272:10
**unsatisfactory (1)**
  46:1
**up (59)**
  16:24;17:1,8,17,22,24;
  18:1,6;20:15;21:20;38:12;
  64:24;109:19;126:1,18;
  129:3,9;131:20;132:16;
  133:7,12;134:7;135:3;
  137:16,23;138:4;139:13,20,
  23;140:3,12;156:8;158:2;
  162:19;164:16,18;166:13,
  23;181:13;202:3;204:2;
  216:2;220:11;227:15;237:1;
  256:3,3,8;260:3,5;265:10;
  267:17;268:15,19;281:15;
  283:19;284:2,8;285:8
**updated (3)**
  30:5,7;38:15
**upfront (1)**
  156:11
**upgraded (1)**
  21:21
**upgrades (1)**
  255:1
**upon (38)**
  12:3;19:10;27:9,22;66:3;
  77:16;78:22;80:7,12,13;
  89:18;110:21;119:23;
  128:12;136:9;137:1;145:2;
  146:19;148:18;151:21;
  152:7;156:24;157:15,16,21;
  158:1;159:2;176:20;192:24;
  196:12,21;211:1;216:10;
  230:6;265:19;277:4;283:2;
  291:16
**upper (1)**
  40:7
**upright (1)**
  291:5
**upside (1)**
  260:11
**urgent (1)**
  152:22
**USA (1)**
  48:7
**usability (14)**
  191:15;202:22,24;203:6,

  8,9;207:2,4;208:6;210:21;
  211:5,18;234:15;235:6
**usable (1)**
  203:13
**USC (1)**
  49:3
**use (50)**
  9:8;10:3,4,5;46:4;73:23;
  75:6;79:23;88:7;98:14;
  105:11;106:8,13;115:19;
  116:2;119:20;122:23,23;
  134:2;146:21,22;159:14,14,
  15,15,20,22;169:21;170:20,
  22;174:4;180:8;184:17;
  193:7,8,21,23;194:5;195:14;
  196:2;216:15;217:7;219:6;
  235:16;246:3;269:21;270:6,
  13;289:13;291:13
**used (25)**
  20:19;63:22;65:23;77:11;
  89:17;98:11;114:11;116:1;
  135:19;147:5;176:13;
  185:18;200:11,11;211:2;
  215:9;217:8,9;218:13;
  263:17;269:22;271:10;
  283:5,7;285:19
**useful (3)**
  75:10;207:1;271:14
**user (19)**
  61:3,17;64:14,14,24;65:1;
  108:13;129:12,12,17;
  136:14;155:8;172:12;
  176:24;181:1,19;188:24;
  266:19;274:9
**users (6)**
  93:23;176:20;203:10,23;
  204:5;280:1
**uses (2)**
  291:10;292:5
**using (8)**
  9:12;42:24;81:23;86:1;
  164:8;231:23;261:7;269:1
**Usual (2)**
  5:1;237:4
**usually (1)**
  254:15
**utilized (3)**
  267:5;272:15;273:15

## V

**valid (1)**
  141:10;146:23,24;217:19
**validated (1)**
  264:1
**van (1)**
  272:3
**Vandenberg (4)**
  39:10,14,21;40:1
**variable (1)**
  136:16
**various (2)**
  58:16;277:19

**vault (1)**
  49:5
**vehicle (12)**
  15:14,14,15,16;73:20;
  151:1;179:1;195:8;253:22;
  254:2;257:22;270:18
**vehicles (5)**
  83:18;253:21;264:18;
  265:9;267:7
**veracity (1)**
  56:1
**version (5)**
  29:24;30:2,5,7;111:12
**versions (2)**
  112:2,10
**versus (5)**
  41:5;199:15;236:13;
  253:24;280:24
**view (1)**
  96:5
**VIGILANTE (22)**
  5:14;6:5,6;7:3;8:17;30:8;
  32:16,17,23;33:3,6,8,12;
  62:13,13,21,23;63:11;72:2;
  144:14;214:7;257:7
**Vigilante-1 (3)**
  120:10,12;222:10
**Vigilante-10 (1)**
  255:14
**Vigilante-11 (1)**
  257:4
**Vigilante-12 (2)**
  258:6;259:15
**Vigilante-13 (1)**
  261:12
**Vigilante-14 (1)**
  262:10
**Vigilante-2 (1)**
  120:19
**Vigilante-4 (1)**
  121:1
**Vigilante-5 (1)**
  222:5
**Vigilante-6 (3)**
  223:19;259:16;262:17
**Vigilante-7 (2)**
  250:16,18
**Vigilante-8 (1)**
  252:14
**Vigilante-9 (1)**
  253:14
**Vigilante's (1)**
  28:2
**violated (4)**
  224:21,23;225:1,11
**violates (2)**
  225:17,22
**Virginia (5)**
  51:5;54:8,10,21;57:24
**Vitae (1)**
  120:17
**Vititoe (1)**
  38:23

