For power — and reliability — you will find that the air-oil cooled layout's limits are much lower than they are if the engine is soothed by water.

On the other hand…

Air-oil cooling has a number of plusses to argue for it, too: The layout is inherently simpler. There are fewer parts — you eliminate an entire system from the bike. No radiator, no hoses, no water pump. That means less in the way of regular maintenance chores, as well as fewer things to potentially break down the road and cost you money. It also means — usually — that the engine will be much more accessible and easier to work on. As well as prettier — because the engine will be cleaner — less obstructed from view by all the aforesaid stuff.

That's worth something, surely.

A few years ago, I was out riding my '03 Kaw ZRX1200 — a modern sport bike with a water-cooled engine. The temp gauge began to edge up to the unhappy zone and as I rolled up to a red light and stopped, I caught the can't-mistake-it-for-anything-else aroma of anti-freeze burning into steam. My bike's radiator had a pinhole leak — probably caused by a piece of road debris chucked into it at high speed as I was blasting down the highway a few minutes prior — and a jet of coolant was spritzing the headers. Luckily, I was not far from my usual bike store, so I gimped the Rex there — just barely making it before the needle went all the way red as the last of the coolant bled out.

The new radiator cost me $400 — not including labor to install (I was sans tools and at their mercy).

Even if that never happened, it would still be necessary to periodically drain/refill the system with fresh coolant. Check — and, eventually — replace the hoses, thermostat and water pump. It's part of the deal. And water-cooled machines are prone to scale build-up and rotting of threads exposed to the coolant. A 40-year-old air-oil cooled bike has no such issues — but you have to be really careful about buying older water-cooled bikes. If the radiator of a 40-year-old bike is crusted up with scale, bet your bippie the inside of the engine is, too.

You'll never have that problem with an air-oil cooled bike like my '76 Kz900 (or my single cylinder dual-sport).

In fact, if you leave the thing alone — no high CR pistons, overbores and other such — and simply change the oil and filter every now and then — you'll probably never have any problems, period.

A water-cooled sport bike might get you there quicker — but an air-oil cooled one will always get you there.

And that's all I have to say about that.

The American Spectator Foundation is the 501(c)(3) organization responsible for publishing The American Spectator magazine and training aspiring journalists who espouse traditional American values. Your contributions are tax deductible to the extent permitted by law. Each donor receives a year-end summary of their giving for tax purposes.

Copyright 2013, The American Spectator. All rights reserved.

Exhibit B

K A Y A K    S E A R C H

Latest News    The Spectator    The Minnesota    YouTube    Donate

## Eric Peters

**IMAGES:**



**RSS FEEDS:**

Articles + Blog Posts
Articles

Blog Posts

**AUTHOR BIO:**

Eric Peters is an automotive columnist and author of *Automotive Atrocities: The Cars You Love to Hate* (Motor Books International) and a new book, *Road Hogs*.

All    Articles    Blog Posts

10.9.15
No More Affordable Diesels — Courtesy of the EPA

7.16.15
Patently Absurd

7.10.15
Radar Love

6.8.15
A Freer Market Way to Fly

5.7.15
Shoring Up the 'Online Titanic'

4.20.15
The End of AM/FM Radio?

4.16.15
Great Engines of Yesterday

4.3.15
No More 'Speeding' For You!

3.30.15
Things to Know About Muscle Cars… Before You Buy One

2.26.15
Tesla Loving Care

### Support Conservative Journalism

Most people don't realize that The American Spectator is published by a non-profit, The American Spectator Foundation.

Please make a tax-deductible contribution to support The American Spectator today

**Donate Now**

## Most Viewed Articles

**Immigration Proponents "Answer" Donald Trump With Video of Swearing Kids**
Emily Zanotti

**Jeb Bush Apologizes for Insulting France**
Emily Zanotti

**Bernie Sanders Doesn't Like Uber, Uses it Literally All The Time**
Emily Zanotti

Exhibit B

*12.17.14*
## Welcome to GMC Canyon Country

*12.15.14*
## How Uncle Killed Pontiac

*10.20.14*
## If the Tesla D's Such a Great Car...

*10.2.14*
## Bring Back T-Tops!

*8.7.14*
## Another One Bites The Dust

*8.6.14*
## Roasting Kids

*6.9.14*
## The Old Car Loophole: When Will It Close?

