

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PARVEZ & RAZIA YAZDANI      :      **CIVIL ACTION**
     :
     v.      :      **NO. 2:15-cv-01427-PD**
     :
BMW OF NORTH AMERICA, LLC      :
     and      :
BMW MOTORRAD USA, a Division of      :
BMW OF NORTH AMERICA, LLC      :

**FILED**

**MAY 17 2016**

MICHAEL E. KUNZ, Clerk
By_____Dep Clerk

### REPLY BRIEF IN SUPPORT OF THE
### MOTION *IN LIMINE* OF
### DEFENDANT BMW OF NORTH AMERICA, LLC
### TO PRECLUDE CERTAIN TESTIMONY
### OF PLAINTIFFS' EXPERT WILLIAM VIGILANTE, JR.

Defendant BMW of North America, LLC ("BMW NA")[1], filed a Motion in Limine to

preclude Plaintiffs' human factors expert William Vigilante from offering opinions regarding

motorcycle design.[2]  Plaintiffs timely responded.  BMW NA now files this Reply in support of

its Motion in Limine.

BMW NA believes that the parties are in agreement on this issue.  BMW NA understands

that Dr. Vigilante expects to testify that, given the characteristics of the R1150R motorcycle as

designed, the motorcycle's warnings should contain certain information, or should appear in a

certain location.  However, BMW NA objects to Dr. Vigilante offering independent criticisms of

the motorcycle's design, along the lines of: "In my opinion, the design of the R1150R is

defective because it contains [a certain feature]."  As established in more detail in BMW NA's

Motion in Limine, Vigilante lacks the qualifications to make such design opinions.  See ECF

---

[1] BMW Motorrad USA is a division of BMW NA. Although it is a named defendant in this matter, it is not a
separate legal entity.
[2] BMW NA filed a separate Daubert motion to challenge Dr. Vigilante's testimony in its entirety. However, for
purposes of this Motion, BMW NA contends that, if Dr. Vigilante is permitted to testify, he should be limited to the
area of his expertise.

Doc. No. 26.  Further, Vigilante has not conducted any risk-utility or other design-related analysis to support such opinions.

It appears that Plaintiffs are in agreement with this proposed scope of Vigilante's testimony, as they note that Vigilante "does not plan to offer any independent opinion on the proposed alternative designs proffered by Michael Zazula" and that Vigilante will rely on others "to identify the fire hazard created by the defective design of the oil sight glass."  See Plaintiffs' Response, ECF Doc. No. 42, at page 6-7 of 8.  Yet their position is not quite clear inasmuch as they have filed an "opposition" to BMW NA's Motion.

To the extent that Vigilante intends to hold himself out as an expert in motorcycle design, and offer independent criticisms of the design characteristics of the R1150R, he should not be permitted to do so.

Respectfully submitted,

**MARSHALL DENNEHEY WARNER**
**COLEMAN & GOGGIN**

BY:  _/s/ Michael A. Salvati_
        KEITH D. HEINOLD
        MICHAEL A. SALVATI
        Attorneys for Defendant
        BMW of North America, LLC

        2000 Market Street, Suite 2300
        Philadelphia, PA  19103
        215-575-2640 / 215-575-4552 (P)
        215-575-0856 (F)
        kdheinold@mdwcg.com
        masalvati@mdwcg.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Reply Brief of Defendant,

BMW of North America, LLC, was served this date, via the Court's electronic filing system, to

the following counsel:

Patrick A. Hughes
de LUCA LEVINE, LLC
Three Valley Square
512 East Township Line Road
Suite 220
Blue Bell, PA  19422

**FILED**

MAY 17 2016

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
BY: _____ Dep Clerk

BY: _/s/ Michael A. Salvati_____
MICHAEL A. SALVATI
Attorney for Defendant
BMW of North America, LLC

2000 Market Street, Suite 2300
Philadelphia, PA  19103
215-575-4552 (P)
215-575-0856 (F)
masalvati@mdwcg.com

**DATED:** May 13, 2016