IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PARVEZ YAZDANI | : | CIVIL ACTION |
| RAZIA YAZDANI | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BMW OF NORTH AMERICA, LLC, et al. | : | No. 15-01427 |
| Defendants. | : | |

## CIVIL JUDGMENT

Before the Honorable TIMOTHY R. RICE:

**AND NOW**, this 16th day of June, 2016, in accordance with the jury verdict,

**IT IS ORDERED** that Judgment be and the same is hereby entered in favor of the defendants, BMW of North America, LLC and BMW Motorrad USA, a Division of BMW of North America.

BY THE COURT

ATTEST:

 /s/ *Chavela M. Settles*
Chavela M. Settles
Deputy Clerk for the
Honorable Timothy R. Rice
United States Magistrate Judge