**Vivitoe (6)**
  41:9,10,17,21;42:6,17
**vs (20)**
  38:23;39:4,10,14,21;40:1,
  21;43:24;45:7;46:8;47:17;
  48:7,16;49:3,11;50:14;
  52:10,20;53:6;283:15
**VTX (1)**
  253:7
**vulnerable (1)**
  254:20

## W

**wait (4)**
  77:21;121:5;192:7;277:5
**waiting (1)**
  225:16
**waived (1)**
  5:9
**walk (1)**
  9:23
**walked (4)**
  227:22;228:11,12,15
**wants (2)**
  94:11;188:4
**warm (20)**
  17:17;18:1,6;129:9;
  131:20;133:7,11;135:3;
  136:12;137:8,9,23;138:4;
  139:20;140:3;156:8;164:18;
  181:13;227:14;256:3
**warmed (2)**
  137:16;268:15
**warmer (3)**
  19:4;136:12;251:14
**warming (8)**
  16:24;17:22,24;139:23;
  140:12;166:13,22;256:8
**warms (2)**
  126:17;132:16
**warm-up (5)**
  128:20;132:8;256:14;
  268:12;270:19
**warn (5)**
  50:21;177:12;192:22;
  193:12;276:5
**warning (285)**
  11:3;13:7,14,18,22;14:12,
  19,20,22;15:19;16:4,7;
  17:17,21,23;24:17;25:23;
  37:2;42:9;43:19;44:6,16,19,
  23;45:1,11,24;46:3;50:6,22;
  52:2;58:4,9;60:1,8;68:10,
  12;69:8;73:9,12,15;77:23;
  78:7,18,19,21;79:7,12;80:8,
  9,10,12,13;81:9,9,13;83:3;
  84:17;86:9,14;89:3,21,23,
  24;91:7,8;96:15,21,23;97:7,
  12,13;101:15;105:1,4,8,23;
  106:5,20,21;107:12;108:4,
  10,20;114:17;115:13;
  116:23;117:12,24;118:13;

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

119:3,4,9,14;120:2;122:1,3,
4,5,7,8,18,23,24;123:10;
124:13,19;125:2;130:22;
131:22;139:13,14,18;
140:16;141:11,20;142:2;
143:7;145:21;146:4,6;
151:11,19,20;152:3,4,6,12,
14,24;153:5,22;154:15,16,
22;155:5,14,17,22;156:8,13,
15;157:15,16,21;158:6,9;
159:3;160:11;163:3,13,18,
22;164:9,12,17,18;166:14,
24;167:2,9;168:1,8,9,13,15,
20;169:11;171:5,7,9,14,16,
18,21,23;172:16,19;173:2,5,
7,18,22;174:21;175:2,3,5;
176:3;178:20;179:8,15,17,
20,23;182:12;183:11;
186:21;187:24;189:23;
190:2,15;191:16;192:5;
195:7;198:12,14;203:24;
205:14;206:5,7,8;207:15;
210:3;211:23;212:1;213:1,
9;214:12,13;215:1,2;217:5;
221:6,8,10,20;222:13;224:2,
21;229:8,20;230:12,21;
231:3,24;232:5;233:9,11,12;
234:9;235:8;236:10,10;
237:15,15,19;238:4,13,16;
239:1;240:9;242:19;243:7;
248:8,21;249:15,17;259:1,2,
17;265:22;266:5;272:24,24;
273:22;275:1,5,9;276:1;
280:19;282:21,22;283:9,10,
21,22;284:24;285:1,4,5,9,
16;286:3;287:10,24