*5.30.14*
## The Electric Crack Pipe

*4.3.14*
## A Rearview Camera in Every Garage

*3.19.14*
## Dodge Dart Debacle

1 of 11    **next ›**

# You May Like                    Sponsored Links by Taboola

### 35 BiSexual Celebs: #16 Will Shock You
LifeDaily

### Ever Looked Yourself Up? This New Site Is Addictive
Instant Checkmate Subscription

### Why Jim Cramer Thinks You Should Walk Away From Your Mortgage
Bills.com

### Forget The iPhone 7. Next Apple Sensation Leaked

**Thoughts on Canada Having a New Prime Minister Trudeau**
Aaron Goldstein

**Trump Tweets Image of Jeb Bush Next to a Nazi Swastika**
Aaron Goldstein

## Spectacle Blog 11.4.15

**Immigration Proponents "Answer" Donald Trump With Video of Swearing Kids**
Emily Zanotti

11.4.15
**Jeb Bush Apologizes for Insulting France**
Emily Zanotti

## Free Market Accountability Project

**Let Rodney Gilstrap Do His Job**
Mytheos Holt

**Dear Conservative Patent Reform Skeptics: Stop Backing the New York Times**

Exhibit B

The Motley Fool

**From Harvard To Hollywood: Celebrities With Ivy League Degrees**

Your Daily Dish

**25 Things Your Cat Is Trying to Tell You With Its Weird Habits**

SheKnows

**Jim Cramer's Brilliant Tip on Paying Off Mortgage**

Bills.com

**Ron Paul's Most Surprising Prediction Yet**

Stansberry Research

Mytheos Holt

### The High Price of Our Medical Patent System

Mytheos Holt

read more

Sign up for our Newsletter

Get the Latest from The Spectator Delivered Straight to your Inbox

Enter Your Email Ad   Submit

Manage My Newsletter Subscription



The American Spe...
105,0..likes

**Like Page**

Be the first of your friends to like th

Exhibit B

minutes before
getting on and riding
away?

It's obnoxious at a
cafe when you're
trying to sip your
latte amid their
fumes, but it's also
fairly pointless and a
waste of fuel.

It may also be doing
their engine harm if
they don't warm it up
correctly.

Old motorcycles with
carburettors and
gluggy oils required a
long period of
warming up but
surely today's fuel-
injected engines with
modern synthetic oils
can go straight after
you push the button,
right?

Yes, but it also
depends on how old
the engine is.

If it's a new bike, it
will require a few
seconds – not
minutes – to warm
up. This is not only so
the oils warm, but so
the gaskets and valve



tabbies®
EXHIBIT

---



ACURA
>UNLOCK THE THRILL OF THE **TLX**

**MOTORBIKEWriter** in f 8+ @

To search type and hit enter

**MOTORBIKE NEWS, VIEWS & REVIEWS**

HOME
MOTORBIKES
GEAR/ACCESSORIES
TIPS/TRAINING
MOTORBIKE NEWS
WHAT'S ON
TRAVEL/RIDES
BIKE VALUATIONS

# How to warm up a motorcycle engine

BY MARK HINCHLIFFE, IN TIPS/TRAINING — 18 MAR

Have you ever seen,
heard and smelt a
rider revving their
motorcycle engine or
idling their bike for

SHARE

6

676

Exhibit B

11/4/2015
How to warm up a motorcycle engine - Motorbike Writer
How to warm up a motorcycle engine - Motorbike Writer
11/4/2015

carburettors to allow smooth starting from cold. And modern synthetic oils get the oil flowing quickly to lubricate the engine, even in cold conditions.

In fact, oil pressure rises when the bike is under load, so it is actually lubricating the engine better to be moving than sitting still.



If you idle modern bikes too long, or rev them hard before riding away, you can do long-term wear and damage to bearings and seals.

As for old bikes like my 1980 Honda CX500, let them idle with gentle revs not exceeding a third of the revs to redline. Allow the choke to slowly go back in

seat properly in the new engine.

After the first 1000km, you won't need to warm it up for near as long, if at all.

RACQ technical guru and Suzuki Bandit rider Steve Spalding advises riders not to idle their engines any longer than is necessary.

"At traffic lights, it's unavoidable but there is no need to run at idle before starting off," he says.

"The best advice is to start the bike and ride away as soon as it will do so without any spluttering – in Queensland's climate this should be almost instantly almost all year round."