**warnings (174)**
14:15;25:9;28:12,14,16,
18,20;29:2,4,7,9,10,13,20,
23;30:10;33:5,10;35:19,23;
36:1,3;37:2,6,8,11,15,15,19,
22,24;38:5,7;42:3,4,6,12,13,
18;43:4;44:2;46:11;47:1,2,
3;49:12;58:18;59:11,15,20,
21;60:2,4,5,12,18,19;62:6,
12,16,22,24;63:4,8;68:2,7;
78:24;80:21;96:5;108:16;
115:8;139:7;153:1,2,13;
156:19,20;160:1,4,6,13,17;
161:1,11,22,22;162:5,15;
163:6,8;173:8;178:3,9;
182:6,18;183:3;190:6,8,18,
23;191:5,6,10,17,24;192:2,
3,10;194:9,16;195:21;196:2,
12,13,18;197:2,12,19,24;
198:1;199:15;200:5,6,7;
201:17;202:1,1,15,16;
203:14,16;204:3;205:9,24;
207:22;208:4,18;210:6;
212:10,18,20;214:8;215:4;
220:13;221:15;225:1;230:2,
6,8,19;231:20,22;232:8,12,
14,20,22;235:23;236:4,7;

238:20;244:4;259:4,7;
265:8,9;272:21;273:12;
278:15,17,19;283:5,7;
285:19

**wash (1)**
188:8

**water (2)**
60:7;257:17

**water-cooled (2)**
67:18;253:24

**way (48)**
15:11;25:13;26:8;45:22;
59:6;61:8;64:11;71:24;
72:13;81:3;96:5,17;97:14;
116:13;123:2,24;128:12;
129:3;141:10,10;145:7;
146:20,22;148:15;155:5,10;
159:10;167:14;180:9,12,14;
181:7,18;184:5,10;188:10;
193:21;206:8;207:17;218:3;
225:14;231:13;233:23;
274:8;276:1;285:3;290:19,
24

**ways (4)**
85:9;206:9;211:14,19

**weakest (1)**
283:3

**weaknesses (1)**
9:21

**wear (4)**
37:24;38:1;193:12;195:9

**wearing (1)**
42:1

**weather (3)**
101:12;137:9,11

**web (4)**
100:23;101:1,4,7

**website (8)**
250:23;251:6,8;252:5,19;
255:19,20;257:10

**websites (5)**
66:7;67:16;74:13;76:17;
104:6

**week (1)**
251:19

**weeks (3)**
17:6;19:6;251:18

**welcome (1)**
85:14

**well-designed (3)**
254:14,17;283:21

**well-known (1)**
60:8

**weren't (4)**
81:7;170:23;171:3;280:21

**Wescott (1)**
49:2

**Westfield (1)**
52:10

**What's (25)**
6:3;48:5;52:18;53:5;
70:13;75:22;85:4;103:13;
105:11;110:14;114:15;

120:23;141:19;150:15;
152:5;159:5;166:18;217:24;
255:18,22;258:21;261:4;
265:3;266:9;288:24

**Whenever (1)**
262:22

**whereas (1)**
31:12

**Whereupon (23)**
57:20;76:13;78:3;99:4;
120:12,19;142:14;143:14;
149:14;195:3;221:2;222:5;
223:19;250:7,18;252:14;
253:14;255:14;257:4;258:6;
261:12;262:10;293:20

**whip (1)**
24:12

**white (2)**
123:5,7

**whole (8)**
28:18;124:19,20;189:1;
198:11;199:7;283:9;289:22

**who's (1)**
283:8

**widely (1)**
272:9

**widget (1)**
29:14

**wife (1)**
20:10

**wild (1)**
12:2

**WILLIAM (1)**
5:14

**win (1)**
53:21

**windshield (5)**
68:12;194:18;195:12,14;
259:3

**winter (3)**
17:4;19:2,3

**winterization (3)**
67:16;101:13;251:9

**winterize (2)**
19:2;125:18

**winterizes (1)**
251:12

**winterizing (1)**
125:20

**wipe (2)**
289:7,8

**wire (1)**
127:16

**wireless (2)**
233:7,19

**wiring (2)**
111:19;169:3

**within (11)**
28:3,8;59:16;78:15;
124:24;126:5;198:15;211:3;
234:22;245:8;267:9

**without (22)**
31:20;78:24;152:15;

165:14;166:14,24;167:2,9;
171:9,23;216:20;218:20;
242:5;249:14,17;250:1;
264:10;270:9;276:11;
287:11;288:7;291:21

**WITNESS (35)**
6:15;32:21;40:15;57:23;
76:16;86:8;103:19;121:8,
10;123:12;142:17;143:17;
144:14;148:11;162:12,14;
170:10;175:9;184:10;
187:10;205:2;207:7;220:22;
222:14;223:7,16;225:19;
232:17;242:3;246:12;269:3,
7,10;279:22;293:17