Modern engine management systems will ensure the fuel mixture is correct unlike the days of setting the choke on the

Training in Accident Scene Management for Riders



First Aid 4 Motorcyclists
www.first-aid-for-motorcyclists.com.au

$78
Check www. Site for NATIONAL TOUR DATES
BOOK NOW

FREE WEEKLY NEWS UPDATE

Subscribe to weekly eNewsletter
MOTORBIKEWRITER.COM

...ooking for motorcycles?



harley davidson, dyna superglide
AU $7,450.00

Harley Davidson V Rod Street Rod
AU $12,500.00

## WHAT'S HOT RIGHT NOW

MotoGP crash online petition 'crashes'

Appeal lodged over helmet camera case

New 1200cc Triumph Bonneville family

VLAD 'farce' leaves $2500 legal debt

Burning police car story takes a twist

Victoria Police start motorcycle lane filtering

Naked women on motorcycles trend

Confusion grows over illegal helmets

European motorcycle helmets legal in 2016

Bridge pothole claims motorcyclist



& TRIPLE POINTS on weekends.
#swimmingallweek
JOIN NOW
HILTON HHONORS

Exhibit B

How to warm up a motorcycle engine - Motorbike Writer




How to avoid
becoming roadkill

How to fill your
motorcycle tank



How to handle a
heavy motorcycle

Honda CX500 project
bike goes NOS

Suzuki to revive
turbos and Katana2

Foot warmers for

## Tweets                                         Follow

**Mark Hinchliffe**                               14h
@MarkHinchliffe
Would you know what to do if a #motorcycle
#crash #victim asked you for water?
#FirstAidForMotorcyclists... fb.me/5u3WevIuP
Show Summary

**Mark Hinchliffe**                               18h
@MarkHinchliffe
Does this look like a good #motorcycle TV show?
What's your favourite motorcycle TV show or
DVD? The Walking Dead... fb.me/fG1ngxcfl
Show Summary

**Mark Hinchliffe**                               3 Nov
@MarkHinchliffe
Don't just rely on the
engine temperature
gauge or feeling the
fins of the engine.

**Mark Hinchliffe**                               3 Nov
@MarkHinchliffe
Who's going to Bike Night tonight? You'll see
vintage Japanese bikes, hundreds of #WildPack
riders, the Victory... fb.me/DFG3yytYy
Show Summary

**Mark Hinchliffe**                               3 Nov
@MarkHinchliffe
How would you like 20% off an adventure film
festival featuring several amazing motorcycle
movies?... instagram.com/p/9nQuU0bPfv/

**Mark Hinchliffe**                               3 Nov
@MarkHinchliffe
What are the results of this major #motorcycle

Tweet to @MarkHinchliffe



**SUBSCRIBE FOR TV**

MOTORBIKEWRITER.TV

---

How to warm up a motorcycle engine - Motorbike Writer

with a gentle prod,
however you can
head off before the
choke is fully off.

Just make sure the
engine is running
smoothly at idle and
not conking out.

Once underway,
don't leave the choke
out for too long as
this can carbon up
internal components
such as valves, piston
crown and rings and
it makes the bike
blow black smoke.

The time it will take
to get an old engine
running smoothly will
depend on its
condition,
displacement and
configuration as well
as the ambient
temperature.

## Stories You
## May Also
## Like




## LIKE US ON FACEBOOK

lynda.com

Be the first of your friends to like this

Like Page          Sign Up

**FOLLOW OUR TWITTER FEED**

You. Only smarter.
online video tutorials

Start trial

Exhibit B

## 2 COMMENTS

Fagan
My 2010 Can Am Spyder RSS
(Rotax V Twin) has over
110,000km on the clock and
most mornings it fire and
run, I have a few corners
before I can consider opening
the throttle, same applies if I
decide to take my 2010
Triumph Speedmaster
(146000km) and at 4:30am
you want to keep the
neighbours on your side!