**Wogalter (16)**
30:8;32:18,20,23;33:2,3,6,
8,11;62:21,23;63:11;214:7;
232:11,18;235:2

**W-O-G-A-L-T-E-R (1)**
32:21

**woh (1)**
197:21

**wondering (1)**
74:5

**word (20)**
86:1;104:19;105:10,11;
122:18,24;147:5;153:13;
174:4;177:21;226:3,5,7,8,
12,14,22,23,24;227:1

**words (5)**
144:19;175:1;184:17;
233:18;283:19

**work (30)**
6:23;7:1,2;8:23;10:1,6,10,
11,13,23;11:4,12,13,18,20;
12:16,18;21:7,9,12,16;
34:14;71:6,15;97:23;123:3;
169:3;191:21;204:13;
233:15

**workaround (1)**
234:12

**worked (5)**
157:19,19;191:21;233:21,
21

**working (3)**
8:16;12:19;22:1

**works (3)**
26:9;204:12;274:7

**world (2)**
156:18;191:4

**worry (1)**
289:17

**worthwhile (1)**
61:20

**write (4)**
66:14;70:10,11;177:15

**Writer (1)**
255:20

**writing (5)**
66:8;69:15,19,21;70:8

**written (8)**
28:11;29:16,19;33:14;

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

72:13;186:13;212:6,8
**wrong (15)**
82:15;139:5,17;148:8;
159:1,2;175:4;187:23;
188:3;204:18;208:2;213:7;
218:22;285:2,4
**wrote (5)**
7:17;177:16;226:19;
233:3;235:20

## X

**XV (1)**
102:4
**XVS (I)**
102:4
**XYZ (1)**
101:11

## Y

**yacht (1)**
40:8
**Yamaha (22)**
22:21;67:20;68:10,11,22;
69:17;92:11;94:24;100:3;
101:19,21;194:15;195:19;
206:5;258:1,14;261:19;
265:11;267:8,11,14;291:2
**Yamahas (3)**
102:13;103:9;104:9
**Yazdani (48)**
17:1,5;92:11;114:7,20;
116:8;117:23;118:10,15;
125:16,24;130:2;131:7;
140:16;142:1,5,18;144:7;
145:3,20;146:15;148:1,14;
158:19,22;175:21,24;
176:23;177:7;215:23;
219:11;230:11;231:2;
237:14;238:6,8;243:13;
246:8;247:13;249:22;
251:15;252:5;263:16,20;
267:21;269:13;278:12;
287:21
**Yazdani-1 (2)**
120:24;222:12
**Yazdani's (9)**
73:2;177:15,16;227:13;
247:16,23;280:24;281:22;
284:6
**year (8)**
10:16;22:13;35:17;40:16;
63:14;104:8;118:17;258:10
**year-and-a-half (1)**
116:17
**years (10)**
19:7;55:3;80:15;92:12;
94:21;102:3,5;115:4;
116:16;118:18
**Yeldham (20)**
81:20;88:12;92:20;93:3;
95:5;97:15;110:16;111:15;

119:24;125:12;129:1,10;
133:24;134:6;135:24;136:8,
21;137:1;138:1;291:16
**Yeldham's (3)**
78:8;129:21;266:3
**YJ (I)**
48:7
**York (3)**
55:7,8,11
**younger (1)**
137:19
**YZF (8)**
67:20;68:11,22;69:17;
258:14;261:20;265:11;
291:2

## Z

**Z535.2 (1)**
226:1
**Z535.4 (5)**
173:7;224:21;225:2,11;
227:3
**Zazula (8)**
79:21;88:12;89:15;97:5,
15;171:2;272:5;291:18
**Zazula's (1)**
78:9
**zero (4)**
10:16;249:19;282:5,8

## 0

**04 (1)**
21:2
**06 (1)**
21:1
**07 (2)**
20:24;21:5

## 1

**1 (13)**
30:3;121:14;131:7;166:2;
167:1,3,6;171:5;173:6;
224:13,15,18;258:17
**1,000 (1)**
258:15
**1/1/16 (1)**
38:14
**10 (26)**
10:15;17:7;19:8,14;
125:23;127:11;129:14;
137:10,17,22;165:16,18;
166:7,10,16,18;167:1,4,6,
19;168:3,5;202:5;205:23;
229:23;293:3
**10/2002 (1)**
121:8
**10/2012 (1)**
48:6
**100 (1)**
182:2