18TH MARCH, 2015 at 7:57 PM                    REPLY

Johnny Boyle
The manual for my 07 BMW
advised not to ride at all &
says to be aware that the
engine requires air cooling
which may be an issue if the
engine is running while the
bike is at a standstill

18TH MARCH, 2015 at 6:55 PM                    REPLY

## LEAVE A REPLY

Name *                    Email *

Website

Comment

motorcycle riders

Noisy motorcycle
exhaust fight
continues

How to save on
motorcycle insurance

Top 10 tips for
washing your
motorcycle

Tags:    Motorcycle    motorcycle engine
synthetic oils

PREVIOUS
STORY
Victory
Motorcycles
v irtual
reality
ride

NEXT STORY
How to
ride warm
in w inter

Exhibit B

Select an image for your comment (GIF, PNG, JPG, JPEG):

Choose File | No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

You. Only smarter.
online video tutorials

start trial

lynda.com

▼ in f 8+ ℗

HOME
ABOUT MOTORBIKE WRITER
SUBSCRIBE TO ENEWSLETTER
ADVERTISE

COPYRIGHT 2015 © MOTORBIKE WRITER, ALL RIGHTS RESERVED. SITE BY CARLOSUS & THIRTEENDIGITAL

Exhibit B

# Why things are the way they are: A farewell to air-cooled engines

Search Content



I'm an anomaly: a Harleyphile who appreciates liquid cooling, despite the fact that I currently own... uh, zero bikes that have green juice in them.

Irrespective of what I own, I see the writing on the wall. Some Harleys now sport liquid-cooled heads, and the MoCo's close work with Porsche on the scrapped Nova and successful Revolution projects was not a happy accident. Porsche is a company with a legion of rabid fans who successfully made the transition from air cooling to liquid cooling. Harley-Davidson notwithstanding, the obvious question is why liquid cooling has become the de-facto method of keeping bikes at a correct operating temperature.

Nearly all new motorcycle designs are cooled by circulating liquid. Sure, you'll see some new bikes that are air-cooled, like the Suzuki Boulevard or the Honda Rebel. Those are hold-over designs that debuted in the 1980s. Heck, even the new Yamaha SR400 is old hat! That tooling was bought a long time ago, so it makes sense for the manufacturers to get as many fruitful years from it as they can. However, any fresh designs you will most likely going to be liquid-cooled in design. Let's explore why.

## The difference between 'em

The Japanese manufacturers only sell a few air-cooled motorcycles in the U.S. market, and those are retro-styled bikes, such as this Yamaha SR400, older, carry-over models, or small, inexpensive, off-road bikes. Yamaha photo.

Air-cooled engines open up a wider range of temperatures that are considered "normal." There's a big difference in the temperatures of an engine

lugging a fully loaded touring machine through mid-space traffic in August versus the engine that's hauling around a small rider on a chilly fall afternoon at a leisurely pace. Air-cooled engines typically dissipate their heat through fins seen on the cylinders, and often the head itself.

A liquid-cooled engine has a narrower window of operating temperatures. Once warmed up, it typically runs at a pretty constant temperature. The water pump keeps circulating the coolant into the radiator and back to the engine, and if the bike's liquid slows to the point where cool air is not flowing through the radiator to lower the temperature of the coolant inside it, a thermostat typically turns on an electric fan to draw the air over the radiator.

## OK, so why do we need the radiator and the other junk?

Air cooling works well, but it has some shortcomings in terms of environmental impact. Because of the relatively wide range of temperatures considered "normal" for an air-cooled engine, clearances and fit tolerances between parts need to be pretty loose in order to allow for the expansion and contraction of parts. All those spaces can allow oil to seep into the combustion chamber. Burning oil is not so great for the planet.

Because air cooling an engine leaves a lot to be desired in terms of efficiency, intrepid riders and tuners often richen the fuel-air mixture (more fuel, less air) on their bikes, because richer engines run cooler. Again, the problem with this method of cooling is that excess hydrocarbons are released into the air. It's not good for Mama Nature.

Liquid-cooled engines are typically a bit more forgiving when run hem, simply because the hot engine has more to heat up (the surrounding coolant) before causing damage. As manufacturers face more and more stringent emissions regs, they often simply run the engines lean to help meet the requirements. It's a good strategy — if the engine itself can put up with the heat. This is why many folks repel their carburetors or throw a fuel management unit on a fuel-injected bike as soon as they get it. The customers knew that the OHMs were not optimizing for horsepower, but rather, they made compromises to meet regs and move bikes out the door legally.



Traditionalists demand that the Harley-Davidson V-twin be air-cooled, but emissions and noise restrictions make it more difficult at time passes. Harley-Davidson photo.

## Also, a happy side effect

Well, the final piece of the puzzle, believe it or not, is noise. Legislation is always cropping up to encourage quiet motorcycles. While exhaust noise is what everyone thinks about, it's the overall level that matters. It just so happens than a liquid-cooled engine is a lot quieter than its air-cooled counterpart. Why, you ask? That packet of water that surrounds the engine deadens mechanical noise. If the engine is quieter, the manufacturer may be able, for example, to use a freer-flowing exhaust, and that can provide more power.