**11 (7)**
105:15;106:23;107:5;
112:22;236:6;257:2,8
**1100 (2)**
102:4;262:7
**1150 (16)**
93:4;111:8,9,9,17;112:9,
11,16,18;177:17;178:4;
181:16;182:16;261:19;
263:21;283:20
**1150s (1)**
163:21
**12 (4)**
23:1;165:17,24;258:4
**12th (1)**
199:6
**13 (3)**
23:1;165:18;166:5
**14 (9)**
53:16;109:5;168:10;
171:5;173:2,5;178:12;
179:18;221:21
**15 (19)**
18:5,9;47:4,5;53:16,18;
108:19;125:23;126:7;
127:11;137:22;168:20;
172:7,10;178:21;214:11;
223:23;251:18;274:21
**150 (1)**
24:13
**16 (1)**
40:22
**16A (1)**
102:4
**17 (5)**
23:3;161:16,19;224:7,12
**171 (1)**
266:14
**175 (1)**
266:17
**18 (1)**
23:3
**1995 (1)**
236:15
**1996 (2)**
62:7,23
**1997 (3)**
62:7,13,19,21;63:14;
107:2;213:10
**1998 (6)**
32:23;62:13,15;67:21;
258:14;265:10
**1999 (5)**
32:18;33:7;63:24;214:10;
235:5

## 2

**2 (7)**
73:24;120:16;121:15;
222:10;224:13,15;286:13
**20 (13)**
17:7;92:11;140:5,7;202:5;

206:12,19;207:21;208:3,7,
18;251:18;274:21
**2000 (2)**
104:9;235:6
**2001 (1)**
104:10
**2002 (3)**
102:3;104:11;173:7
**2004 (6)**
20:6,12;22:11;49:20,23;
54:17
**2005 (1)**
35:14
**2006 (6)**
20:5;33:4,9;35:15,16;
214:10
**2007 (5)**
16:1;22:14;35:15,16;
68:21
**2008 (1)**
22:15
**2010 (6)**
33:12;54:22;68:15;
104:10;261:3,6
**2011 (1)**
104:10
**2012 (2)**
43:24;47:17
**2013 (3)**
38:23;39:2;48:15
**2014 (5)**
39:9,13,16,21;49:23
**2015 (10)**
8:18;30:3;39:12;40:22,23;
50:14;52:19;72:2,4,5
**2016 (1)**
52:10
**25 (3)**
204:16,22,22

## 3

**3 (9)**
120:17,19;121:18;214:7;
222:11;224:13,15;263:15;
287:3
**30 (16)**
11:12;16:24;17:8;18:5,9;
19:21;20:1;126:4;139:24;
140:4;267:23;268:10;270:8,
22;274:21;293:3
**329 (1)**
98:12
**35 (1)**
11:9
**351 (2)**
121:18,18

## 4

**4 (9)**
39:14,21;120:20;222:12;
224:1,14,15;264:4;287:9

Thomas G. Oakes Associates
1-877-625-3777    www.TGOakes.com

Yazdani  vs.
BMW

William Vigilante, Jr., Ph.D.
March 15, 2016

**4:50 (1)**
  293:21
**40 (1)**
  11:9
**49 (1)**
  153:22

---

### 5

**5 (8)**
  30:7,12;39:16;77:21;
  222:13;224:14,15;287:18
**5/12 (1)**
  47:8
**50 (2)**
  12:8;127:7
**50.1 (5)**
  245:16,23;246:4;247:3,6
**51 (10)**
  121:20;127:1,6;130:23;
  153:11;154:12;155:14,23;
  238:10;239:13
**53 (2)**
  155:23;265:17
**55 (1)**
  121:17
**59 (1)**
  131:16

---

### 6

**6 (12)**
  32:16;62:15;77:20;
  177:18,20;224:14,15,18;
  259:13;265:24;266:22,22
**60 (14)**
  11:5,6;131:5,8,14;156:7,
  12;158:4,7,21;159:3;
  164:17;238:11;239:14
**64 (1)**
  131:6
**65 (2)**
  11:5,6

---

### 7

**7 (6)**
  32:16;63:10;271:22;
  272:8;280:11,16
**7/2014 (1)**
  39:3

---

### 8

**8 (3)**
  252:12,18;280:18
**80V (1)**
  112:18
**830 (1)**
  75:24
**8-3-0 (1)**
  76:1
**850s (1)**

  163:22
**880 (1)**
  20:6
**89 (1)**
  190:3

---

### 9

**9 (3)**
  166:3;233:4;253:12

---

Thomas G. Oakes Associates
1-877-625-3777   www.TGOakes.com