## So, what does all this mean?

That most engines will be liquid-cooled going forward! While an air-cooled engine will still be around, often for styling reasons, most manufacturers will produce primarily liquid-cooled engines for the U.S. market, because it is easier to meet emissions and noise regulations and increase power output. Much like carbureted, air-cooled engines are probably no good as they'll ever get, because manufacturers will stop improving the technology. And that's just the way things are.

Share / Tweet

YOUR EMAIL   Subscribe



A long with the Harley-Davidson V-twin, the BMW boxer is the most iconic air-cooled engine of recent times. But even these two classic designs have been given a little liquid help in cooling the heads these days. BMW photo.

Sep 11, 2014



EXHIBIT

Exhibit B

11/4/2015 — Why things are the way they are: A farewell to air-cooled engines - Common Tread - RevZilla



**Slapsz**
Very true! My favorite recent cruiser was the now-defunct (sadly) Victory Judge, but it was air cooled. The Scout looks great!

**Gerrit Sturm**
I have only ridden air and air/oil cooled engines, dirtbikes, now I ride a suzuki (gsr30e, lawl, air cooled, its not using oil at all, quite normal, when oil starts to sip in, in my opinion, thats when the engine has suffered from extremes, if u ride normal, with patience, to warm up the engine, things must work out, air/this, without extreme wear  & tear
...still, liquid cooling has benefits when it comes to steady temperature, noise reduction, but...what about the air/oil-cooled engines vs liquid cooling...i would love it  read an article about it :)

**Michael**
Great article! As I venture into the world of Harley Davidson with my first HD product, (98 Sportster XLH1200S) I have been interested in their after market liquid cooling product. It seems to me that would be a in the first a-ish on. I should be looking at above everything else.



**David Carena**
Thanks for the article Lemmy, looking to upgrade from my quarter liter Honda to my two choices include an air cooled L-twin or a liquid cooled parallel-twin. I'm drawn to the air-cooled L-twin because I feel that I would be easier to work on. Any thoughts on maintenance difficulty?

**Lemmy**
No sweat. You mention an air-cooled L-twin, which makes me think "Ducati". The liquid cooled P-twin is harder to pin down, but my guess there is a Triumph/Honda/Kaw.

"Easier to work on" is a broad category. The engine itself? Probably the air-cooled beast... most of the time. Except for Ducatis, which use timing belts and desmodromic valves. Metric bikes are fairly simply laid out, if you ask me.

If you're looking at something reasonably new, too, recognize that modern bikes are pretty darn reliable - even the unreliable ones. This is not 1955 - bikes are pretty long-lasting. I have plenty of choices that require LOTS of attention, but my daily commuter is always a liquid-cooled metric that I flog mercilessly, and I just give the miles up on them.



I think your usage should dictate your choice, too - traffic and city work require liquid cooling in my book. Out in the sticks for a Sunday ride? Either will do.



**David Carena**
Well good on 'a now that I have your attention. I'd like to draw on your expertise if I may, be so bold. Yes, I'm extremely interested in a Ducati Scrambler, but concerned about expensive maintenance cost down the road. My other option is Kawasaki's Vulcan S which has that bullet-proof 650, but doesn't get my blood going like the Duc. I only ride for pleasure so I don't believe overheating while in traffic is an issue. I'm more concerned about spending a grand or checking and adjusting valves on the net bike everytime time I cruise that 15k mark. ☺

**Pham Hunt**
Regardless of US, the companies make good money on the coolant sold on a liquid cooled engine, more maintenance at the service stations.

**Spencer Zoelzer**
Thanks for all the great articles, Lemmy. I currently own a liquid cooled Honda VTX cruiser and I'm looking to upgrade, however I'm still confused on the matter. H-D says air cooled with integrated oil cooler, others say air/oil cooling such as Honda CB, some BMW boxer engines, the Indian Thunderstroke 111 and Victory's freedom 106. I'm not an expert on the matter but some of the fore mentioned engines run oil through the heads with slightly bigger oil coolers to a great degree of cooling efficiency. Is this a better way of cooling than the HD method? (I know very little about HD) or is the exact same and the use air/oil cooling is just a marketing scheme? or are they not considered by purists an air cooled? I would greatly appreciate explaining the difference or whether there is any.

---

11/4/2015 — Why things are the way they are: A farewell to air-cooled engines - Common Tread - RevZilla



Lemmy — A Good Harley Guy

**Image Gallery**

Subscribe to Common Tread
YOUR EMAIL [ Sign Up ]

**38 Comments**



**Heath Collins**
Well done Lemmy. I'm pretty surprised you didn't mention the new Indian Scout in this article. It shows many relay,vers that your cars, in fact, produce a great looking liquid-cooled cruiser.



**Lemmy**
I write too much because I'm a blowhard, so I was trying to make Faceless Editor Lance's job a bit easier, his "Control" and "X" buttons are about a worn out by now from me. I personally am OK with the way the Scout looks, and horsepower in the triple digit covers a lot of sins for me that lie looks might have offended me with!

**Heath Collins**
My biggest gripe with cruisers is not that air-cooled engines though. My gripe is that I sit nearly enough of them come with mid-controls. One of my criteria for evaluating motorcycles is: "If I can't stand up on it, it's a no-go."

**Lemmy**
You might want to take a spin on a Dyna, or an old 4-speed FX. I can pop up on my Low Rider like a big, fat, jack-in-the-box.

**Heath Collins**
Thanks, but no thanks. My current bike, a 21000, makes my plenty happy. If I ever get a second bike it'll be a sub-500cc supermoto. KTM 450 SMR maybe? A power cruiser would be an interesting third bike though. Maybe something ridiculous like a Suzuki M109R, lol.

Exhibit B

**Rocky G.:**

And another bit of knowledge about air cooled...Harley has 67% of the marketplace here in the US and I don't think that is going away that fast yet. Air cooled will be here for a little while longer just because of the hard core following of the HD bikes. I will have to see what comes down the pike before I believe the air cooled will just die out in a few years yet...



**Samer Zaitan:**

I agree but with that being said I've ridden a couple of mid 90's softails and my VTX definitely roasts my legs a little less. But who cares we don't ride motorcycles because they're comfortable.

**Lemmy:**

Yes, you'll see air-cooled bikes nearly everywhere you go - that's a given. However, I recommended a liquid-cooled beast for those who ride in traffic not for comfort, but because air-cooled bikes need air flowing over them to cool correctly. Liquid-cooled bikes almost all have a fan, so when the coolant gets too hot, the fan kicks on and keeps the bike at the correct temp. (That is the thought, anyway... they actually practice to cool always go hand-in-hand.) Occasional traffic shouldn't immediately matter, but a steady diet of it is bad on the engine. Riders can pull off the road and wait for the bike to cool down (or traffic to clear). Alternatively, you can keep turning the bike off, but that makes the poor starter and battery tired in short order.

**Samer Zaitan:**

I appreciate the insight. I love the hub BTW, I'm looking forward to more motorcycle reviews.

**Hsgh Colins:**

Disco is not dead. It just became techno.

**Anthony:**

I will be a new rider by the end of this month. I've never rode a bike before, I will have the riding class next week. to learn so I can join my friends who ride long distances... I've been looking at used bikes for sale for about a month. I'm interested in a cruiser type has 3200 miles on it, and is air cooled. Other is a 2006 kawasaki Mean streak 1900, that has 3600 miles on it, and it is liquid cooled. Both are in excellent condition...And both are selling for $5,200.00... I really like the ones for the experienced riders in the forum?

**Lemmy:**

Do you ride in traffic?

**Where to get your motorcycle stolen - Common Tread**

---

**Lampshade:**

Well, which Harley models are also your specifically, i riu is primarily air-cooled only, with no oil cooler. There are some factory models that had oil coolers, and there are also models sporting heads cooled by liquid as well, and to confuse the issue even further, the VROD and Streets are fully liquid cooled.

I am not giving opinions out in this article, but it is factually safe to say that with the exception of full liquid cooling, most of HD's methods could keep the engine at a more consistent temperature. Air cooling is the least efficient way to cool an engine, followed by air-and-oil, followed finally by liquid cooling.

An item of note is that strictly in terms of longevity, cooling the engine does not necessarily make it last longer. That is generally true, but an engine built sufficiently stout can be made to live a long and happy life.

Were it you, and I were dumping my VTX for something else, I would get what I liked - who cares what the punks think? They're don't make the bike payment!

**Lemmy:**

Perhaps, but it would seem that a worthwhile rebooting a la Porsche would be the brighter way to accomplish that. It seems almost necessary - right now the only way they can stash all the "stuff" is to use the lowers. It would be certainly hard to stuff a set of lowers on a Dyna or a Softy and make it look natural. I look forward to it, though. Sure, I am a lover of tradition, but I love going fast too. If HD can tweak the air-cooled motor, heck, that'll start making some really wild stuff. Their R&D team certainly would cook up some interesting designs, I would imagine.

**Samer Zaitan:**

I agree I don't care what the purists think and I'm not brand loyal either. I was just curious about how things worked and what things are the way they are but now more importantly what works best for me. I'm looking for a minimalist cruiser or bagger but that skin, street glide special (which is the one with integrated oil cooler). I appreciate the explanation.

**Samer Zaitan:**

I see plenty of air cooled bikes here, I live in north Florida. Summers are probably hot either way, I've been on a friends Honda 919 and it was just as hot as my VTX sitting in traffic.

**Lemmy:**

Well, I think any system will be transparent to the user most of the time. If traffic is a lot, a liquid bike is probably the way to go. Other than that, I think you'll do well with any modern bike in terms of cooling ability.

**Lefnafoxes:**

For what it's worth, the standard ac job isn't to keep you cool. It's to keep the bike cool. You might take as you're dragging tons down the interstate at 3mph, but the bike should be good and dandy.

It still kind of surprises me that my Speed Triple can hold temperature while sitting still for 20 minutes. The RC could never do that.

**Rocky G.:**

I went on a fun ride to Washington DC last year (2013) and we had 1.3 million riders show up for that rally. If you can call it that. But in the sport of things, it was 95 degrees and no wind at all on 911 and we were not going anywhere fast in the DC traffic. About a block in DC traffic we actually hit water cooled bikes were having to pull over with their engines starting to ping. So even with radiators, the bikes were overheating. My Ultra Classic is an 07 and that was the first year that the guys got blown on HD for exhaust gases. Mine has a SERT (screaming eagle race tuner) and has been placed on a dyno but that was because I recurb the engine from the 96 c. up to the 103 by boring out the cylinders and every time I would tell the throttle a little quick, I reached 280 degrees after a couple of hours of not going anywhere in the Washington would get a bog from the motor. But like I said, even the water cooled bikes were pulling over in the Monument park and cooling their bikes down also. Everyone was having a hard time cooling everything down. Bikes and ourselves also...

Exhibit B

11/4/2015

Why things are the way they are: A farewell to air-cooled engines - Common Tread - RevZilla

http://www.revzilla.com/common-tread/why-things-are-the-way-they-are-a-farewell-to-air-cooling

Exhibit B





Exhibit B





**CAUTION**

Cleaning with alkaline or acid cleaner, gasoline or solvent will damage windshield. Use neutral detergent.

Exhibit B



1998
Y2F R1
1000 cc



Exhibit B





Exhibit B





Exhibit B



Exhibit B





Exhibit B

R 1100 RSC

EXHIBIT

Vigilanti 14

Exhibit B



Thomas G. Oakes Associates, LLC
A Technologically Advanced Court Reporting Firm

Case Name:   Yazdani vs. BMW
Dep. Date:   3/15/2016
Deponent:    William Vigilante, Jr., Ph.D.
Place:

CORRECTIONS:

| Pg. | Ln. | Now Reads | Should Read | Reasons Therefore |
|-----|-----|-----------|-------------|-------------------|
| 89 | 29 | to soley | to rely soley | Court Reporter missed word. |
| 158 | 18 | have gotten | not have gotten | Court Reporter missed word. |
| 175 | 24 | did with | did but with | Court Reporter missed word. |
| 216 | 10 | people | manual | Wrong word. |
| 254 | 9 | mini | many | Wrong word. |

William Vigilante, Jr., Ph.D.

**CherryTree Corp. Center - 535 Route 38 East, Ste 330 - Cherry Hill, NJ  08002**
(P) 856.869.3433          www.tgoakes.com          (F) 856.869.0612

Exhibit B

<u>Deponent Signature Page</u>

     I do solemnly declare under penalty of perjury that the foregoing is my deposition under oath; that these are the questions asked of me and my answers thereto; that I have read same and have the necessary corrections, additions or changes to my answers that I deem necessary.

     In witness thereof, I hereby subscribe my name this _____4th_____ day of _____April_____, 2016

William Vigilante, Jr., Ph.D.

Exhibit B